UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | |
|---|---|---|---|
| Debtor | In Re: | McDermott International, Inc., et al. | |

This lawyer, who is admitted to the State Bar of _____ New York _____ :

| Name / Firm / Street / City & Zip Code / Telephone / Licensed: State & Number | Christopher T. Greco, P.C. <br> Kirkland & Ellis LLP <br> 601 Lexington Avenue <br> New York, New York 10022 <br> 212-446-4800 <br> NY: 4580940 |
|---|---|

Seeks to appear as the attorney for this party:

| McDermott International, Inc., et al. | |
|---|---|
| Dated: | Signed: /s/ Christopher T. Greco |

| COURT USE ONLY: The applicant's state bar reports their status as: _____ . |
|---|
| Dated:                        Signed: _____ <br> Deputy Clerk |

### Order

This lawyer is admitted *pro hac vice*.

Dated: _____

_____
United States Bankruptcy Judge