# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MCDERMOTT INTERNATIONAL, INC., *et al.*,[1] | ) Case No. 20-30336 (DRJ) |
| | ) |
| Debtors. | ) (Joint Administration Requested) |
| | ) (Emergency Hearing Requested) |

**AGENDA FOR HEARING ON FIRST DAY MOTIONS SCHEDULED FOR JANUARY 23, 2020, AT 9:00 A.M. (PREVAILING CENTRAL TIME), BEFORE THE HONORABLE DAVID R. JONES AT THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS, AT COURTROOM 400 515 RUSK STREET, HOUSTON, TEXAS 77002**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby file their agenda for matters set for hearing on January 23, 2020, at 9:00 a.m. (prevailing Central Time).

1. Declaration of John R. Castellano, Chief Transformation Officer of McDermott International, Inc., in Support of the Debtors' First Day Motions [Docket No. 62].

    **Status**: This Declaration will be relied upon as evidentiary support for the voluntary chapter 11 petitions and the first day matters listed below. Mr. Castellano will be present in the courtroom and prepared to testify regarding the subject matter of his declaration.

2. Declaration of David Dickson, President and Chief Executive Officer of McDermott International, Inc., in Support of the Chapter 11 Petitions [Docket No. 29].

    **Status**: This Declaration will be relied upon as evidentiary support for the voluntary chapter 11 petitions and the first day matters listed below. Mr. Dickson will be present in the courtroom and prepared to testify regarding the subject matter of his declaration.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.primeclerk.com/McDermott. The location of Debtor McDermott International, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 757 North Eldridge Parkway, Houston, Texas 77079.

KE 65877092

3. Notice of Designation as Complex Chapter 11 Bankruptcy Case [Docket No. 17].

   **Status**:  This matter is going forward.

4. Debtors' <u>Emergency</u> Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Authorizing the Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code, (III) Granting Adequate Protection to the Prepetition First Lien Secured Parties and the Prepetition Secured Parties Pursuant to Sections 361, 362, 363, and 364 of the Bankruptcy Code, (IV) Granting Liens and Superpriority Claims, (V) Modifying the Automatic Stay, and (VI) Scheduling a Final Hearing [Docket No. 56].

   A. Declaration of Roopesh Shah in Support of the Debtors' <u>Emergency</u> Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Authorizing the Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code, (III) Granting Adequate Protection to the Prepetition First Lien Secured Parties and the Prepetition Secured Parties Pursuant to Sections 361, 362, 363, and 364 of the Bankruptcy Code, (IV) Granting Liens and Superpriority Claims, (V) Modifying the Automatic Stay, and (VI) Scheduling a Final Hearing [Docket No. 56].

   **Status**:  This matter is going forward.

5. Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Enter Into, and Perform Under, Amended and Restated Hedge Agreements, (B) Enter Into, and Perform Under, New Hedge Agreements, (C) Grant Superpriority Claims, and (D) Modify the Automatic Stay, and (II) Granting Related Relief [Docket No. 19].

   **Status**:  This matter is going forward.

6. Debtors' <u>Emergency</u> Motion for Entry of Interim and Final Orders Authorizing the Debtors to (I) Continue to Operate Their Cash Management System and Maintain Existing Bank Accounts and (II) Continue to Perform Intercompany Transactions [Docket No. 15].

   **Status**:  This matter is going forward.

7. Debtors' <u>Emergency</u> Motion for Entry of an Order Authorizing the Debtors to (I) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (II) Continue Employee Benefits Programs [Docket No. 9].

   **Status**:  This matter is going forward.

8. Debtors' Emergency Motion for Entry of an Order Authorizing the Debtors to (I) Honor and Incur Obligations Under Customer Contracts and (II) Obtain New Customer Contracts, and (III) Utilize the Contract Procedures to Settle Post-Petition Disputes [Docket No. 12].

    **Status**:  This matter is going forward.

9. Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Foreign Claims, Lien Claims, 503(b)(9) Claims, and Other Claims, (II) Confirming Administrative Expense Priority of Outstanding Purchase Orders [Docket No. 13].

    **Status**:  This matter is going forward.

10. Debtors' Emergency Motion for Entry of Interim and Final Order Approving Continuation of Surety Bond Program [Docket No. 18].

    **Status**:  This matter is going forward.

11. Debtors' Emergency Motion for Entry of an Order Authorizing the Debtors to (I) Continue Insurance Coverage Entered into Prepetition and Satisfy Prepetition Obligations Related Thereto, (II) Renew, Amend, Supplement, Extend, and Purchase Insurance Policies, (III) Honor the Terms of the Premium Financing Agreement and Pay Premiums Thereunder, and (IV) Enter into New Premium Financing Agreement [Docket No. 11].

    **Status**:  This matter is going forward.

12. Debtors' Emergency Motion for Entry of an Orders Authorizing the Payment of Certain Taxes and Fees [Docket No. 14].

    **Status**:  This matter is going forward.

13. Debtors' Emergency Motion for Entry of Interim and Final Orders Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and Preferred Stock [Docket No. 16].

    **Status**:  This matter is going forward.

14. Debtors' Emergency Motion for Entry of an Order (I) Restating and Enforcing the Worldwide Automatic Stay, Anti-Discrimination Provisions, and *Ipso Facto* Protections of the Bankruptcy Code, (II) Permitting the Debtors to Modify the Automatic Stay in Their Sole Discretion to Proceed with Litigation or Contested Matters Commenced Prepetition, (III) Approving the Form and Manner of Notice [Docket No. 10]

    **Status**:  This matter is going forward.

15. Debtors' <u>Emergency</u> Motion for Entry of an Order (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Provider from Altering, Refusing, or Discontinuing Services, and (III) Approving the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests [Docket No. 8].

    **<u>Status</u>**:  This matter is going forward.

16. Debtors' <u>Emergency</u> Motion for Entry of an Order (I) Authorizing the Debtors to File a Consolidated List of Creditors and a Consolidated List of the 50 Largest Unsecured Creditors, (II) Waiving the Requirement to File a List of Equity Security Holders, (III) Authorizing the Debtors to Redact Certain Personal Identification Information and (IV) Approving the Form and Manner of Notifying Creditors of the Commencement of These Chapter 11 Cases [Docket No. 6].

    **<u>Status</u>**:  This matter is going forward.

17. Debtors' <u>Emergency</u> Application for Entry of an Order Authorizing the Employment and Retention of Prime Clerk LLC as Claims, Noticing, and Solicitation Agent [Docket No. 7].

    **<u>Status</u>**:  This matter is going forward.

18. Debtors' <u>Emergency</u> Motion for Entry of an Order (I) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing, (II) Establishing Plan and Disclosure Statement Objection and Reply Deadlines and Related Procedures, (III) Approving the Form and Manner of Notice of Commencement, (IV) Approving the Rights Offering Procedures and Related Materials, (V) Waiving the Requirement that the U.S. Trustee Convene a Meeting of Creditors, (VI) Waiving the Requirement that the Debtors File Schedules and Statements, (VII) Approving the Form and Manner of Notice of Bid Deadlines and an Auction, and (VIII) Granting Related Relief [Docket No. 27].

    **<u>Status</u>**:  This matter is going forward.

[*Remainder of page intentionally left blank.*]

Houston, Texas
January 22, 2020

/s/ *Matthew Cavenaugh*

| | |
|---|---|
| **JACKSON WALKER L.L.P.** | **KIRKLAND & ELLIS LLP** |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Jennifer F. Wertz (TX Bar No. 24072822) | Joshua A. Sussberg, P.C. (*pro hac vice* pending) |
| Kristhy M. Peguero (TX Bar No. 24102776) | Christopher T. Greco, P.C. (*pro hac vice* pending) |
| Veronica A. Polnick (TX Bar No. 24079148) | Anthony R. Grossi (*pro hac vice* pending) |
| 1401 McKinney Street, Suite 1900 | 601 Lexington Avenue |
| Houston, Texas 77010 | New York, New York 10022 |
| Telephone: (713) 752-4200 | Telephone: (212) 446-4800 |
| Facsimile: (713) 752-4221 | Facsimile: (212) 446-4900 |
| Email: mcavenaugh@jw.com | Email: joshua.sussberg@kirkland.com |
| jwertz@jw.com | christopher.greco@kirkland.com |
| kpeguero@jw.com | anthony.grossi@kirkland.com |
| vpolnick@jw.com | |

*Proposed Co-Counsel to the Debtors
and Debtors in Possession*

-and-

James H.M. Sprayregen, P.C.
John R. Luze (*pro hac* vice pending)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
              john.luze@kirkland.com

*Proposed Co-Counsel to the Debtors
and Debtors in Possession*

## Certificate of Service

      I certify that on January 22, 2020, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                  */s/ Matthew D. Cavenaugh*
                                                  Matthew D. Cavenaugh