# EXHIBIT A

**Castellano Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MCDERMOTT INTERNATIONAL, INC., *et al.*,[1] | ) | Case No. 20-30336 (DRJ) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**DECLARATION OF JOHN R. CASTELLANO IN SUPPORT OF**
**DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE**
**(I) RETENTION OF AP SERVICES, LLC AND (II) DESIGNATION OF JOHN R.**
**CASTELLANO AS CHIEF TRANSFORMATION OFFICER OF THE DEBTORS**

I, John R. Castellano make this declaration (the "Declaration") pursuant to 28 U.S.C. § 1746, and state:

1.      I am a Managing Director of AlixPartners, LLP ("AlixPartners"), which has a place of business at 909 Third Avenue, Floor 30, New York, New York 10022.

2.      I am duly authorized to execute this Declaration as an Authorized Representative of AP Services, LLC ("APS"), an affiliate of AlixPartners, and in support of the *Debtors' Application for Entry of an Order Authorizing the (I) Retention of AP Services, LLC as Financial Advisor to the Debtors, and (II) Designation of John R. Castellano as Chief Transformation Officer of the Debtors* (the "Application").[2]  This Declaration is being submitted in connection with the Application.  Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein.

---

[1]      A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.primeclerk.com/McDermott.  The location of Debtor McDermott International, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 757 North Eldridge Parkway, Houston, Texas 77079.

[2]      Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

**APS'S Qualifications**

3.      APS has a wealth of experience in providing interim management services and enjoys an excellent reputation for services it has rendered in large and complex chapter 11 cases on behalf of debtors throughout the United States.

4.      APS's professionals have provided strategic advice to debtors, creditors, bondholders, investors, and other entities in numerous chapter 11 cases.  APS, AlixPartners, its subsidiary affiliates, and its predecessor entities have provided interim management services in numerous cases.  *See, e.g.*, *In re Alta Mesa Resources, Inc.*, No. 19-35133 (MI) (Bankr. S.D. Tex. Oct. 8, 2019); *In re Aceto Corporation*, No. 19-13448 (VFP) (Bankr. N.J. Mar. 14, 2019); and *In re Blackhawk Mining LLC*, No. 19-11595 (LSS) (Bankr. D. Del. Aug. 9, 2019).

5.      I have more than twenty-three (23) years of experience working on many large restructurings and bankruptcies and have served in interim management roles and as a financial and restructuring advisor to clients in a variety of industries, such as pharmaceuticals, post-acute care, energy, gaming, oilfield services, subsea services, shipping and consumer products.  I have extensive experience in treasury operations, liquidity management, financial accounting and reporting, operational and debt reorganization, key stakeholder management and business plan development, as well as cost-reduction initiatives.  I have served as an officer of numerous companies through their restructuring including but not limited to *Aegerion Pharmaceuticals, Inc.*, No. 19-11632 (MG) (Bankr. S.D.N.Y. June 27, 2019); *HCR Manorcare*, No. 18-10467 (KG) (Bankr. D. Del. Apr. 5, 2018); *Energy & Exploration Partners, Inc.*, No. 15-44931 (RFN) (Bankr. N.D. Tex. Dec. 23, 2015); and *Triangle USA Petroleum Corporation*, No. 16-11566 (MFW) (Bankr. D. Del. Aug. 1, 2016).  In addition, I have acted as a restructuring advisor to *Tropicana Entertainment, LLC,* No. 08-10856 (KJC) (Bankr. D. Del. May 5, 2008), during its chapter 11 reorganization.  I also worked with *Calpine Corporation*, No. 05-60200 (BRL) (Bankr. S.D.N.Y.

2

Dec. 20, 2005), and *Mirant Corporation*, No. 03-46590 (DML) (Bankr. N.D. Tex. July 14, 2003), during the restructuring of those companies.

6.    The individuals who will work on this matter (the "APS Personnel") have substantial expertise in the areas discussed above, and, if approved, will provide services to the Debtors under an order approving this Application.  The APS Personnel will work closely with the Debtors' management and professionals throughout the reorganization process.  By virtue of the expertise of its restructuring personnel, APS is well qualified to provide services to and represent the Debtors' interests in these chapter 11 cases.

7.    APS performed significant prepetition work for the Debtors, and as a result has acquired significant knowledge of the Debtors and their businesses, and familiarity with the Debtors' financial affairs, debt structure, operations, and related matters.  Likewise, in providing prepetition services to the Debtors, APS Personnel have worked closely with the Debtors' management and their other advisors. Accordingly, APS has experience, expertise, and specifically relevant knowledge regarding the Debtors that will assist it in providing effective and efficient services in these chapter 11 cases.

**Services to Be Provided**

8.    APS Personnel and I will provide the ordinary course duties of a CTO, reporting to the Debtors' Chief Executive Officer and Board, and working collaboratively with the senior management team, the Board, and other professionals of the Debtors. I will assist the Debtors in evaluating and implementing strategic and tactical options through the restructuring process.  In addition to my ordinary course duties as a CTO, the APS Personnel roles may include working with the Debtors to do the following:

- Manage liquidity, including determining weekly disbursement levels, and develop a short-term operating plan designed to maximize liquidity while

3

maintaining the efficiency of the Debtors' operations, sustaining vendor relationships, and minimizing the impact on the Company's customer base;

- Support management team and its advisors develop and assess strategic alternatives;

- Manage the advisors who are assisting the Debtors in their exploration of strategic alternatives or who are working for the Debtors' stakeholders;

- Prepare and approve budgets and cash forecasts and evaluate variances thereto, as required by the Debtors' lenders;

- Develop communication plans, communicate with, and meet information needs of, the Debtors' stakeholders, including existing and potential lenders;

- Provide support to the Debtors' finance function, including oversight of cash receipts and disbursements forecasting, variance tracking and reporting, cash and liquidity management, and compiling information as needed to present to the Company's stakeholders;

- Develop the Debtors' revised business plan, and such other related forecasts as may be required by the Debtors' lenders in connection with negotiations or by the Debtors for other corporate purposes;

- Design, negotiate and implement a restructuring strategy designed to maximize enterprise value;

- Create and communicate diligence materials and manage the flow of information to potential acquirers in connection a potential sale of the Debtors' assets;

- Identify, preserve, collect, process, host, and produce electronically store information;

- Consult regarding information management; and

- Assist with such other matters as may be requested by the Board and the Chief Executive Officer and are mutually agreeable.

9.     APS understands that the Debtors may retain additional professionals during the term of its engagement and will work cooperatively with such professionals to integrate any respective work conducted by the professionals on behalf of the Debtors.  The services provided by APS will complement, and not duplicate, the services to be rendered by any other professional retained in these chapter 11 cases.

## **Professional Compensation**

10.     APS's decision to accept this engagement is conditioned upon its ability to be (a) retained in accordance with its customary terms and conditions of employment,

4

(b) compensated for its services, and (c) reimbursed for the out-of-pocket expenses it incurs in accordance with its customary billing practices, as set forth in <u>Schedule 1</u> of the Engagement Letter (the "<u>Fee and Expense Structure</u>").

    (a)      APS's hourly rates, subject to periodic adjustments, are as follows:

| Position | Hourly Rate |
|---|---|
| Managing Director | $990– $1,165 |
| Director | $775 - $945 |
| Senior Vice President | $615 - $725 |
| Vice President | $440 - $600 |
| Consultant | $160 - $435 |
| Paraprofessional | $285 - $305 |

11.     In the normal course of business, APS may periodically adjust its billing rates. For this engagement APS has agreed to maintain rates for one year following execution of the engagement letter dated November 14, 2019. Changes in applicable hourly rates will be noted on the invoices for the first-time period in which the revised rates became effective.

12.     Services related to electronic discovery and data collection, and certain monthly hosting fee and consulting fees will apply, as further detailed and outlined by the addendum dated November 14, 2019.

13.     In addition to compensation for professional services rendered by APS Personnel, APS will seek reimbursement for all reasonable out-of-pocket expenses incurred in connection with these chapter 11 cases, such as travel, lodging, and meals.

14.     The Fee and Expense Structure is consistent with and typical of compensation arrangements entered into by APS and other comparable firms that render similar services under similar circumstances.  APS believes that the Fee and Expense Structure is reasonable, market-

based, and designed to compensate APS fairly for its work and to cover fixed and routine overhead expenses.

15.     To the extent APS uses the services of independent contractors (the "Contractors") in these chapter 11 cases, APS shall:  (a) pass through the cost of such Contractors to the Debtors at the same rate that APS pays the Contractors; (b) seek reimbursement for actual costs only; (c) ensure that the Contractors are subject to the same conflict checks as required for APS; and (d) file with the Court such disclosures required by Bankruptcy Rule 2014.

16.     To the extent APS requires services of its international divisions or personnel from specialized practices, the standard hourly rates for that international division or specialized practice will apply.

17.     APS will submit monthly invoices to the Debtors for fees and expenses.

18.     Upon approval of the relief requested, APS will not submit fee applications pursuant to Bankruptcy Code sections 330 and 331. APS will, however, file with the Court, and provide reports of compensation earned and expenses incurred on a monthly basis ("Compensation Reports") to:  (a) the Office of the U.S. Trustee for the Southern District of Texas; (b) entities listed as holding the 50 largest unsecured claims against the Debtors (on a consolidated basis); (c) Credit Agricole Corporate and Investment Bank, 1301 Avenue of the Americas, New York, New York 10019, Attn: Ronald E. Spitzer, Kathleen Sweeney, and Yuri Tsyganov, as DIP LC Agent and as DIP Collateral Agent (each as defined in the DIP Credit Agreement) under the DIP Credit Agreement, as Revolving Administrative Agent and as Collateral Agent (the "Revolving Administrative Agent") under that certain Superpriority Senior Secured Credit Agreement, dated as of October 21, 2019, and as Revolving and LC Administrative Agent and as Collateral Agent (the "Revolving and LC Administrative Agent") under that certain Credit Agreement, dated as of

May 10, 2018; (d) Linklaters LLP, 1345 Avenue of the Americas, New York, New York 10105, Attn: Margot Schonholtz, Esq. and Penelope Jensen, Esq., counsel to the DIP LC Agent, the DIP Collateral Agent, the Revolving Administrative Agent, and the Revolving and LC Administrative Agent; (e) Bracewell LLP, 711 Louisiana Street, Suite 2300, Houston, Texas 77002, Attn: William A. (Trey) Wood III, Esq., co-counsel to the DIP LC Agent, the DIP Collateral Agent, the Revolving Administrative Agent, and the Revolving and LC Administrative Agent; (f) the indenture trustee for each of the Debtors' unsecured notes, and counsel thereto; (g) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 6th Ave, New York, NY 10019, Attn: Andrew N. Rosenberg and Alice Belisle Eaton, and Brown Rudnick LLP, 7 Times Square, New York, NY 10036, Attn: Robert J. Stark and Bennett S. Silverberg, co-counsel to the Ad Hoc Group of Senior Noteholders; (h) Davis, Polk & Wardell LLP, 450 Lexington Ave., New York, NY 10017, Attn: Damian S. Schaible and Natasha Tsiouris, counsel to the Ad Hoc Group of Term Lenders; (i) the United States Attorney's Office for the Southern District of Texas; (j) the Internal Revenue Service; (k) the United States Securities and Exchange Commission; (l) the Environmental Protection Agency and similar state environmental agencies for states in which the Debtors conduct business; (m) the state attorneys general for states in which the Debtors conduct business; and (n) any party that has requested notice pursuant to Bankruptcy Rule 2002.

19.     APS may from time to time add or remove staff, and APS will file staffing reports that will reflect the APS Personnel that provided services on a monthly basis ("Staffing Reports"). Staffing Reports will include the names of all full- and part-time APS Personnel involved in these chapter 11 cases and each individual's hourly billing rate.

20.     In addition to hourly fees, APS has negotiated for compensation of its efforts by the payment of a success fee.

21.     APS often works for compensation that includes hourly-based fees and performance-based, contingent incentive compensation earned upon achieving meaningful results. In these chapter 11 cases, the Debtors and APS have agreed on contingent incentive compensation (the "Success Fee").

22.     APS shall earn the Success Fee (subject to Court approval, as applicable) of $5,000,000 upon the earliest to occur of any of the following:  (a) completion of a restructuring through confirmation of a chapter 11 plan of reorganization, (b) the consummation of any out-of-court recapitalization or restructuring (through a single transaction or series of transactions) of the majority of the Debtors' debt, or (c) consummation of one or more transactions, in any form, that effectively transfers a majority of the business as a going concern to another entity or entities. The Success Fee shall be due and payable immediately when the success objective or objectives determined as described above have been achieved.

23.     APS understands and agrees that the Success Fee is not being pre-approved and remains subject to Court approval.  While APS is not seeking pre-approval of the Success Fee, APS wishes to advise the Court at this time that the Success Fee was negotiated as part of the overall agreement.

24.     APS and affiliates received unapplied advance payments from the Debtors in the amount of $1,000,000.00 (collectively, the "Retainer") prior to the Petition Date.  According to APS's books and records, during the 90-day period prior to the Petition Date, Debtors paid APS and affiliates $8,279,495.00 in aggregate for professional services performed and expenses incurred.

25.     Any balance of the Retainer will constitute an evergreen retainer as security for postpetition services and expenses.  An evergreen retainer is appropriate in these chapter 11 cases.

First, evergreen retainer agreements reflect normal business terms in the marketplace. *See In re Insilco Techs., Inc.*, 291 B.R. 628, 634 (Bankr. D. Del. 2003) ("[I]t is not disputed that the taking of evergreen retainers is a practice now common in the marketplace …. [T]he practice in this district has been engaged in since at least the early 1990's …."). Second, APS and the Debtors are sophisticated business entities that have negotiated the Retainer at arm's length. As such, the Debtors respectfully request that approval of the proposed evergreen retainer is warranted.

26.     Due to the ordinary course and unavoidable reconciliation of fees and submission of expenses immediately prior, and subsequent to the Petition Date, APS may have incurred, but not billed, fees and reimbursable expenses that relate to the pre-petition period. Approval is sought from this Court for APS to apply the Retainer to these amounts. Upon entry of an Order approving the relief requested herein, the Debtors will not owe APS any sums for prepetition services.

## APS's Disinterestedness

27.     In connection with the proposed employment and retention of APS by the Debtors, APS undertook a lengthy conflicts analysis process to determine whether it had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Debtors. Specifically, APS obtained from the Debtors and/or their representatives the names of individuals and entities that may be parties in interest in these Chapter 11 Cases ("Potential Parties in Interest"). Such parties are listed on **Schedule A-1** attached hereto. A search was performed for connections to the Potential Parties in Interest as to AlixPartners Holdings, LLP ("Holdings"), APS's parent company, and each of Holdings' U.S. and non-U.S. subsidiary affiliates, including APS. Results are disclosed for connections to Potential Parties in Interest. In addition, an email is sent to all of its professionals inquiring of any potential connections.

28.     Based on that review, APS represents that, to the best of its knowledge, APS knows of no fact or situation that would represent a conflict of interest for APS with regard to the Debtors.

9

APS wishes to disclose the following with respect to Holdings, APS, and each of their respective subsidiaries (collectively, "AP," unless otherwise noted):

- The equity capital of Holdings is owned individually by: (i) the Managing Directors of AlixPartners; (ii) Lakeview Capital Holdings, Inc., the Jay Alix Living Trust and other affiliates of Jay Alix (collectively the "Lakeview Parties"); (iii) affiliates of each of (a) Caisse de dépôt et placement du Québec ("CDPQ"), (b) Investcorp Bank B.S.C. ("IVC"), and (c) Public Sector Pension Investment Board ("PSP Investments"); and (iv) other individuals and trusts. Neither CDPQ, nor IVC, nor the Lakeview Parties, nor PSP Investments (collectively, the "Investors"), nor any Managing Director, other individual or trust separately owns a majority of the equity capital of Holdings directly or indirectly or separately controls the Boards of either Holdings or AlixPartners. None of the Investors own any of the bank or other debt of AlixPartners.

- CDPQ is an institutional investor that manages funds primarily on behalf of a number of Quebec-based public pension and insurance plans. As one of Canada's leading institutional fund managers, CDPQ invests globally in major financial markets, private equity, infrastructure and real estate.

- Investcorp is a leading global provider and manager of alternative investment products.

- The Lakeview Parties and related entities are entities owned or controlled by Jay Alix that, among other things, make investments on behalf of Mr. Alix and his family.

- PSP Investments is a Canadian Crown corporation established in 1999 to manage employer and employee contributions made after April 1, 2000 to the Canadian Federal Public Service, the Canadian Forces and the Royal Canadian Mounted Police pension funds. It is also responsible for contributions made after March 1, 2007 to the Canadian Reserve Force Pension Fund. PSP Investments manages a diversified global portfolio composed of investments in public financial markets, private equity, infrastructure, natural resources, real estate and private debt.

- Designees of the Investors or their subsidiaries serve as some of the members of the boards of firectors of each of AlixPartners and Holdings (collectively, the "Boards of Directors"). In addition to their investments in Holdings, all of the Investors have substantial investments unrelated to AP. Accordingly, as a precautionary matter, AP maintains information barriers designed to prevent confidential client information, including the names of clients likely to be involved in reorganization proceedings under the Bankruptcy Code, from being shared with the Investors or their designees on the Boards of Directors.

- To that end, no material nonpublic information about the Debtors has been or will be furnished by AP to the Investors, the InvestCos (as defined below) or their Board of Directors designees, and AP will continue to abide by its confidentiality obligations to the Debtors. AP operates independently of the Investor Conflicts Parties (as defined below), and does not share employees, officers or other management with any such Investor Conflicts Parties (as defined below). AP and each of the Investor Conflicts Parties have

10

separate offices in separate buildings, use separate Internet email addresses, and do not otherwise share IT systems.  No personnel of the Investor Conflicts Parties work on AlixPartners client matters or have access to AlixPartners client information or client files or client personnel.  No AP executive or employee is a director, officer or employee of any Investor.  Each Investor is governed by its own board of directors or similar body and managed by its own management team.  Each Investor is independent of each other Investor.

- AlixPartners has searched the names of the Debtors and the list of Potential Parties in Interest against the names of (i) the Investors, (ii) the subsidiaries of the Investors that either hold a direct position in Holdings or hold a direct position in the entity that holds a direct position in Holdings (collectively, the "InvestCos"), and (iii) the subsidiaries of the Investors that hold, directly or indirectly, positions in the respective InvestCos.  In addition, AlixPartners has searched and/or will request each Investor to search the names of the Debtors against the companies that the InvestCos have a direct greater than 10% investment in (collectively, with (i) – (iii) the "Investor Conflicts Parties").  AlixPartners has determined, to the best of its knowledge based solely on that search, that there are no connections with the Investor Conflicts Parties that require disclosure other than as noted herein.  Because of the information barriers described above, the sheer size of the investment portfolios of the Investor Conflicts Parties, and any applicable securities laws, prior to the Petition Date, AlixPartners was unable to further investigate any potential or actual connections between the Investor Conflicts Parties and the Debtors and the Potential Parties in Interest.  To the extent any potential or actual connections are discovered after the Petition Date, if there exists a material connection, AlixPartners will promptly supplement this disclosure. Notwithstanding the foregoing, AlixPartners' conflicts check did not and will not extend to entities owned by mutual funds in which an Investor Conflicts Party has an interest; entities owned by separate accounts managed by non-affiliates for an Investor Conflicts Party; entities owned by private equity funds in which an Investor Conflicts Party has a limited partnership interest managed by non-affiliates (even though the particular Investor Party may be represented on the limited partner advisory board or investor committee and even though the particular Investor Conflicts Party may have a passive interest in the general partner); entities where any of the Investor Conflicts Parties serves as general partner or investment manager holding interests representing, directly or indirectly, 10% or less.  Nor does it or will it necessarily include indirect investments, such as businesses owned or investments made by an Investor Conflicts Party's portfolio company(ies), or passive investments held or managed by any of the Investor Conflicts Parties.  In addition, because of the sheer size of the investments of the Investors and their respective affiliates and subsidiaries, except as described herein, AlixPartners' conflicts check did not and it will not necessarily include any other affiliates or subsidiaries owned, directly or indirectly, by each Investor, or any investments made by such other affiliates or subsidiaries, nor will it include, to the extent applicable, any depositors of the Investors.

- Although AlixPartners has performed a conflicts check of the Investor Conflicts Parties as set forth above, as a result of, among other things, the sheer size of the investments of the Investor Conflicts Parties, one or more of the Investor Conflicts Parties may, in the ordinary course and from time to time, hold, control and/or manage loans to, or investments in, the Debtors and/or Potential Parties in Interest and/or may trade debt and/or equity securities

11

in the Debtors and/or Potential Parties in Interest. In addition, one or more of the Investor Conflicts Parties may also have had, currently have, or may in the future have business relationships or other connections with the Debtors or other Potential Parties in Interest. To the extent AlixPartners learns of material business relationships or other material connections that are not included herein, AlixPartners will promptly file a supplemental disclosure.

- Other than as specifically noted herein, AlixPartners has not undertaken to determine the existence, nature, and/or full scope of any business relationships or connections that the Investor Conflicts Parties may have with the Potential Parties in Interest, the Debtors and their affiliates, or these chapter 11 cases.

- Further, AlixPartners may have had, currently have or may in the future have business relationships with, among other entities, portfolio companies of the Investors and portfolio companies of private equity funds in which they are limited partners, in matters unrelated to the Debtors or their affiliates in these chapter 11 cases. Based on, among other things, the business separation between each of the Investor Conflict Parties and AlixPartners, the contractual client confidentiality obligations of AlixPartners and the information barriers referred to above, AlixPartners believes that it does not hold or represent an interest adverse to the estate with respect to the engagement.

- AP interacts with U.S. Bankruptcy Court judges and representatives of the U.S. Trustee Program regularly in its capacity as a professional consulting firm that offers turnaround and restructuring services.

- The United States Department of Justice ("DOJ"), including the United States Attorney General's Office, is a current and former AP client in matters unrelated to the Debtors. The DOJ has also been an adverse party and customer to current and former AP clients in matters unrelated to the Debtors.

- ABB, Inc., ABB Doo, ABB Automation Products Gmbh, ABB Mexico Sa De Cv and ABB Qatar, vendors to the Debtors, and affiliates ("ABB") are litigation parties, contract parties, creditors, adverse parties, litigation parties and vendors to current and former AP clients in matters unrelated to the Debtors. ABB is a current and former AP client in matters unrelated to the Debtors. ABB is a vendor to AP.

- ABN Amro Bank, a banking service provider to the Debtors, and affiliates ("ABN") are vendors, indenture trustees, lenders, creditors, bondholders, noteholders, contract parties, shareholders and litigation parties to current and former AP clients in matters unrelated to the Debtors. ABN is a former AP client in matters unrelated to the Debtors.

- ACE American Insurance Company, an insurance provider to the Debtors, and affiliates ("ACE") are insurance providers, vendors, creditors, lenders, investors, bondholders, customers, contract parties and litigation parties to current and former AP clients in matters unrelated to the Debtors. ACE is a current AP client in matters unrelated to Debtors

- Aegon USA Investment Management, LLC, a TLB holder to the Debtors, and affiliates ("Aegon") are adverse parties, bondholders, adverse litigation parties, creditors, customers, contract parties, lenders, noteholders, and related parties to current and former AP clients in matters unrelated to the Debtors.  Aegon is a vendor to AP.

- AIG Specialty Insurance Company, American International Group, Inc., and AIG Europe Limited, insurance providers and surety bond parties to the Debtors, and affiliates ("AIG") are adverse parties, adverse litigation parties, bondholders, creditors, customers, director-affiliated companies, insurance providers, lenders, litigation parties, contract parties, noteholders and vendors to current and former AP clients in matters unrelated to the Debtors.  AIG is a current and former AP client in matters unrelated to the Debtors.  AIG is a former employer of a current AP employee.

- Akzo Nobel Inc, a vendor to the Debtors, and affiliates ("Akzo") are related parties, litigation parties, adverse litigation parties, contract parties and vendors to current and former AP clients in matters unrelated to the Debtors.  Akzo is a former employer of a current AP employees

- Allianz P.L.C., a surety bond party to the Debtors, and affiliates ("Allianz") are adverse parties, bondholders, adverse litigation parties, creditors, insurance providers, lenders, lessors, lienholders, noteholders, related parties, parent companies, related parties, shareholders, and vendors to current and former AP clients in matters unrelated to the Debtors.  Allianz is a former AP client in matters unrelated to the Debtors.  Allianz is a former employer of a current AP employee.  Allianz is an insurance provider to AP.  Allianz is a vendor to AP.

- Allied World Assurance Company, Ltd., an insurance provider to the Debtors, and affiliates ("Allied") are insurance providers, lenders, contract parties and shareholders to current and former AP clients in matters unrelated to the Debtors.  Allied is a vendor to AP.

- ALSAR Partnership, Ltd, a vendor to the Debtors, is a litigation party to a current AP client in matters unrelated to the Debtors.

- Alvarez Marsal Corporate Performance Improvement LLC, a vendor to the Debtors, is a professional, vendor, litigation party, adverse party, and related party to current and former AP clients in matters unrelated to the Debtors.  Alvarez & Marsal is a former employer of current AP employees.

- AMEC Foster Wheeler, a litigation party to the Debtors, is a professional and vendor to current and former AP clients in matters unrelated to the Debtors.

- American Bureau of Shipping, a vendor to the Debtors, is a vendor, director-affiliated company and creditor to former AP clients in matters unrelated to the Debtors.

- American Express and Amex Middle East B S C, vendors to the Debtors, and affiliates ("American Express") are adverse parties, lessors, lienholders, contract parties, related

parties, customers, creditors and vendors to current and former AP clients in matters unrelated to the Debtors. American Express is a former employer of current AP employees. American Express is a vendor to AP.

- Ankura Consulting Group, LLC ("Ankura"), a vendor to the Debtors, is a lender, related party and professional to current AP clients in matters unrelated to the Debtors. Ankura is a current AP client in matters unrelated to the Debtors. Ankura is a former employer of a current AP employee.

- ANZ Bank, a banking service provider to the Debtors, is a vendor to a former AP client in matters unrelated to the Debtors. ANZ Bank is a current AP client in matters unrelated to the Debtors.

- Apache Industrial Services, a vendor to the Debtors, is a litigation party to a former AP client in matters unrelated to the Debtors.

- Appaloosa, a litigation party to the Debtors, and affiliates are shareholders, adverse litigation parties, bondholders and lenders to current and former AP clients in matters unrelated to the Debtors.

- Jeffries is a lender and lienholders to current AP clients in matters unrelated to the Debtors. Jeffries is a former employer of current AP employees.

- Apex Credit Partners, a TLB holder to the Debtors, and affiliates ("Apex") are bondholders, adverse litigation parties, creditors, contract parties, indenture trustees, investors, lenders, lessors, related parties, parent companies, professionals, shareholders, and vendors to current and former AP clients in matters unrelated to the Debtors. Apex is a former employer of a current AP employee.

- Apache Industrial Services, a vendor to the Debtors, is a litigation party to a former AP client in matters unrelated to the Debtors.

- Arcelormittal Distribution Solution, Arcelormittal Dstc Fzco and Arcelormittal Singapore Pte Ltd, vendors to the Debtors, and affiliates ("Arcelormittal ") are customers, creditors and adverse parties to current and former AP clients in matters unrelated to the Debtors. Arcelormittal is a former employer of a current AP employee.

- Arch Insurance Company, an insurance provider to the Debtors, and affiliates ("Arch") are bondholders, litigation parties, adverse litigation parties, creditors, contract parties, insurance providers and lenders to current and former AP clients in matters unrelated to the Debtors. Arch is a former AP client in matters unrelated to the Debtors.

- Areva, a joint venture entity to the Debtors, affiliate is a former AP client in matters unrelated to the Debtors.

- Armstrong Teasdale LLP, a vendor to the Debtors, is a professional to a current AP client in matters unrelated to the Debtors.

- Arnold & Porter Kaye Scholer LLP, a vendor to the Debtors, and affiliates ("A&P") are adverse litigation parties, counsel, opposing counsel, related parties and professionals to current and former AP clients in matters unrelated to the Debtors. A&P is a current and former AP client in matters unrelated to the Debtors.

- Aviva Group, a noteholder and bondholder to the Debtors, and affiliates ("Aviva") are related parties, bondholders, indenture trustees, insurance providers, lenders, lienholders, vendors, adverse parties, associated company and litigation parties to current and former AP clients in matters unrelated to the Debtors. Aviva is a former AP client in matters unrelated to the Debtors. Aviva is a vendor to AP.

- AXA Investment Managers, a TLB holder to the Debtors, and affiliates ("AXA") are associated companies, shareholders, lenders, bondholders, insurance providers, adverse parties and related parties to current and former AP clients in matters unrelated to the Debtors. AXA is a former employer of a current AP employee.

- Axis Insurance Company, an insurance provider to the Debtors, and affiliates ("Axis") are creditors, contract parties, insurance providers, lenders, related parties, professionals, and vendors to current and former AP clients in matters unrelated to the Debtors. Axis is an insurance provider to AP.

- Baker & Botts LLP, a vendor to the Debtors, is a professional and vendor to current and former AP clients in matters unrelated to the Debtors. Baker & Botts is a current and former AP client in matters unrelated to the Debtors.

- Baker & McKenzie, a vendor to the Debtors, and affiliates ("B&M") is counsel, creditors, lessors, opposing counsel, vendors and professional to current and former AP clients in matters unrelated to the Debtors. B&M is a current and former AP client in matters unrelated to the Debtors. B&M is a former employer of current AP employees.

- Banco Popular, a banking service provider to the Debtors, and affiliates ("Banco Popular"), are contract parties, creditors, adverse parties, customers, lenders, vendors, adverse litigation parties and associated companies to current and former AP clients in matters unrelated to the Debtors. Banco Popular is a former AP client in matters unrelated to the Debtors.

- Banco Santander, a banking service provider to the Debtors, and affiliates ("Santander") are adverse litigation parties, associated companies, creditors, customers, financial advisors, lenders, litigation parties, contract parties, related parties, professionals and vendors to current and former AP clients in matters unrelated to the Debtors. Santander is a current AP client in matters unrelated to the Debtors. Santander is a former employer of current AP employees.

- Bank of America, a banking service provider to the Debtors, and affiliates ("Bank of America") are adverse parties, banking service providers, bondholders, financial advisors, litigation parties, adverse litigation parties, creditors, customers, contract parties, indenture trustees, investors, lenders, lienholders, noteholders, related parties, professionals, and

vendors to current and former AP clients in matters unrelated to the Debtors.  Bank of America is a current and former AP client in matters unrelated to the Debtors.  Bank of America is a former employer of current AP employees.  Bank of America is a vendor to AP.

- Bank of China, a banking service provider to the Debtors, and affiliates ("BOC"), are vendors, lenders, adverse litigation parties and related parties to current and former AP clients in matters unrelated to the Debtors.  BOC is a former employer of a current AP employee.

- Bank of Montreal, a vendor to the Debtors, and affiliates ("BMO") are adverse parties, adverse litigation parties, bondholders, creditors, contract parties, indenture trustees, lenders, lienholders, litigation parties, shareholders, professionals, and vendors to current and former AP clients in matters unrelated to the Debtors.  BMO is a current and former AP client in matters unrelated to the Debtors.

- Bank of Tokyo-Mitsubishi UFJ, a banking service provider to the Debtors, and affiliates ("Bank of Tokyo") are lenders, lessors, creditors, customers, contract parties, litigation parties and professionals to current and former AP clients in matters unrelated to the Debtors.  Bank of Tokyo is a current and former AP client in matters unrelated to the Debtors.  Bank of Tokyo is a former employer of current AP employees.

- Barclays Bank PLC and Barclays Capital, trustees / agents and vendors to the Debtors, and affiliates ("Barclays") are adverse parties, banking service providers, bondholders, adverse litigation parties, litigation parties, creditors, customers, contract parties, indenture trustees, investors, lenders, lienholders, noteholders, related parties, professionals, shareholders, and vendors to current and former AP clients in matters unrelated to the Debtors.  Barclays is a current and former AP client in matters unrelated to the Debtors.  Barclays is a former employer of current AP employees.

- BASF Corporation, a vendor to the Debtors, and affiliates ("BASF") are adverse parties, creditors, customers, litigation parties, contract parties, related parties, and vendors to current and former AP clients in matters unrelated to the Debtors.  BASF is a current and former AP client in matters unrelated to the Debtors.

- BBVA, banking service provider to the Debtors, and affiliates ("BBVA") are adverse parties, bondholders, creditors, customers, lenders, lessees, professionals, shareholders, and vendors to current AP clients in matters unrelated to the Debtors.  BBVA is a former employer of a current AP employee.

- BDO USA LLP, a vendor to the Debtors, and affiliates ("BDO") are associated companies, creditors, litigation parties, professionals and vendor to current and former AP clients in matters unrelated to the Debtors.  BDO is a current and former AP client in matters unrelated to the Debtors.  BDO is a former employer of current AP employees.  BDO is a vendor to AP.

- Benefit Street Partners, LLC, a TLB holder to the Debtors, and affiliates ("<u>Benefit Street</u>") are bondholders, creditors, lenders, noteholders, and related parties to current and former AP clients in matters unrelated to the Debtors.  Benefit Street is a current AP client in matters unrelated to the Debtors.

- Berkley Insurance Co., an insurance provider to the Debtors, and affiliates ("<u>Berkley</u>") are affiliates are insurance providers, adverse parties and bondholders to current and former AP clients in matters unrelated to the Debtors.  Berkley is an insurance provider to AP.

- Berkshire Hathaway Specialty Insurance, an insurance provider to the Debtors, and affiliates are insurance providers, bondholders, contract parties, shareholders, litigation parties, vendors and lenders to current and former AP clients in matters unrelated to the Debtors.

- Blackrock, Blackrock Financial Management Inc., and BlackRock Institutional Trust Company, noteholders, TLB Holders and Equity Owners to the Debtors, and affiliates ("<u>Blackrock</u>") are bondholders, creditors, lenders, lessors, lienholders, contract parties, noteholders, related parties, shareholders, and vendors to current and former AP clients in matters unrelated to the Debtors.  BlackRock is a current and former AP client in matters unrelated to the Debtors.

- BlueMountain Capital Management LLC, a TLB holder to the Debtors, and affiliates are adverse parties, bondholders, creditors, lenders, litigation parties, noteholders, shareholders and professionals to current and former AP clients in matters unrelated to the Debtors.

- Bluescope Steel Ltd, a vendor to the Debtors, is a former AP client in matters unrelated to the Debtors.

- BMO Bank of Montreal, a banking services provider to the Debtors, and affiliates ("<u>BMO</u>") are adverse parties, bondholders, adverse litigation parties, creditors, contract parties, indenture trustees, lenders, lienholders, litigation parties, shareholders, and professionals to current and former AP clients in matters unrelated to the Debtors.  BMO is a former AP client in matters unrelated to the Debtors.

- BNP Paribas, a banking service provider to the Debtors, and affiliates ("<u>BNP</u>") are adverse parties, banking service providers, bondholders, adverse litigation parties, creditors, contract parties, indenture trustees, lenders, lienholders, litigation parties, noteholders, related parties, shareholders, and vendors to current and former AP clients in matters unrelated to the Debtors.  BNP is a current and former AP client in matters unrelated to the Debtors.  BNP is a former employer of a current AP employee.

- Boilermaker-Blacksmith Pension Trust, a vendor to the Debtors, is a litigation party to a current AP client in matters unrelated to the Debtors.

- Boomi Inc., a vendor to the Debtors, is a vendor to AP.

- Boston Consulting Group ("BCG"), a vendor to the Debtors, is a bondholder, creditor and contract party to current and former AP clients in matters unrelated to the Debtors. BCG is a former employer to current AP employees.

- BP and Bp Corporation North America Inc, venders and customers to the Debtors, and affiliates ("BP") are creditors, customers, contract parties, joint venture entities, lenders, adverse litigation parties, related parties, professionals, and vendors to current and former AP clients in matters unrelated to the Debtors. BP is a current and former AP client in matters unrelated to the Debtors.

- Bracewell LLP, a professional in this bankruptcy matter and vendor to the Debtors, and affiliates ("Bracewell") are creditors, counsel, professionals, and vendors to current and former AP clients in matters unrelated to the Debtors. Bracewell is a former AP client in matters unrelated to the Debtors.

- Bradley Arant Boult Cummings, a vendor to the Debtors, is a professional, vendor, related party, litigation party, co-counsel, creditor and opposing counsel to current and former AP clients in matters unrelated to the Debtors.

- BrandSafway LLC ("BrandSafway"), a vendor to the Debtors, is a vendor to a current AP client in matters unrelated to the Debtors. BrandSafway is a current AP client in matters unrelated to the Debtors.

- Bureau Veritas, a vendor to the Debtors, is a vendor and contract party to current and former AP clients in matters unrelated to the Debtors. Bureau Veritas is a vendor to AP.

- Cameron LNG, a litigation party to the Debtors, is a related party to a former AP client.

- Capital Group Companies Inc., a noteholder to the Debtors, is lender, bondholder, litigation party and shareholder to current and former AP clients in matters unrelated to the Debtors.

- Capital Research & Management Co., a TLB holder to the Debtors, is a shareholder, lender, litigation party and bondholder to current and former AP clients in matters unrelated to the Debtors.

- Carlyle Investment Management LLC, a TLB holder to the Debtors, and affiliates ("Carlyle") are lenders, creditors, litigation parties, investors, director-affiliated companies, parent companies, affiliates, professionals, shareholders, and vendors to current and former AP clients in matters unrelated to the Debtors. Carlyle is a current and former AP client in matters unrelated to the Debtors. Carlyle is a former employer of a current AP employee.

- CBRE Corporate Outsourcing Limited, a vendor to the Debtors, and affiliates ("CBRE") are lenders, lessors, professionals, related parties, creditors and vendors to current and former AP clients in matters unrelated to the Debtors. CBRE is a current and former AP client in matters unrelated to the Debtors. CBRE is a former employer of current AP employees. CBRE is a vendor to AP.

- Chicago Bridge & Iron Company and affiliates ("CB&I") are legal entities, litigation parties, joint venture parties and vendors in this bankruptcy matter. CB&I is a vendor, creditor, affiliate, related party, lessor and adverse litigation party to current and former AP clients.

- Centerview Partners LLC, a professional in this bankruptcy matter, is a professional, vendor, lessor, contract party, investment banker, and adverse party to current and former AP clients in matters unrelated to the Debtors. Centerview Partners LLC is a former AP client in matters unrelated to the Debtors.

- CEVA Logistics UAE LLC, a vendor to the Debtors, and affiliates ("CEVA") are customers, contract parties and vendors to current and former AP clients in matters unrelated to the Debtors. CEVA is a current AP client in matters unrelated to the Debtors.

- Chevron Lummus Global LLC, a vendor to the Debtors, and affiliates ("Chevron") are contract parties, creditors, adverse parties, associated parties, legacy asset owners, vendors, lenders, litigation parties, director-affiliated companies, lessors, and customers to current and former AP clients in matters unrelated to the Debtors. Chevron is a current and former AP client in matters unrelated to the Debtors.

- China Construction Bank Corporation ("CCB"), a banking service party to the Debtors, is an associated company, lender, related party and contract party to current and former AP clients in matters unrelated to the Debtors. CCB is a former AP client in matters unrelated to the Debtors. CCB is a former employer of a current AP employee.

- China Merchants Bank ("CMB") is, a banking service provider to the Debtors, is a related party to a current AP client in matters unrelated to the Debtors. CMB is a former employer of a current AP employee.

- Chiyoda Corporation and Chiyoda International Corporation are vendors and joint venture parties to the Debtors. Chiyoda Corporation is a former AP client.

- Chubb Bermuda Insurance, Chubb Fianzas Monterrey Aseguradora De Caucion SA, Chubb Group Of Insurance Companies, Chubb Insurance Company of Europe and Federal Insurance Company, insurance providers, vendors and surety bond parties to the Debtors, and affiliates ("Chubb") are creditors, lenders, investors, insurance providers, bondholders, vendors, adverse litigation parties, related parties and contract parties to current and former AP clients in matters unrelated to the Debtors. Chubb is a current AP client in matters unrelated to the Debtors. Chubb is an insurance provider to AP.

- Cisco Systems Capital Corporation, a vendor to the Debtors, and affiliates ("Cisco") are lenders, lienholders, bondholders, contract parties, related parties, professionals, vendors, adverse parties, and creditors to current and former AP clients in matters unrelated to the Debtors. Cisco is a former employer of current AP employees. Cisco is a vendor to AP.

- Citibank, N.A., an LC issuing bank and banking service provider to the Debtors, and affiliates ("Citi") are adverse parties, banking service providers, bondholders, adverse

19

litigation parties, creditors, customers, contract parties, indenture trustees, investors, joint venture entities, lenders, lienholders, litigation parties, noteholders, related parties, shareholders, trustees, and vendors to current and former AP clients in matters unrelated to the Debtors.  Citi is a current and former AP client in matters unrelated to the Debtors.  Citi is a former employer of current AP employees.

- Citizens Bank, a banking service provider to the Debtors, and affiliates ("Citizens") are creditors, contract parties, lenders, banking service providers, litigation parties, related parties and vendors to current and former AP clients in matters unrelated to the Debtors. Citizens is a former AP client in matters unrelated to the Debtors.  Citizens is a former employer of a current AP employee.

- The Claro Group LLC ("Claro"), a vendor to the Debtors, is a professional to a former AP client in matters unrelated to the Debtors.  Claro is a former employer of current AP employees.

- CNA Insurance, a surety bond party to the Debtors, and affiliates ("CNA") are adverse parties, adverse litigation parties, affiliates bondholders, creditors, litigation parties, customers, insurance providers, lenders, and related parties to current and former AP clients in matters unrelated to the Debtors.  CNA is a former employer of a current AP employee.  CNA is an insurance provider to AP.

- Colliers International, a vendor to the Debtors, and affiliates ("Colliers") are vendors, contract parties, lessors, creditors, related parties, and litigation parties to current and former AP clients in matters unrelated to the Debtors.  Colliers is a vendor to AP.  Colliers is a former employer of a current AP employee.

- Commerzbank AG, a banking service provider to the Debtors, and affiliates ("Commerzbank"), are lenders, creditors, and related parties to current and former AP clients in matters unrelated to the Debtors.  Commerzbank is a material third party to a confidential AP engagement in matters unrelated to the Debtors.

- Compass Group Singapore Pte Ltd, a vendor to the Debtors, and affiliates ("Compass") are lessors, contract parties and related parties to current and former AP clients in matters unrelated to the Debtors.  Compass is a vendor to AP.

- Compass Lexecon LLC ("CL"), a vendor to the Debtors, is a related party to a current AP client in matters unrelated to the Debtors.  CL is a former employer to a current AP employee.

- Computer Packages, a vendor to the Debtors, is a professional and vendor to former AP clients in matters unrelated to the Debtors.

- Credit Agricole Corp and Investment Bank, a trustee / agent to the Debtors, and affiliates ("Credit Agricole") are bondholders, creditors, joint venture entities, lenders, shareholders, and vendors to current and former AP clients in matters unrelated to the Debtors.  Credit

Agricole is a current AP client in matters unrelated to the Debtors.  Credit Agricole is a former employer of current AP employees.  Credit Agricole is a vendor to AP.

- CT Corporation System, a vendor to the Debtors, is a professional, vendor, lessor, litigation party, related party and adverse party to current and former AP clients in matters unrelated to the Debtors.  CT Corporation provides legal services to AP.

- Danske Bank AG, a noteholder to the Debtors, is a lender and bondholder to former AP clients in matters unrelated to the Debtors.  Danske Bank is a former AP client in matters unrelated to the Debtors.

- David E Harvey Builders Inc., a vendor to the Debtors, is a vendor to AP.

- Davis Polk & Wardwell, a professional in this bankruptcy matter, is a creditor, contract party, counsel, opposing counsel, related party, professional, and vendor to current and former AP clients in matters unrelated to the Debtors. Davis Polk & Wardwell is a current and former AP client in matters unrelated to the Debtors.

- Dell BV – Amsterdam, Dell Computer Spol Sro Praha 8, Dell Financial Services LLC, Dell International Services India P, Dell Marketing LP and Dell Mexico Sa De CV, vendors to the Debtors, and affiliates ("Dell") are adverse parties, adverse litigation parties, litigation parties, bondholders, contract parties, creditors, customers, lenders, lienholders, parent companies, shareholders, vendors, and related parties to current and former AP clients in matters unrelated to the Debtors.  Dell is a current AP client in matters unrelated to the Debtors.  Dell is a former employer of a current AP employee.  Dell is a vendor to AP.

- Deloitte Consulting LLP and Deloitte Tax, LLP, vendors to the Debtors, and affiliates ("Deloitte") are professionals, adverse parties, associated companies, litigation parties, creditors, contract parties, auditors, related parties and vendors to current and former AP clients in matters unrelated to the Debtors. Deloitte is a current AP client in matters unrelated to the Debtors. Deloitte is a former employer of current AP employees. Deloitte is a vendor to AP.

- Deutsche Bank AG and Deutsche Bank, TLB Holders and noteholders to the Debtors, and affiliates ("Deutsche Bank") are adverse parties, associated companies, bondholders, financial advisors, litigation parties, adverse litigation parties, creditors, customers, contract parties, indenture trustees, lenders, lessors, related parties, professionals, shareholders, and vendors to current and former AP clients in matters unrelated to the Debtors.  Deutsche Bank is a current and former AP client in matters unrelated to the Debtors.  Deutsche Bank is a former employer of current AP employees.  Deutsche Bank is a vendor to AP.

- DocuSign Inc., a vendor to the Debtors, is a creditor and contract party to current and former AP clients in matters unrelated to the Debtors.  DocuSign Inc., is a vendor to AP.

- Duke Energy and Duke Energy Progress, customers and litigation parties to the Debtors, and affiliates ("Duke") are adverse parties, creditors, customers, director-affiliated

companies, contract parties, adverse litigation parties, related parties, and vendors to current and former AP clients in matters unrelated to the Debtors. Duke is a former AP client in matters unrelated to the Debtors.

- Dun & Bradstreet Information Services, a vendor to the Debtors, and affiliates ("D&B") are professionals, vendors, related parties, creditors, litigation parties, contract parties and adverse parties to current and former AP clients in matters unrelated to the Debtors. D&B is a vendor to AP.

- Eaton Corporation, a vendor to the Debtors, and affiliates ("Eaton"), are litigation parties, creditors, director-affiliated companies, customers, and vendors to current and former AP clients in matters unrelated to the Debtors. Eaton is a current AP client in matters unrelated to the Debtors. Eaton is a former employer of a current AP employee.

- Eaton Vance Management, TLB holders to the Debtors, and affiliates ("Eaton Vance") are lenders, creditors, adverse litigation parties, lienholders and bondholders to current and former AP clients in matters unrelated to the Debtors. Eaton Vance is a former AP client in matters unrelated to the Debtors. Eaton Vance is a former employer of a current AP employee.

- Endurance American Specialty Insurance Company and Endurance Specialty Insurance, insurance providers to the Debtors, and affiliates ("Endurance") are creditors, insurance providers, litigation parties, and lenders to current and former AP clients in matters unrelated to the Debtors. Endurance is a former AP client in matters unrelated to the Debtors.

- Entergy Corp., a customer to the Debtors, and affiliates ("Entergy") are creditors, customers, vendors, related parties, director-affiliated companies and contract parties to current and former AP clients in matters unrelated to the Debtors.

- Ernst & Young LLP, a vendor to the Debtors, and affiliates ("E&Y") are professionals, contract parties, director-affiliated companies, adverse parties, related parties, litigation parties, vendors, creditors and shareholders to current and former AP clients in matters unrelated to the Debtors. E&Y is a current AP client in matters unrelated to the Debtors. E&Y is a former employer of current AP employees. E&Y is a vendor to AP.

- Equinix Middle East FZ LLC, a vendor to the Debtors, and affiliates ("Equinix") are contract parties, creditors and vendors to a current AP client in matters unrelated to the Debtors. Equinix is a current AP client in matters unrelated to the Debtors. Equinix is a former employer of a current AP employee. Equinix is a vendor to AP.

- Exxon Mobil, a customer to the Debtors, and affiliates ("Exxon") are adverse parties, bondholders, creditors, customers, contract parties, investors, lenders, litigation parties, adverse litigation parties, related parties and vendors to current and former AP clients in matters unrelated to the Debtors.

- First Abu Dhabi Bank (FAB), an LC issuing bank to the Debtors, is a current AP client in matters unrelated to the Debtors.

- Fish & Richardson PC, a vendor to the Debtors, is a professional, client counsel, and opposing counsel to current and former AP clients in matters unrelated to the Debtors. Fish & Richardson PC is a current and former AP client in matters unrelated to the Debtors.

- Flowserve GB Ltd, Flowserve S De Rl Cv, Flowserve Spain Sl, Flowserve Srl and Flowserve Valbart Srl, vendors to the Debtors, and affiliates ("Flowserve") are vendors, creditors, contract parties and litigation parties to current and former AP clients in matters unrelated to the Debtors. Flowserve is a current AP client in matters unrelated to the Debtors. Flowserve is a former employer of a current AP employee.

- The Focal Point LLC, a vendor to the Debtors, is a vendor to AP.

- Foley Hoag, a professional in interest in this bankruptcy matter, is a professional to a former AP client in matters unrelated to the Debtors.

- Franklin Resources, a noteholder to the Debtors, and affiliates ("Franklin"), are shareholders, creditors, bondholders, lienholders, litigation parties, adverse litigation parties, contract parties and lenders to current and former AP clients in matters unrelated to the Debtors. Franklin is a current AP client in matters unrelated to the Debtors.

- FTI Consulting, Inc., a professional in this bankruptcy matter and vendors to the Debtors, and affiliates ("FTI") are adverse parties, financial advisors, creditors, contract parties, litigation parties, related parties, professionals, and vendors to current and former AP clients in matters unrelated to the Debtors. FTI is a former employer of current AP employees.

- GAM Holding AG, a noteholder to the Debtors, is a client related party and lender to current AP clients in matters unrelated to the Debtors.

- GE Energy Power Conversion USA Inc., GE Infrastructure Sensing LLC, GE Oil & Gas LLC, GE Oil & Gas Products And Services S De Rl De Cv, GE Oil & Gas UK Ltd. and GE Oil Gas Australia Pty Ltd, joint venture parties and vendors to the Debtors, and affiliates ("GE") are adverse parties, bondholders, financial advisors, adverse litigation parties, litigation parties, creditors, customers, director-affiliated companies, contract parties, joint venture entities, lenders, lessors, lienholders, noteholders, related parties, parent companies, professionals, shareholders, and vendors to current and former AP clients in matters unrelated to the Debtors. GE is a current and former AP client in matters unrelated to the Debtors. GE is a former employer of current AP employees. GE is a vendor to AP.

- GP Strategies Corporation, a vendor to the Debtors, is a vendor and professional to current and former AP clients in matters unrelated to the Debtors.

23

- Greenhill & Co., LLC ("Greenhill"), a vendor to the Debtors, is a professional and investor to current AP clients in matters unrelated to the Debtors.

- Hagemeyer, a vendor to the Debtors, is a related party to a former AP client in matters unrelated to the Debtors.

- Halliburton Energy Services Inc. and Halliburton Produtos Ltda, vendors to the Debtors, and affiliates ("Halliburton") are creditors, customers, contract parties, litigation parties, related parties and vendors to current and former AP clients in matters unrelated to the Debtors. Halliburton is a former employer of current AP employees.

- Hewlett-Packard Financial Services, a vendor to the Debtors, and affiliates ("HP") are lenders, vendors, creditors, adverse parties, contract parties, associated companies, director-affiliated companies, related parties and creditors to current and former AP clients in matters unrelated to the Debtors. HP is a current AP client in matters unrelated to the Debtors. HP is a former employer of current AP employees.

- Hogan Lovells, a litigation party to the Debtors, is a vendor, professional, counsel, and opposing counsel to current and former AP clients in matters unrelated to the Debtors. Hogan Lovells is a current and former AP client in matters unrelated to the Debtors. Hogan Lovells is a vendor to AP.

- Holland & Knight LLP, a vendor to the Debtors, is an adverse litigation party, counsel, related party, professional, opposing counsel and vendor to current and former AP clients in matters unrelated to the Debtors. Holland & Knight LLC is a current and former AP client in matters unrelated to the Debtors.

- Honeywell Automation & Control Solutions, Honeywell International, Honeywell Doo and Honeywell, Inc., vendors to the Debtors, and affiliates ("Honeywell") are adverse parties, litigation parties, creditors, adverse litigation parties, director-affiliated companies, related parties, and vendors to current and former AP clients in matters unrelated to the Debtors. Honeywell is a current and former AP client in matters unrelated to the Debtors. Honeywell is a former employer of current AP employees.

- Houlihan Lokey, Inc., a professional in this bankruptcy matter, ("Houlihan Lokey") is a creditor, contract party, financial advisor, investor, lender, related party, professional, and vendor to current and former AP clients in matters unrelated to the Debtors. Houlihan Lokey is a former employer of current AP employees. Houlihan Lokey is a vendor to AP.

- HPS Investment Partners LLC ("HPS"), a TLB holder to the Debtors, is an adverse litigation party, parent company, related party and lender to current and former AP clients in matters unrelated to the Debtors. HPS is a non-debtor affiliate to current AP bankruptcy client, Alta Mesa Resources, Inc., in matters unrelated to the Debtors.

- HSBC Bank, a banking service provider to the Debtors, and affiliates ("HSBC") are adverse parties, adverse parties, bondholders, financial advisors, adverse litigation parties, creditors, customers, contract parties, indenture trustees, lenders, litigation parties,

lienholders, related parties, professionals, shareholders, and vendors to current and former AP clients in matters unrelated to the Debtors.  HSBC is a current and former AP client in matters unrelated to the Debtors.  HSBC is a former employer of current AP employees. HSBC is a vendor to AP.

- Illinois National Insurance Company ("INIC"), an insurance provider to the Debtors, is an insurance provider to current and former AP client in matters unrelated to the Debtors. INIC is an affiliate of American International Group, who is a current and former AP client in matters unrelated to the Debtors.

- Industrie Meccaniche Di Bagnolo Srl, a vendor to the Debtors, is a former AP client in matters unrelated to the Debtors.

- Infosys Limited, a vendor to the Debtors, and affiliates ("Infosys") are adverse parties, contract parties, creditors, professionals, vendors and related parties to current and former AP clients in matters unrelated to the Debtors.  Infosys is a former AP client.  Infosys is a former employer of current AP employees.  Infosys is a vendor to AP.

- ING Bank and ING Bank Moscow, banking service providers to the Debtors, and affiliates ("ING") are bondholders, creditors, contract parties, lenders, lessors, related parties, trustees, and vendors to current and former AP clients in matters unrelated to the Debtors. ING is a current AP client in matters unrelated to the Debtors.

- Insight Direct USA Inc., a vendor to the Debtors, and affiliates ("Insight") are vendors, creditors, contract parties, professionals and related parties to current and former AP clients in matters unrelated to the Debtors.  Insight is a current and former AP client in matters unrelated to the Debtors. Insight is a former employer of current AP employees.  Insight is a vendor to AP.

- Internal Revenue Service ("IRS"), a government regulatory agency to the Debtors, is a vendor, adverse party, professional, related party, litigation party, and taxing authority to current and former AP clients in matters unrelated to the Debtors.  The IRS is a current and former AP client in matters unrelated to the Debtors.  The IRS is a former employer of current AP employees.

- Interserve Construction Limited, a vendor to the Debtors, and affiliates ("Interserve") are associated companies to current and former AP clients in matters unrelated to the Debtors. Interserve is a current and former AP client in matters unrelated to the Debtors.

- Invesco Advisers, Inc. and Invesci Ltd., TLB holders and noteholders to the Debtors, and affiliates ("Invesco") are bondholders, creditors, customers, lenders, lienholders, noteholders, related parties, shareholders, and vendors to current and former AP clients in matters unrelated to the Debtors.

- Iron Mountain and Iron Mountain Records Management Shredding, Inc., vendors to the Debtors, and affiliates ("Iron Mountain") are bondholders, creditors, customers, contract parties, lessors, related parties, professionals and vendors to current and former AP clients

in matters unrelated to the Debtors. Iron Mountain is a current and former AP client in matters unrelated to the Debtors. Iron Mountain is a vendor to AP.

- Iron Workers Local 580 Joint Funds, a litigation party to the Debtors, is a litigation party to a current AP client in matters unrelated to the Debtors.

- Ironworkers Locals 40, 361 & 417 Union Security Funds, a litigation party to the Debtors, is a litigation party to a current AP client in matters unrelated to the Debtors.

- Jones Walker L.L.P, a professional in this bankruptcy matter, is a professional, adverse litigation party, vendor and related party to current and former AP clients in matters unrelated to the Debtors.

- Joseph Christaldi a former officer / director to the Debtors, is a director to a current AP client, Westinghouse Electric.

- Kanoo Travel Agency and Kanoo Travel L.L.C., vendors to the Debtors, and affiliates ("Kanoo") are subsidiaries to a former AP client in matters unrelated to the Debtors. Kanoo is a former AP client in matters unrelated to the Debtors.

- Kirkland & Ellis, a professional in this bankruptcy matter, and affiliates ("K&E") are customers, vendors, lenders, creditors, counsel and professionals to current and former AP clients in matters unrelated to the Debtor. K&E is a current and former AP client in matters unrelated to the Debtor. K&E is a former employer of current AP employees. K&E provides legal services to AP.

- K&L Gates LLP ("K&L"), a vendor to the Debtors, is counsel, opposing counsel, vendor and professional to current and former AP clients in matters unrelated to the Debtors. K&L is a current and former AP client in matters unrelated to the Debtors.

- KordaMentha Forensic, a vendor to the Debtors, and affiliates ("KM") are current and former AP clients in matters unrelated to the Debtors. KM is the previous employer of current AP employees.

- KPMG LLP, a vendor to the Debtors, and affiliates ("KPMG") are financial advisors, creditors, customers, contract parties, related parties, professionals, and vendors to current and former AP clients in matters unrelated to the Debtors. KPMG is a former AP client in matters unrelated to the Debtors. KPMG is a former employer of current AP employees. KPMG provides auditing services to AP. KPMG is a vendor to AP.

- Lee Hecht Harrison LLC ("LHH"), a vendor to the Debtors, is a vendor to current and former AP clients in matters unrelated to the Debtors. LHH is a vendor to AP.

- Lexington Insurance Company, an insurance provider to the Debtors, is a litigation party, adverse litigation party, creditor and insurance provider to current and former AP clients in matters unrelated to the Debtors.

- Liberty Mutual Insurance Company, an insurance provider to the Debtors, and affiliates ("Liberty Mutual") are bondholders, litigation parties, adverse litigation parties, creditors, customers, contract parties, insurance providers, lenders, related parties, and vendors to current and former AP clients in matters unrelated to the Debtors. Liberty Mutual is a current AP client in matters unrelated to the Debtors. Liberty Mutual is a former employer of a current AP employee.

- Lloyds Bank and Lloyds TSB Bank Plc, banking service providers and LC issuing banks to the Debtors, and affiliates ("Lloyds Bank"), are creditors, bondholders, customers, lenders, insurance providers, vendors, litigation parties, associated companies and adverse parties to current and former AP clients in matters unrelated to the Debtors. Lloyds Bank is a current and former AP client in matters unrelated to the Debtors.

- Lloyds of London, an insurance provider to the Debtors, and affiliates ("Lloyds") are adverse parties, litigation parties, creditors, adverse litigation parties, insurance providers, lenders, related parties and vendors to current and former AP clients in matters unrelated to the Debtors. Lloyds is an insurance provider to AP.

- Locke Lord, a vendor to the Debtors, is a contract party, related party, professional, vendor, adverse litigation party and counsel to current and former AP clients in matters unrelated to the Debtors. Locke Lord is a former AP client in matters unrelated to the Debtors.

- Mammoet, a vendor to the Debtors, is a current AP client in matters unrelated to the Debtors.

- Man Energy Solutions SE, a vendor to the Debtors, and affiliates ("Man") are litigation parties, noteholders, vendors, affiliated companies and related parties to current and former AP clients in matters unrelated to the Debtors. Man is a former AP client in matters unrelated to the Debtors.

- Maxim Crane Works, a vendor to the Debtors, is an affiliate, related party and vendor to current and former AP clients in matters unrelated to the Debtors.

- McDermott International ("McDermott") is a former AP client. McDermott is an adverse litigation party and director-affiliated company to current and former AP clients in matters unrelated to this bankruptcy matter.

- Microsoft Corporation, a vendor to the Debtors, and affiliates ("Microsoft") are lessors, creditors, vendors, shareholders, contract parties and related parties to current and former AP clients in matters unrelated to the Debtors. Microsoft is a current and former AP client in matters unrelated to the Debtors. Microsoft is a former employer of current AP employees. Microsoft is a vendor to AP.

- Midocean Credit Fund Management LP, a TLB holder to the Debtors, and affiliates ("Midocean") are creditors, lenders, litigation parties, related parties and shareholders to current and former AP clients in matters unrelated to the Debtors.

- Mitsubishi Hitachi Power Systems, a vendor to the Debtors, and affiliates ("Mitsubishi") are adverse parties, adverse litigation parties, litigation parties, affiliates, bondholders, creditors, customers, contract parties, joint venture entities, lenders, vendors, related parties to current and former AP clients in matters unrelated to the Debtors. Mitsubishi is a current and former AP client in matters unrelated to the Debtors. Mitsubishi is a former employer of current AP employees.

- Mitsui Co. Ltd., a vendor to the Debtors, and affiliates ("Mitsui") are shareholders, lenders, lessees, insurance providers, adverse litigation parties, professionals, litigation parties, customers, parent companies, noteholders and contract parties to current and former AP clients in matters unrelated to the Debtors. Mitsui is a current and former AP client in matters unrelated to the Debtors. Mitsui is a former employer of current AP employees.

- MJX Asset Management LLC, a TLB holder to the Debtors, and affiliates ("MJX") are bondholders, creditors, lenders, noteholders and professionals to current and former AP clients in matters unrelated to the Debtors.

- Nat West-National Westminster Bank, a banking service provider to the Debtors, is a lender, vendor and related party to current and former AP clients in matters unrelated to the Debtors.

- National Fire & Marine Insurance, an insurance provider to the Debtors, and affiliates ("NF&M") are adverse litigation parties, litigation parties, adverse parties, related parties, creditors, lenders, insurance providers and bondholders to current and former AP clients in matters unrelated to the Debtors.

- National Oilwell Varco Norway, a vendor to the Debtors, and affiliates ("Varco") are litigation parties and creditors to current and former AP clients in matters unrelated to the Debtors. Varco is a former employer of a current AP employee.

- Natixis SA, a noteholder to the Debtors, and affiliates ("Natixis") are parent companies, contract parties, associated companies, shareholders, lenders, litigation parties, professionals, creditors and adverse parties to current and former AP clients in matters unrelated to the Debtors. Natixis is a former AP client in matters unrelated to the Debtors. Natixis is a former employer of a current AP employee.

- NERA Economic Consulting ("NERA"), a vendor to the Debtors, is a creditor to a current AP client in matters unrelated to the Debtors. NERA is a former employer of current AP employees.

- Nomura, a noteholder to the Debtors, and affiliates ("Nomura") are adverse parties, bondholders, creditors, adverse litigation parties, contract parties, investors, lenders, lienholders, litigation parties, noteholders, related parties, professionals, and shareholders to current and former AP clients. Nomura is a current and former AP client in matters unrelated to the Debtors. Nomura is a former employer of a current AP employee.

- Oak Hill Advisors LP, a TLB holder to the Debtors, and affiliates are creditors, bondholders, noteholders, parent companies and lenders to current and former AP clients in matters unrelated to the Debtors.

- Oaktree Capital Management, L.P., a TLB holder to the Debtors, and affiliates ("Oaktree") are bondholders, creditors, investors, lenders, adverse litigation parties, noteholders, related parties, parent companies and shareholders to current and former AP clients in matters unrelated to the Debtors.  Oaktree is a current and former AP client in matters unrelated to the Debtors.

- Oceaneering Holdings Sarl Saudi Arabia, Oceaneering OIS Co WLL, Oceaneering Int Services Limited and Oceaneering International GmbH, vendors to the Debtors, and affiliates ("Oceaneering") are vendors and director-affiliated companies to a current and former AP clients in matters unrelated to the Debtors.

- Ogletree, Deakins, Nash, Smoak & Stewart, P.C. ("Ogletree"), a vendor to the Debtors, is an adverse party, adverse litigation party, professional, vendor and counsel to current and former AP clients in matters unrelated to the Debtors.  Ogletree is a former AP client in matters unrelated to the Debtors.

- Optiv Security Inc, a vendor to the Debtors, and affiliates ("Optiv") are contract parties and vendors to current AP clients in matters unrelated to the Debtors.  Optiv is a former AP client in matters unrelated to the Debtors.  Optiv is a vendor to AP.

- Oracle America, Inc. and Oracle Nederland BV De Meern, vendors to the Debtors, and affiliates ("Oracle") are creditors, vendors, lessors, professionals, contract parties, related parties, customers and associated companies to current and former AP clients in matters unrelated to the Debtors. Oracle is a former AP client in matters unrelated to the Debtors. Oracle is a former employer of current AP employees.  Oracle is a vendor to AP.

- Pacific Management Investment Company LLC (PIMCO), a TLB holder to the Debtors, and affiliates ("PIMCO") are lenders, investors, bondholders, lienholders, noteholders, litigation parties, adverse parties, professionals, associated company, and creditors to current and former AP clients in matters unrelated to the Debtors.  PIMCO is a current AP client in matters unrelated to the Debtors.   PIMCO is a former employer of a current AP employee.

- Paul Weiss Rifkind Wharton & Garrison LLP, a professional in this bankruptcy matter, ("Paul Weiss") is a contract party, professional, creditor, vendor, lender, and counsel to current and former AP clients in matters unrelated to the Debtors.  Paul Weiss is a current and former AP client in matters unrelated to the Debtors.  Paul Weiss provides legal services to AP in matters unrelated to the Debtors.  Paul Weiss is a former employer of current AP employees.

- Petrofac International Ltd, a joint venture party to the Debtors and affiliates ("Petrofac") are vendors to current AP clients in matters unrelated to the Debtors.  Petrofac is a current

AP client in matters unrelated to the Debtors.  Petrofac is a former employer of a current AP employee.

- Phoenix Services, a vendor to the Debtors, is a current and former AP client in matters unrelated to the Debtors.

- Pinsent Masons, LLP ("Pinsent"), a vendor to the Debtors, is a professional, opposing counsel and client counsel to current and former AP clients in matters unrelated to the Debtors.  Pinsent is a current and former AP client in matters unrelated to the Debtors. Pinsent provides legal services to AP.

- PNC Bank, a vendor to the Debtors, and affiliates ("PNC") are adverse parties, adverse litigation parties, banking service providers, bondholders, creditors, customers, contract parties, lenders, related parties, professionals, shareholders, and vendors to current and former AP clients in matters unrelated to the Debtors.  PNC is a current and former AP client in matters unrelated to the Debtors.

- PricewaterhouseCoopers LLP, PwC Intl Assign Svcs Shanghai Ltd Dalian and PricewaterhouseCoopers Advisory Services, vendors to the Debtors, and affiliates ("PwC") are adverse parties, customers, professionals, opposing counsel, and creditors to current and former AP clients in matters unrelated to the Debtors.  PwC provides tax and related consulting services to AP.  PwC is a former AP client in matters unrelated to the Debtors.  AP provides services to PwC in the ordinary course in matters unrelated to the Debtors.  PwC is a former employer of certain employees, officers, directors, and shareholders of AP.

- Principal Financial Group Inc., a noteholder to the Debtors, is a shareholder, lienholder, creditor and lender to current and former AP clients in matters unrelated to the Debtors.

- The Public Employees' Retirement System of Mississippi ("PERS"), a litigation party to the Debtors, is an adverse litigation party to a former AP client in matters unrelated to the Debtors.  PERS is a former AP client in matters unrelated to the Debtors.

- QBE Insurance Company, an insurance provider to the Debtors, and affiliates ("QBE") are insurance providers to current and former AP clients in matters unrelated to the Debtors. QBE is a current AP client in matters unrelated to the Debtors.  QBE is an insurance provider to AP.

- Regions Bank, a banking service provider to the Debtors, is a creditor, lender, noteholder, shareholder, vendor and litigation party to current and former AP clients in matters unrelated to the Debtors.

- Rolls Royce Commercial Marine, a vendor to the Debtors, and affiliates ("Rolls-Royce"), are creditors, contract parties, parent companies, vendors and related parties to current and former AP clients in matters unrelated to the Debtors.  Rolls-Royce is a current AP client in matters unrelated to the Debtors.

- Royal Bank of Scotland N.V., an LC issuing bank to the Debtors, and affiliates ("RBS"), are lenders, contract parties, associated companies, adverse parties, bondholders, litigation parties, parents, professionals, shareholders and creditors to current and former AP clients in matters unrelated to the Debtors.  RBS is a current and former AP client in matters unrelated to the Debtors.  RBS is a former employer to current AP employees.

- S&P Global Market Intelligence, a vendor to the Debtors, and affiliates ("S&P") are professionals, adverse parties, litigation parties, contract parties and vendors to current and former AP clients in matters unrelated to the Debtors.  S&P is a former AP client in matters unrelated to the Debtors.  S&P is a vendor to AP.

- Sabic, a litigation party  to the Debtors, and affiliates ("Sabic") are customers and vendors to  current and former AP clients in matters unrelated to the Debtors.  Sabic is a former employer of a current AP employee.

- SAMBA Financial Group, a banking service provider and LC issuing bank to the Debtors, is a litigation party to a current AP client in matters unrelated to the Debtors.

- Samsung and Samsung Engineering Co., Ltd., vendors and joint venture parties to the Debtors, and affiliates ("Samsung"), are vendors, insurance providers, customers, contract parties, litigation parties, related parties, and adverse parties to current and former AP clients in matters unrelated to the Debtors.  Samsung is a current and former AP client in matters unrelated to the Debtors.

- SAP America, a vendor to the Debtors, and affiliates ("SAP") are creditors, adverse litigation parties, contract parties, related parties, professionals and vendors to current and former AP clients in matters unrelated to the Debtors.

- Savills UK Ltd ("Savilla"), a vendor to the Debtors, is a vendor to a current AP client in matters unrelated to the Debtors.  Savilla is a vendor to AP.

- S C Woods, L.L.C.  ("SC") is a legal entity in this bankruptcy matter.  SC is a lessor to current AP client Westinghouse Electric.

- Schneider Electric Systems India Pvt Ltd, a vendor to the Debtors, and affiliates ("Schneider") are customers, vendors and contract parties to current and former AP clients in matters unrelated to the Debtors.  Schneider is a vendor to AP.

- Scotia Bank, a banking service provider to the Debtors, and affiliates ("Scotiabank") are banking service providers, bondholders, creditors, lenders, lienholders, adverse litigation parties, noteholders, related parties, shareholders, and vendors to current and former AP clients in matters unrelated to the Debtors.  Scotiabank is a current and former AP client in matters unrelated to the Debtors.  Scotiabank is a portfolio company of an AP investor.

- Sempra, a customer to the Debtors, and affiliates ("Sempra") are vendors, joint venture parties, customers and contract parties to current and former AP clients in matters unrelated to the Debtors.  Sempra is a former AP client in matters unrelated to the Debtors.

- Shaw Group UK Limited is a Debtors legal entity in this bankruptcy matter. The Shaw Group is a creditor and litigation party to current AP client Westinghouse Electric.

- Shell Oil Products and Shell Catalysts & Technologies Americas, vendors to the Debtors, and affiliates ("Shell") are adverse parties, creditors, customers, contract parties, investors, lenders, adverse litigation parties, related parties, and vendors to current and former AP clients in matters unrelated to the Debtors. Shell is a former employer of a current AP employee.

- SHI International Corp., a vendor to the Debtors, is a vendor to AP.

- Siemens AG, Siemens AG PGI, Siemens DOO, Siemens PTE Ltd, and Siemens Energy Inc., vendors to the Debtors, and affiliates ("Siemens") are adverse parties, litigation parties, adverse litigation parties, creditors, customers, contract parties, lenders, related parties, shareholders, and vendors to current and former AP clients in matters unrelated to the Debtors. Siemens is a current and former AP client in matters unrelated to the Debtors. Siemens is a former employer of current AP employees.

- Sodexo Do Brasil Comercial SA, Sodexo Food Solutions India Pvt. Ltd. and Sodexo Mexico SA De Cv, vendors to the Debtors, and affiliates ("Sodexo") are vendors, associated companies and related parties to current and former AP clients in matters unrelated to the Debtors. Sodexo is a former AP client in matters unrelated to the Debtors. Sodexo is a vendor to AP.

- Solus Alternative Asset Management LP, a TLB holder to the Debtors, and affiliates ("Solus") are bondholders, creditors, lenders, adverse parties, noteholders and related parties to current and former AP clients in matters unrelated to the Debtors. Solus is a current AP client in matters unrelated to the Debtors.

- Sound Point Capital Management LP, a lender to the Debtors, and affiliates ("Sound Point"), are creditors, bondholders, lenders and lienholders to current and former AP clients in matters unrelated to the Debtors. Sound Point is a former AP client in matters unrelated to the Debtors.

- Special Counsel Inc., a vendor to the Debtors, is a vendor and professional to current and former AP clients in matters unrelated to the Debtors.

- SPX Transformer Solutions Inc, a vendor to the Debtors, and affiliates ("SPX") are creditors, contract parties, vendors, affiliates and litigation parties to current and former AP clients in matters unrelated to the Debtors. SPX is a current and former AP client in matters unrelated to the Debtors.

- Standard Chartered Bank and Standard Chartered Bank Cash Collateral Line ("SCB"), a banking service provider and vendor to the Debtors, are lenders, adverse parties and creditors to current and former AP clients in matters unrelated to the Debtors. SCB is a current and former AP client in matters unrelated to the Debtors.

- Starr Indemnity & Liability, an insurance provider to the Debtors, and affiliates ("Starr") are insurance providers, investors, related parties, litigation parties, shareholders, trustees and vendors to current and former AP clients in matters unrelated to the Debtors.  Starr is a current and former AP client in matters unrelated to the Debtors.  Starr is an insurance provider to AP.

- State Street Corp., a noteholder to the Debtors, and affiliates ("State Street") are lenders, lienholders, creditors, bondholders, vendors, shareholders, adverse parties, associated parties, noteholders, contract parties, customers, lessors and indenture trustees to current and former AP clients in matters unrelated to the Debtors.  State Street is a former AP client in matters unrelated to the Debtors.

- Sumitomo Electric Industries Ltd, a vendor to the Debtors, and affiliates ("Sumitomo") are adverse parties, adverse litigation parties, creditors, insurance providers, investors, lenders, related parties, parent companies, shareholders, and vendors to current and former AP clients in matters unrelated to the Debtors.  Sumitomo is a current and former AP client in matters unrelated to the Debtors.  Sumitomo is a former employer of a current AP employee.

- Tableau Software Inc., a vendor to the Debtors, is a vendor to AP.

- Takreer, a customer to the Debtors, is an affiliate to a former AP client in matters unrelated to the Debtors.

- Tata Consultancy Services Limited ("Tata"), a vendor to the Debtors, is a creditor and vendor to current AP clients in matters unrelated to the Debtors.  Tata is a vendor to AP.

- TBC Bank, a banking service provider to the Debtors, is a former employer of a current AP employee.

- Technip Umbilicals Inc., a vendor to the Debtors, and affiliates ("TU") are lessors, vendors, parent companies and associated companies to current and former AP client in matters unrelated to the Debtors.  TU is a current and former AP client in matters unrelated to the Debtors.

- Tenaris Global Services S A, a vendor to the Debtors, is a related party to a current AP client in matters unrelated to the Debtors.

- Thermon Heat Tracing Servicesi Inc, a vendor to the Debtors, is a related party to a former AP client in matters unrelated to the Debtors.

- Toshiba America Energy Systems Corp., a vendor to the Debtors, and affiliates ("Toshiba") are adverse parties, affiliates, contract parties, creditors, director-affiliated companies, litigation parties, shareholders, vendors, associated companies and related parties to current and former AP clients in matters unrelated to the Debtors.  Toshiba is a current and former AP client in matters unrelated to the Debtors.  Toshiba is a vendor to AP.

- Total, a customer to the Debtors, and affiliates ("Total") are contract parties, creditors, customers, vendors, investors, shareholders, joint venture entities, sellers and litigation parties to current and former AP clients in matters unrelated to the Debtors.  Total is a former AP client in matters unrelated to the Debtors.  Total is a portfolio company of an AP investor.

- Travelers Casualty and Surety Company of America, an insurance provider to the Debtors, and affiliates ("Travelers") are insurance providers, creditors, lenders, bondholders, contract parties, adverse litigation parties, related parties, vendors, customers and adverse parties to current and former AP clients in matters unrelated to the Debtors.  Travelers is a current and former AP client in matters unrelated to the Debtors.

- Tyco Fire Security UAE LLC and Tyco Fire & Safety Security LLC, vendors to the Debtors, and affiliates ("Tyco") are adverse parties, affiliates, creditors, material contract parties, related parties, subsidiaries and vendors to current and former AP clients in matters unrelated to the Debtors. Tyco is a former employer to current AP employees. Tyco is a vendor to AP.

- UniCredit Bank, a banking service provider to the Debtors, and affiliates ("UniCredit"), are lenders, adverse parties, related parties, vendors, and litigation parties to current and former AP clients in matters unrelated to the Debtors.  UniCredit is a former AP client in matters unrelated to the Debtors.  UniCredit is a former employer of current AP employees.

- Union Bank, a banking service provider to the Debtors, and affiliates ("Union Bank") are adverse litigation parties, lenders, litigation parties, creditors, customers, bondholders, adverse parties, contract parties, joint venture entities, related parties, noteholders and vendors to current and former AP clients in matters unrelated to the Debtors.  Union Bank is a current and former AP client in matters unrelated to the Debtors. Union Bank is a former employer of current AP employees.

- United Rentals and United Rentals Atlanta, vendor to the Debtors, and affiliates ("United Rentals"), are creditors and contract parties to current and former AP clients in matters unrelated to the Debtors. United Rentals is a current AP client in matters unrelated to the Debtors.

- Universal Investment GMBH, a noteholder to the Debtors, affiliate is a vendor to AP.

- Vallourec Deutschland GmbH and Vallourec Solucoes Tubulares Do Brasil SA, vendors to the Debtors, and affiliates ("Vallourec") are vendors and creditors to former AP clients in matters unrelated to the Debtors.  Vallourec is a former employer of a current AP employee.

- Vanguard Group, an equity owner to the Debtors, and affiliates ("Vanguard") are adverse parties, bondholders, contract parties, customers and shareholders to current and former AP clients in matters unrelated to the Debtors.  Vanguard is a current AP client in matters unrelated to the Debtors.

- Veolia Water Technologies Inc., a vendor to the Debtors, and affiliates ("Veolia") are vendors, adverse parties, creditors, contract parties, director-affiliated companies and litigation parties to current and former AP clients in matters unrelated to the Debtors. Veolia is a former AP client in matters unrelated to the Debtors. Veolia is a former employer of a current AP employee.

- Veritas Capital Fund Management, LLC, a litigation party to the Debtors, is a current AP client in matters unrelated to the Debtors.

- Vodacom, a vendor to the Debtors, is a vendor to current and former AP clients in matters unrelated to the Debtors. Vodacom is a current AP client in matters unrelated to the Debtors.

- Voya Investment Management Company LLC, a TLB holder to the Debtors, and affiliates ("Voya") are lenders, customers, vendors, lienholders, noteholders, creditors, professionals, investors, shareholders, related parties and bondholders to current and former AP clients in matters unrelated to the Debtors. Voya is a current AP client in matters unrelated to the Debtors.

- Wachtell, Lipton, Rosen & Katz ("Wachtell"), a vendor to the Debtors, is a professional, shareholder and counsel to current and former AP clients in matters unrelated to the Debtors. Wachtell is a current and former AP client in matters unrelated to the Debtors.

- Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company, litigation parties and insurance providers to the Debtors, and affiliates ("Westchester") are insurance providers, creditors, contract parties, adverse parties, adverse litigation parties and bondholders to current and former AP clients in matters unrelated to the Debtors. Westchester is an insurance provider to AP.

- Westinghouse Electric ("WE"), a litigation party to the Debtors, is a current and former AP client. WE is a vendor, creditor and contract party to current and former AP clients in matters unrelated to the Debtors.

- Westley S. Stockton, a litigation party to the Debtors, is an adverse litigation party and a director to current and former AP clients.

- XL Specialty Insurance Company, an insurance provider to the Debtors, and affiliates ("XL") are bondholders, adverse litigation parties, creditors, insurance providers, lenders, lessors, contract parties, litigation parties, related parties and lenders to current AP clients in matters unrelated to the Debtors. XL is an insurance provider to AP.

- Yusuf Bin Ahmed Kanoo, a vendor to the Debtors, is a former AP client in matters unrelated to the Debtors.

- Zurich American Insurance Company and Zurich International Life Limited, insurance providers and vendors to the Debtors, and affiliates ("Zurich") are creditors, vendors, contract parties, insurance providers, lenders and litigation parties to current and former

AP clients in matters unrelated to the Debtors.  Zurich is a current and former AP client in matters unrelated to the Debtors.  Zurich is a vendor to AP.  Zurich is a former employer of current AP employees.

29.     AlixPartners, APS, and its affiliates are advisors and crisis managers providing services and advice in many areas, including restructuring and distressed debt.  As part of their diverse practice, AlixPartners and APS appear in numerous cases, proceedings, and transactions involving many different attorneys, accountants, investment bankers, and financial consultants, some of whom may represent claimants and parties in interest in these chapter 11 cases.  Further, AlixPartners and APS have been in the past, currently, and may in the future, be represented by several attorneys and law firms, some of whom may be involved in these chapter 11 cases.  In addition, AlixPartners and APS have been in the past, currently, and likely will be in the future, engaged in matters unrelated to the Debtors or these chapter 11 cases in which they work with or against other professionals involved in these cases.  Moreover, AlixPartners and APS might have referred work to other professionals who are retained in these chapter 11 cases.  Likewise, certain such professionals who are retained in these chapter 11 cases might have referred work to AlixPartners.  To the best of my knowledge, information, and belief, insofar as I have been able to ascertain after reasonable inquiry, none of these business relations constitute interests adverse to the Debtors.

30.     From time to time, APS and AlixPartners have provided services, and likely will continue to provide services, to certain creditors of the Debtors and various other parties adverse to the Debtors in matters wholly unrelated to these chapter 11 cases.  As described herein, however, APS and AlixPartners have undertaken a detailed search to determine, and to disclose, whether either is providing or has provided services to any significant creditor, equity security holder, insider or other party-in-interest in such unrelated matters.

31.     To the best of my knowledge, information and belief, insofar as I have been able to ascertain after reasonable inquiry, and except as set forth herein, neither I nor any member of the APS engagement team (a) have any connection with the U.S. Trustee, or any employee in the Office of the U.S. Trustee or (b) are related or connected to any United States Bankruptcy Judge for the Southern District of Texas, Houston Division, any of the District Judges for the Southern District of Texas who handle bankruptcy cases, except as otherwise set forth herein.

32.     To the best of my knowledge, none of the APS Personnel or AP is a direct holder of any of the Debtors' securities.  It is possible that certain APS Personnel or certain of AlixPartners or APS employees, managing directors, board members, equity holders, or affiliates of any of the foregoing, may own interests in mutual funds or other investment vehicles (including various types of private funds) that own the Debtors' or other parties in interest's debt or equity securities or other financial instruments including bank loans and other obligations.  Typically, the holders of such interests have no control over investment decisions related to such investment funds or financial instruments.  AlixPartners' policy prohibits its employees from personally trading in the Debtors' securities.

33.     To the best of my knowledge, information, and belief, insofar as I have been able to ascertain after reasonable inquiry, except as set forth herein, AlixPartners and APS have not been retained to assist any entity or person other than the Debtors on matters relating to, or in direct connection with, these chapter 11 cases.  AlixPartners and APS will continue to provide professional services to entities that may be creditors or equity security holders of the Debtors or other parties in interest in these chapter 11 cases; *provided* that such services do not relate to, or have any direct connection with, these chapter 11 cases or the Debtors.

34.     Despite the efforts described above to identify and disclose the connections that AP have with parties-in-interest in these chapter 11 cases, because the Debtors are a large enterprise with numerous creditors and other relationships, AlixPartners and APS are unable to state with certainty that every client relationship or other connection has been disclosed.

35.     In accordance with section 504 of the Bankruptcy Code and Bankruptcy Rule 2016, neither I, AlixPartners, nor APS have entered into any agreements, express or implied, with any other party in interest, including the Debtors, any creditor, or any attorney for such party in interest in these Chapter 11 Cases for:  (a) the purpose of sharing or fixing fees or other compensation to be paid to any such party in interest or its attorneys for services rendered in connection therewith, (b) payment of such compensation from the assets of the estates in excess of the compensation allowed by the Court pursuant to the applicable provisions of the Bankruptcy Code, or (c) payment of compensation in connection with these Chapter 11 Cases other than in accordance with the applicable provisions of the Bankruptcy Code.

36.     Accordingly, except as otherwise set forth herein, insofar as I have been able to determine, none of APS, AlixPartners, I, nor any employee of APS who will work on the engagement holds or represents any interest adverse to the Debtors or their estates.

37.     If APS discovers additional information that requires disclosure, APS will promptly file a supplemental disclosure with the Court as required by Bankruptcy Rule 2014.  APS reserves the right to supplement this Declaration in the event that APS discovers any facts bearing on matters described in this Declaration regarding APS's employment by the Debtors.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

By: _/s/ John R. Castellano_____
       John R. Castellano
       Chief Transformation Officer
       McDermott International, Inc.

## SCHEDULE A-1

**Potential Parties-in-Interest**

**Schedule A-1**

**Potential Parties-in-Interest**

2M Srl
2M Srl-Manerbio
3K Transport & Construction Co., Ltd
850 Pine Street LLC
A & B Builders, Ltd. (MANAGED BY MATRIX MANAGEMENT SERVICES, L.L.C.)
A N Deringer Inc
A T P I Travel Llc
Aarvi Encon Pvt Ltd
Abahsain Consolidated Co For Energy
Abb Automation Products Gmbh
Abb Doo
Abb Inc
Abb Llc Qatar
Abb Mexico Sa De Cv
Abdulla Fouad Impalloy Ltd Co
Abdulla Nasser & Assoc
Abela And Co Llc
ABN Amro Bank
Abnormal Load Engineering Limited
Abnormal Load Engineering Saudi Ara
Abpon Co., Ltd
Abs Group Inc
Abu Dhabi Commercial Bank
Abu Dhabi Marine Operating Company
Academy Construction And Maintenance Ltd
Ace American Insurance Co.
Ace Enterprises Inc
Ace Ina Group
Aceros Tepotzotlan Sa De Cv
Aces Global Quality Services Usa
Acuren Inspection
Acuren Inspection Inc
Ad Vatrosprem
Admiral Merchants Motor Freight Inc
Adnh Compass Middle East Llc
Aeg Power Solutions Gmbh
Aegon
Aegon - Pensioen
Aegon USA Investment Management LLC
Aerotek Inc
Aes Services Llp
Age Intrade L.L.C.

Agensi Pekerjaan Air Energy Sdn Bhd
Aggreko Miiddle East Ltd
Agility Project Logistics
Agility Project Logistics Pte Ltd
Agility Projects Logistic Bv Usd
Ahi Carrier Gmbh
Ahmad Suleiman Nayal
AIG Europe Limited
AIG Specialty Insurance Company
Aiken County Auditor
Aiken County Auditor, SC
Aims International,Inc
Air Components & Systems Ltd
Air Liquide Al Khafrah Industrial G
Air Liquide Emirates For Industrial
Air Products & Chemicals Inc
Air Products And Chemicals Inc
Air Products Malaysia Sdn Bhd
Air Products Singapore Industrial Gases Pte Ltd
Air Resources Qatar
Airgas Usa Llc
Airgas-Gulf State
Airinc
Aiton & Co Limited
Akzo Nobel Uae Paints Llc
Al Abdulkarim Holding Company
Al Blagha Holding Group Dammam Ship
Al Hassan Engineering Co S.A.O.G.
Al Jazeera Shipping Co Wll
Al Kafaa Trading Company
Al Nahdha Overseas Llc
Al Nimr Steel Trading Ltd
Al Otaiba General Transport Llc
Al Qahtani Pipe Coating Industries
Al Riffa Services
Al Suwaiket Contracting Est
Al Yasoob Company
Al Zawra Building Materials
Alabama Department of Revenue
Albert Cohen
Alchemy Technology Group
Alderley Systems Ltd
Alfa Laval Inc
Alfred Miller Contracting Company
Algosaibi Services Company Ltd
Ali A. Al-Zayer & Partner Co.

Ali N. Al Nassar & Partners Co. (Sdr)
Alico Industries Co Ltd
Alimak Hek Inc
Alinco Pipe Supply Fze
AlixPartners LLP
All Crane Rental Of Louisiana Llc
Allalloy Dynaweld Pte Ltd
Allegheny (Cornell School)
Allegheny (Cornell School), PA
Allegheny County
Allegheny County, PA
Alliance Bank Malaysia
Allianz Middle East Ship Management
Allianz P.L.C.
Allied World Assurance Company, Ltd.
Allinton Engineering & Trading P/L
Allseas Marine Contractors S.A.
Al-Nafie Steel Co. Ltd.
Alneem Pharmacy Llc Branch
Al-Oufy Electricals
Alpha Data Llc
Alrud Law Firm
ALSAR Partnership, Ltd
Alvarez & Marsal Corporate Performance Improvement Llc
Amacs
Amalgamated Research Llc
American Alloy Steel, Inc.
American Beacon Advisors
American Bureau Of Shipping
American Express
American Express - #3782-982469-11006
American Express Cmc
American Express Co-3796-849319-43009
American Express Code 29601 - Amsterdam
American Guarantee & Liability Insurance Company
American Home Assurance
American International Group, Inc.
Amex
Amex Middle East B S C
Amex-Global Business Travel
Amiad Usa Inc
Amigo Energy
Amos Supply Pte Ltd
Amp Cherokee Environmental Solutions
Ampo S. Coop
Analytik Jena Us Llc

Anchorage Municipal Assessor
Anchorage Municipal Assessor, AK
Ani Integrated Service Limited
Ankura Consulting Group Llc
Anthony Smith
ANZ Bank
AON
Apache Industrial Services Inc
Ape Companies
Apex Credit Partners LLC
Apollo Communications Sa De Cv
Appaloosa Investment L.P. I, on it's own behalf and as successor in interest to
Thoroughbred Fund LP
Applied Technical Services, Inc.
Applus Rtd Pte Ltd
Applus Rtd Usa Inc
Aprosi Equipos Sa De Cv
Aptim Environmental & Infrastructure
Aptim Facilities Inc
Aptim Government Solutions Llc
Aptim Maintenance Inc
Aptim Port Services Llc
Aqua Illinois, Inc.
Aquadynamics Sa De Cv
Aqualis Offshore Marine Services Ll
Arab Ship Building And Repair Yard
Arabia Electric Limited Equipment
Arabian CBI Ltd.
Arabian CBI Tank Manufacturing Company Ltd.
Arabian Machinery N Heavy Equipment
Arabian Pipecoating Co.Ltd.
Aramco
Arcelormittal Distribution Solution
Arcelormittal Dstc Fzco
Arcelormittal Singapore Pte Ltd
Arch Insurance Company
ARENA CAPITAL ADVISORS LLC
Areva
Argo Group
Arkansas Dept. of Finance and Admin.
Armstrong Teasdale Llp
Arnold N Porter Kaye Scholer Llp
Arrow Pipes And Fittings Fzco
Arrow Tank & Engineering Co
Arvos Gmbh
Ascension Parish

Ascension Parish Sales Tax Dept.
Ascension Parish, LA
Ashcroft Instrument Gmbh
Ashcroft Instruments Gmgh
Asheville Oil Company
Asia Airblast Pte Ltd
Asia Euromatic Pte Ltd
Asia Pacific Supply Co.
Asian Kaliber Sdn Bhd
Aspen Bermuda Limited
Aspen Technology Inc.
Astro Offshore Pte Ltd
At Kearney Middle East Llc
AT&T
Atkins Australasia Pty Ltd
Atlantic Contingency Constructors II, LLC
Atlantic Maritime Group Fze
Atlantis Contractors Inc.
Atlas Copco Energas Gmbh
Atlas Copco Mexicana, Sa De Cv
Ats Specialized Inc
Ats/Hebei Jietong Wire Cloth Co Ltd
Atx S.A.
Augusta Fiberglass
Aurica Del Atlantico Sa De Cv
Austin, Linh
Australian Taxation Office
Australian Taxation Office 7470
Autobuses Rapidos De Zacatlan Sa De Cv
Autochim Systems Abu Dhabi
Avero (WIA Hiaat)
Aveva Solutions Ltd
Aviva Group
AVIVA Group Life Insurance
AXA
AXA INVESTMENT MANAGERS INC
Axa Investment Managers Inc.
Axiall-Lotte
AXIS Insurance Company
Ayco Company Lp
Azz/Calvert
B&B Ice And Water
B&W Energy Services Inc
B&W Fluid Dynamics Inc
B.F.E. S.R.L.
B.M.C Srl

Bac Canton Holdings Llc
Bahnson Inc
Baker & Mckenzie Llp
Baker Botts Llp
Baker Concrete Construction Inc
Balmoral Offshore Engineering Ltd
Banco Bradesco
Banco Davivienda Honduras
Banco de Chile
Banco de Credito
Banco de Fomento
Banco de Guayaquil
Banco de la Nacion
Banco General
Banco Popular
Banco Santander
Bangkok Industrial Gas Co., Ltd
Banjobphan Engineering Co., Ltd
Bank of America
BANK OF AMERICA NA
Bank of Bahrain & Kuwait
Bank of China
Bank Of Montreal
Bank of The Philippine Islands
Barclays
Barclays Bank PLC
Barclays Capital Inc,
Barriere Construction Co Inc
Barril, Philippe
Barton Firtop Engineering Company
Basf Corporation
Batam and Jakarta Directorate General of Taxes
Batam Directorate General of Taxes
Bauer Foundations Philippines Inc
Baupost
Bayport Polymers
Bayswater Shipping Forwarding P L
Bbc Chartering Carriers Gmbh N Co K
BBVA
Bdo Usa Llp
Beard Construction Group Llc
Belastingdienst
Belastingdienst - Apeldoorn
Belco Industrial Services Llc
Ben Line Agencies Singapore Pte Ltd
Bendera Shipping Agencies Sdn. Bhd.

Benefit Street Partners LLC
Bennett Hay Limited
Bennett Motor Express Inc
Benning Conversion Denergie
Bentley Systems Inc
Benvig Heat Transfer Spol Sro
Bergen Power Pipe Supports Inc
Berkley Insurance Company
Berkshire Hathaway Specialty Insurance Co.
Bete Fog Nozzle Inc
Better Pumps & Solutions Llc
Bettie Cohen
Bhatia Brothers Fze
Bhatia Brothers Gulf Fze
Bhatia Brothers Llc
Bigge Crane And Rigging Co
Bill Spitzer & Associates Inc
Bima Buana Batam, Pt
Bintang Samudera Sdn Bhd
Bintang Subsea Ventures (M) Sdn Bhd
Bisso Construction Services
Bitec
Bj Services Company Middle East
Black Bayou Construction Llc
Blackrock
BLACKROCK ADVISORS LLC
Blackrock Financial Management Inc.
BlackRock Institutional  Trust Company
BLACKROCK INVESTMENT MANAGEMENT LLC
BLUE MOUNTAIN CREDIT ALTERNATIVES MASTER FUND LP
Blue Water Shipping Singapore Pte Ltd
BLUEBAY ASSET MANAGEMENT LLP
Bluemountain Capital Management LLC
Bluescope Steel Ltd
BMG-Bank Mendes Gans
BMO-Bank of Montreal
BNP Paribas
Board of Inland Revenue
Boh Brothers Construction Co Inc
Boilermaker-Blacksmith Pension Trust
Bollore Logistics
Bollore Logistics Singapore Pte Ltd
Bollore Logistics Uk Ltd
Bo-Mac Contractors Ltd
Bookout, John F. III
Boomi Inc

Boskalis International Bv Branch Trinidad And Tobago
Bottom Line Equipment Llc
Boudin Insurance Company Ltd
Bourbon Offshore Mmi Dmcest
BP
Bpjs Kesehatan
Brace Integrated Services Inc
Bracewell LLP
Bradley Arant Boult Cummings
Branch Of Cogelex
Brand Energy Services Llc
Brandsafway Llc
Brann, Gentry
Brasfels
Bray Controls
Brazoria County Appraiser
Brazoria County Appraiser, TX
Bredero Shaw (Malaysia) Sdn. Bhd.
Briggs Equipment
Bright Weld Middle East Fze
Britoil Offshore Services Pte Ltd
Brock Group
Brock Services Llc
Brown, Roger A.
Brunel Energy Inc
Brunton Wolf Wire Ropes Fzco
Bryan Research & Engineering Inc
Bs&B Pressure Safety Management Llc
Buck
Buckeye Exports
Bullwall Ltd
Buncombe County Assessor
Buncombe County Assessor, NC
Bupa Arabia For Cooperative Insurance Co
BUPA Global
Burckhardt Compression Srl
Bureau of Internal Revenue
Bureau Veritas
Burgess Manning Gmbh - Bu060
Burgin Construction Company Inc
Burke County Assessor
Burke County Assessor, GA
Byrd Construction Services Inc
Byrne Investments Saudi Arabia Ltd
C B Equipment, Inc.
C R Coatza Sa De Cv

CA-CIB
Caius Capital Master Fund
Cakara Maritime Sdn Bhd
Calamity Jane Transport Chartering
Calamos Partners LLC
Calcam Parking Llc
Calcasieu Mechanical Contractors Inc
Calcasieu Parish Assessor
Calcasieu Parish Assessor, LA
Calcasieu Parish Sales Tax Dept.
Calderys The Netherlands
Calvetti Ferguson
Cameron Italy S R L
Cameron Parish Assessor
Cameron Parish Assessor, LA
Cameron Romania S.R.L.
Cameron Systems S.R.L.
Canada Revenue Agency
CANARAS CAPITAL MANAGEMENT LLC
Canon Financial Services Inc
Canyon Offshore Inc
Canyon Offshore Limited
Capital Group Companies Inc.
Capital Now Inc C/O Base Reinforcing Ltd
Capital Research & Management Company
Capital Research and Management Company
Carboline Company
Carerix
Cargostore Worldwide Trading Limite
Caribbean Mercantile Bank Ltd
Carlson, Gary L.
Carlyle Investment Management LLC
CARLYLE US CLO 2017-5 BLOCKER LIMITED
Carolina Tractor And Equip Co
Carstensen Contracting Inc
Cashman Equipment Corp
Castillo Gonzalez Evelin
Catalytic Distillation Technologies
Catering International And Services
CB Litigation Recovery I, LLC
CB&I Brazil Holdings, Inc.
CB&I Canada Ltd.
CB&I Clearfield, Inc.
CB&I Cojafex B.V.
CB&I Connecticut, Inc.
CB&I Constructors Limited

CB&I El Dorado, Inc.
CB&I Energy Services, LLC
CB&I Europe B.V.
CB&I Fabrication, LLC
CB&I Finance Company Limited
CB&I Financial Resources LLC
CB&I Global Operations International, Pte. Ltd.
CB&I Global Operations US Pte. Ltd.
CB&I Global, L.L.C.
CB&I Group Inc.
CB&I Group UK Holdings
CB&I Holdco International, LLC
CB&I Holdco, LLC
CB&I Holdings (UK) Limited
CB&I Holdings B.V.
CB&I HOUSTON 06 LLC
CB&I HOUSTON 07 LLC
CB&I HOUSTON 08 LLC
CB&I HOUSTON 09 LLC
CB&I HOUSTON 10 LLC
CB&I HOUSTON 11 LLC
CB&I HOUSTON 12 LLC
CB&I HOUSTON 13 LLC
CB&I HOUSTON LLC
CB&I International One, LLC
CB&I International, Inc.
CB&I International, LLC
CB&I Lake Charles, L.L.C.
CB&I Laurens, Inc.
CB&I LLC
CB&I London
CB&I Matamoros, S. de R. L. de C.V.
CB&I Middle East Holding, Inc.
CB&I Nederland B.V.
CB&I North Carolina, Inc.
CB&I Offshore Services, Inc.
CB&I Oil & Gas Europe B.V.
CB&I Paddington Limited
CB&I Power Company B.V.
CB&I Power International, Inc.
CB&I Power Limited
CB&I Power, LLC
CB&I Project Services Group, LLC
CB&I Rio Grande Holdings, L.L.C.
CB&I Rio Grande Valley Fabrication & Manufacturing, L.L.C.
CB&I Rusland B.V.

CB&I Singapore Pte. Ltd.
CB&I Storage Tank Solutions LLC
CB&I STS Delaware LLC
CB&I STS Holdings LLC
CB&I Tyler LLC
CB&I UK LIMITED
Cb&I Walker La Llc
CB&I Walker LA, L.L.C.
CBI Americas Ltd.
CBI Company B.V.
CBI Company Ltd.
CBI Company Two B.V.
CBI Constructors Pty. Ltd.
CBI Eastern Anstalt
CBI HoldCo Two Inc.
Cbi Llc
Cbi Nederland Bv Liwa (Usd)
CBI Overseas (Far East) Inc.
CBI Overseas, LLC
CBI Panama, S.A.
CBI Services, LLC
CBI UK Cayman Acquisition Limited
CBI US Holding Company Inc.
Cbre Corporate Outsourcing Limited
Cbre Inc
CEDARVIEW OPPORTUNITIES MASTER FUND LP
Center For Environment And Water
Centerpoint Energy
Centerview
Central Industrial Services, Inc.
Central Trading Company, Ltd.
Ceva International Al Suwaiket Co L
Ceva Logistics Uae Llc
Cfe Sministrador De Servicios Basic
Champion Arabia Company Ltd
Champion Industrial Sales Llc
Chandra Shipping & Trading Services
Chartering Company (Singapore) Pte. Ltd.
Chatterjee Management Company
Chemical Research & Licensing, LLC
Chesterfield County VA
Chevron Lummus Global Llc
Chicago Bridge & Iron (Antilles) N. V.
Chicago Bridge & Iron Company
Chicago Bridge & Iron Company (Delaware)
Chicago Bridge & Iron Company (Netherlands), LLC

Chicago Bridge & Iron Company B.V.
Chicago Bridge de Mexico, S.A. de C.V.
China Citic Bank
China Construction Bank Corporation
China Eleventh Chemical Construction Llc
China Merchants Bank
China Third Chemical Constr Comp Llc
Chiyoda Corporation
Chiyoda International Corporation
Chm Maritime Sapi De Cv
Christaldi, Joseph
Christopher Cantrell
Cht International Pte Ltd
Chubb Bermuda Insurance, Ltd.
Chubb Fianzas Monterrey Aseguradora De Caucion Sa
Chubb Group Of Insurance Companies
Chubb Insurance Company of Europe
Cigna Global Health Benefits
Cisco Systems Capital Corporation
Citibank
Citibank N.A.
Citizens Bank
City of Asheville
City Of Clive Water
City of Everett Business License
City of Everett Utilities
City of Everett, WA
City of Port Arthur
City of Seattle Business License
City of Sulphur
City of Tacoma Business License
City of Tacoma, WA
City Of Walker
City of Williamsburg, VA
Cives Corporation
Cladtek Holdings Pte Ltd
Clariant International Ag
Clariant Se - German Branch
Clean Air Engineering Inc
Clyde Union Pumps
Cmc Steel Us Llc
Cmp Holdings B.V.
Cna Insurance Group
Coastal Welding Supply Inc
Coastal Welding Supply Of La Inc
Cockett Marine Oil (Asia) Pte Ltd

Cogen Cleaning Technology, Inc.
COHANZICK MANAGEMENT LLC
Cohen Asset Management LLC
Cohen Capital Management, LLC
Colite International, Ltd.
Colliers International
COMED
Comercializadora Del Istmo Sa De Cv
Comercializadora Y Distribuidora Inox S De Rl De Cv
Comet II B.V.
Commercial Bank of Dubai
Commerciale Tubi Acciaio S.P.A.
Commerzbank AG
Compania De Apoyo Maritimo Del Golfo Sa De Cv
Compania Maritima Mexicana De Serv0
Compass Group Singapore Pte Ltd
Compass Lexecon Llc
Comptroller of Maryland
Computer Arabia Wll
Computer Direct Access Llc
Computer Packages Inc
Constellation
Constructors International, L.L.C.
Consultoria Integral En Ingenieria Sa De Cv
Continental Fabricators Inc
Contra Costa County Assessor
Contra Costa County Assessor, CA
Control Components Inc (Usd)
Controls And Electrics Pte Ltd
Convergint Technologies
Coperion Gmbh
Coprosider Srl
Coral Jubail Hotel
Coreworx, Inc
Cornett Bolt & Screw Inc
Corpac Steel Products Corp.
Corrpro Companies Inc
Coscio, Mark A.
Costacurta Spa Vico
Cpfd Llc
Crc Evans Pih Servicos De Tubulacao Do Brasil Ltda
Creative House Scaffolding
Credit Agricole Corporate and Investment Bank
Crescent Capital Group LP
Critical To Quality S De Rl De Cv
Crow Corporation

Crowne Plaza Doha West Bay
CSA Trading Company Ltd.
Ct Corporation
Ctci Americas Inc
CTCI Americas, Inc.
CTCI Corporation
Cummins, Scott Vincent
Cuthbertson, Hugh John
CUTWATER ASSET MANAGEMENT CORPORATION
CUTWATER INVESTOR SERVICES CORPORATION
Cypress-Fairbanks
Cypress-Fairbanks, TX
D - Oil Gas Station
D & C Inspection Services Inc
D.M. Recycling
Daekyung Machinery & Engineering Co Lt
Daewoo
Dallas County
Dallas County, TX
Dalmine Spa
Dammam Coast Trading Est.
Dan Bunkering America Inc
Dan-Bunkering (Singapore) Pte. Ltd.
Daniel Cohen
Daniel Measurement & Controls Inc
Danske Bank A/G
Danway Emirates Llc
Dar As Sihha Medical Center
Dashiell Corporation
Dassault Systemes America Corp
David Dickson
David E. Harvey Builders, Inc.
Davis County Assessor
Davis County Assessor, UT
Davis Polk
Day & Zimmermann Nps
Dbmsc Steel Fzco
Dbmsc-Steel Fzco (Usd)
De Bruijn, Leonard
De Nora Water Technologies Texas, Llc
DE SHAW GALVANIC PORTFOLIOS LLC
Deepocean De Mexico S De Rl De Cv
Delaware Division of Revenue
Dell Bv - Amsterdam
Dell Computer Spol Sro Praha 8
Dell Financial Services Llc

Dell International Services India Pvt Ltd
Dell Marketing L.P.
Dell Mexico Sa De Cv
Deloitte Consulting Llp
Deloitte Tax Llp
Delta Gulf Quality Certification Se
Delta Rigging & Tools Inc
Deltek Inc
Deneza M Inzenjering D.O.O.
Department of Inspection and Tax claims (DIT)
Deputy Commissioner
Deshazo Llc
Detector Electronics Corporation
Deugro (Ksa) Ltd.
Deugro (Netherlands) B.V.
Deugro (Usa) Inc
Deugro (Usa) Inc.
Deugro Emirates Shipping Llc
Deugro Shipping Llc
Deugro Singapore Pte Ltd
Deutsche Bank
Deutsche Bank AG
DEUTSCHE BANK AG CAYMAN ISLANDS BRANCH
DFG INVESTMENT ADVISERS INC
DFG Investment Advisers Inc.
Dialog Jubail Supply Base Co Ltd
Diamond Hill Capital Management
Dillinger Middle East Fze
Dillinger Middle East Fze.
Dimension Data (Malaysia) Sdn Bhd
Direccion de Impuestos y Aduanas Nacionales
Direccion General de Impuestos Internos
Direct Scaffold Supply Inc
Discovery Benefits
Distribution Now Fze
Dkme
DNB ASA
Dnv Gl As .
Dnv Gl Malaysia Sdn Bhd
Dnv Gl Singapore Pte Ltd
Dnvgl As Denmark
Docusign Inc
Doka Usa Ltd
Dooley Tackaberry Inc
Doosan Mecatec Co., Ltd
Double E Industrial Llc

Doubleline Capital LP
Douglas Chero S.P.A.
Douglas Ohi L.L.C.
Downing Construction
Dp World Uae Region Fze
Dresser Consolidated (00266)
Dresser Rand India Pvt Ltd
Dril Quip Inc
Drilltec Servicos De Perfuracao Ltda
DSC MERIDIAN CAPITAL LP
Dubai Rent A Car Co Llc
Duegro (Uk) Limited
Duke Energy
Dun & Bradstreet Information Services
Duncan, Tony
Dunham Price Inc
Dynamic Flowline Co., Ltd
East Baton Rouge Parish Assessor
East Baton Rouge Parish Assessor, LA
Eastern Industrial Supplies Inc
Eastern Marine Services, Inc.
Eastern Morris Cranes Co Ltd
Eastern Navigation Pte Ltd
Eastern Power Technologies Inc
Eaton Corporation
Eaton Electric Limited
Eaton Vance
Eaton Vance Management
Ebara International Corporation
ECA
Edgen Murray Fze
Edgen Murray Malaysia Sdn Bhd
EDS Equipment Company, LLC
Edward Scott Manpower Solutions Llc
Eew Korea Co Ltd
Eew Steel Trading, Llc
Eisenbau Kramer Gmbh
Ek Crane Logistics Co., Ltd
Ekasindo Inti Semesta, Pt
Ekato Corporation
El Dorado Water Utilities
El Sewedy Cables Qatar W.L.L. (Doha Cables L.L.C.)
Elders, Perry L.
Electric Way Llc
Element Materials Technology Houston Llc
Emerson  Process Lllp C/O Puffer Sweiven

Emerson Automation Solutions
Emerson Fze
Emerson Process Asia Pacific Pte Ltd
Emerson Process Management (M) Sdn Bhd
Emerson Process Management Distribu
Emerson Process Management Qatar Ssc
Emerson Process Management Sa De Cv
Emerson Process Management Sro
Emirates Safety Services Limited
Empresa Constructora Belfi SA
Empyrean Benefits Solutions Inc
Endurance American Specialty Insurance Company
Endurance Specialty Insurance Ltd.
Ener Tech Welding & Manufacturing Inc
Enermech (Trinidad And Tobago) Limited
Enermech Mechanical Services Inc
Enermech Mexico Sa De Cv
Enoc Bunkering International Llc
Entergy
Enterprise Products Operating, LLC
Environmental Solutions (Cayman) Ltd.
Environmental Solutions Holding Ltd.
Environmental Solutions Ltd.
Epm Power & Water Solutions Inc
Equifax
Equinix Middle East Fz Llc
Equipos Generales Universales, S.A.
Equipos Industriales Del Golfo S.A.
Eram Contracting Establishment
Ercon Composites
Ernst & Young Llp
Ernst And Young
Errezeta S.R.L.
Erste & Steiermaerkische Bank
Esab Middle East Fze
Eurest Proper Meals De Mexico Sa De
Europe Arab Bank
Europe Steel Projects
Europe Steel Projects Bv
Everett
Everett, WA
Evoqua Water Technologies Llc
Evraz Oregon Steel Mills
Examat Pte Ltd
Excel Contractors Inc
Excellift Sdn Bhd

Excon Steel, A.S.
Express Offshore Solutions Pte Ltd
Fabricom
Fad Flange Acciaio & Derivati Spa
Fagioli Inc
Fai Officine Di Carvico Spa
Fairfield County Auditor
Fairfield County Auditor, SC
Falck Safety Services Llc
Far East Hardware N Machin Co L.L.C
Fasam S.R.L.
Fassmer Service America
Fastenal Mexico S De Rl De Cv
Faudi Gmbh Stadtallendorf
Fbm Hudson Italaina Spa Terno D Isola
Federal Flange, Inc.
Federal Insurance Company
Federal Tax Authority (FTA)
Fender Care Middle East Llc
Ferredos Sa De Cv
Fidelity
Finanční úřad pro Jihomoravský kraj, územní pracoviště Brno 1
Fine Tubes Ltd
Fionn Dessein Sdn Bhd
First Abu Dhabi Bank (FAB)
FIRST EAGLE PRIVATE CREDIT ADVISORS LLC
First Flight Holdings Llc
First Heartland Bank
First Insurance Funding A Division Of Lake Forest Bank & Trust Company Na
FIRST PACIFIC ADVISORS LLC
FIRST PACIFIC ADVISORS LP
Fish & Richardson P C
Fisher Controls
Flexigistic General Warehousing And
Flexitallic Llc
FLNG
Floatec De Mexico Sa De Cv
Floatec Llc
Floatec Singapore Pte Ltd
Florida Department of Revenue
Flow Metering Company
Flowline Specialists Dmcc
Flowserve
Flowserve Gb Ltd
Flowserve Gulf Fze
Flowserve S.R.L

Flowserve Spain, S.L.
Flowserve Us Inc
Flowserve Valbart Srl
Flowserve, S. De R.L. De C.V.
Flowtronix Ft Fze
Flury, L. Richard
Foley Hoag Llp
Forbes I. J. Alexander
Foresters Investment Management
Forterra Pipe & Precast Llc
Fortress Steel Inc
Foster Llp
FPA
Frames Energy Systems Bv
Frames Process Sys. Intern'L B.V.
Franklin Offshore International P/L
Franklin Offshore Qatar Wll
Franklin Resources
Freeman, John M.
Freeport Welding And Fabricating Inc
FTI Consulting
Fti Consulting, Inc.
Fuego Y Gas Sa De Cv
Fugro Malaysia Marine Sdn Bhd
Fugro Peninsular Services Co Wll
Fugro Suhaimi Ltd
Fugro Survey (India) Pvt Ltd
Fugro Survey Middle East Ltd
Fulkrum Technical Resources Inc
G A S Unlimited Inc
G And W Electric Company
G R Birdwell Construction Inc
G&G International Nv
Gables
Gac Bunker Fuels Limited
Gac Shipping (India) Pvt Ltd
Gac Shipping Limited
Gac Singapore Pte Ltd
Gaeli Diesel S.A. Cv
Galfar Al Misnad Engineering N Cont
Galperti Engineering & Flow Control
Galperti Manufacturing (M) Sdn Bhd
GAM Holding AG
Gardiner & Theobald Fairway Limited
Gardner Denver Ltd.
Garlock Sealing Technologies

Garnet Arabia Company Ltd.
Gary P. Luquette
Gbm S.R.L
GCGV
Ge Energy Power Conversion Usa Inc
Ge Infrastructure Sensing Llc
Ge Oil & Gas Australia Pty Ltd
Ge Oil & Gas Llc
Ge Oil & Gas Products And Services S De Rl De Cv
GE Oil & Gas UK Ltd.
Gea Btt
General Authority of Zakat & Tax (GAZT)
General Tax Authority (GTA)
Generali Group Income Protection Insurance
Generali Life Assurance Philippines, Inc.
Generali Pojistovna
Geod Drilling Equip And Supply Inc
Geodis Singapore Pte Ltd
Georgia Department of Revenue
Gerab National Enterprises
Gerab National Enterprises Est. (Sdr)
Getwell Medical Center
Gexpro
Ghaya Grand Hotel
Gl Noble Denton Dnv Gl Qatar Office
Glendon Capital Management
GLENDON CAPITAL MANAGEMENT LP
Global Aerospace
Global National Recruitment Service
Golden Batam Raya, Pt.
Goldgear Supply Co., Ltd.
Goma Logistics And Services S De Rl De Cv
Goodwin International Ltd
Goriziane Group S.P.A
Goriziane Spa
Gotham Absolute Return Fund, a Series of FundVantage Trust
Gotham Customized Strategies II, LP
Gotham Diversified Neutral Master Fund, LP
Gotham Enhanced Long Master Fund, LP
Gotham Enhanced Return Fund, a Series of FundVantage Trust
Gotham Hedged Value Strategies 140/40 (Master), L.P.
Gotham Hedges Value Strategies 115/65 (Master), L.P.
Gotham Neurtral Fund, a Series of FundVantage Trust
Gotham Penguin Fund, LP
Gotham Targeted Neutral Master Fund, LP
Goulds Pumps Co Ltd.

Government Of India-Gst
Gp Strategies Corporation
Gpk Marine Management Services Grou
Gqs (Australia) Pty Ltd
Granite Park Vii, Ltd
Graver Water Systems Llc
Great Eastern
Great Eastern Life Assurance M Bhrh
Greenhill And Co Llc
Greenville Plumbers & Pipefitters Lu 391
Greenwich Insurance Company
Grl Engineers Inc
Groves Equipment Rental Co.,Inc
Grupo De Asesores Legales Y Tecnicos De La Construccion Sa De Cv
Grupo Metelmex Sa De Cv
Gtc Technology Us Llc
Gulf Agency Company Oman Llc
Gulf Agency Qatar
Gulf Coast Water & Ice Llc
Gulf Incon International Llc
Gulf Mahmal Support Services Co.
Gulf Mas Engineering N Contracting
Gulf Mechanical Engineers N Supplie
Gunnion, Neil S.
H & E Equipment Services Llc
HALCYON EVENT-DRIVEN MANAGEMENT LP
HALCYON RESTRUCTURING FUND II MASTER LP
Halliburton Energy Services Inc
Halliburton Produtos Ltda
Hamon Deltak Inc
Hamon Korea Co., Ltd.
Hanks, Stephen G.
Hansa Meyer Heavy Haul&Rigging
Hansainvest GMBH
Hantech Ltd
Hargrove, Kevin L.
Harris - La Porte City
Harris - La Porte City , TX
Harris - LaPorte ISD
Harris - LaPorte ISD , TX
Harris - Sheldon ISD
Harris - Sheldon ISD, TX
Harris - Sheldon Rd MUD
Harris - Sheldon Rd MUD, TX
Harris (Cypress ISD)
Harris (Cypress ISD), TX

Harris Bank
Harris- City of Pasadena
Harris- City of Pasadena , TX
Harris Communications Fzco
Harris County
Harris County (LaPorte ISD)
Harris County (LaPorte ISD), TX
Harris County Appraiser
Harris County Appraiser, TX
Harris County MUD 366
Harris County, TX
Harrison County
Harrison County
Harrison County , MS
Harrison County Chancery Clerk
Harrison County, MS
Harsco Industrial Air-X-Changers
HARTFORD INVESTMENT MANAGEMENT COMPANY
HARTFORD LIFE INC
Hartmann Building Specialties Ltd
Hayward Baker Inc
HBI Holdings, LLC
Hd Supply Const Supply& Indl-White Cap
Head & Engquist Equipment Llc
Health Advocate
Heat Treating Inc
Heatric Division Of Meggitt Uk Ltd
Hebei Yingkaimo Metal Net Co. Ltd
Heliservicio Sa De Cv
Help/Systems Llc
Hempel (Singapore) Pte Ltd
Hempel Paints
Hempel Paints Emirates Llc
Heo, Richard W.
Herc Rental
Herc Rentals
Herc Rentals Nat'L Reserv Desk
Hernandez, Yabel de
Heurtey Petrochem Sa
Hewlett Packard Financial Services
Hexagon Ppm Middle East Fz Llc
Hidayath Heavy Industry L.L.C.
Highland Trading Company, Ltd.
Hinrichs, Liana K.
HM Revenue & Customs
HMEL

Holland & Knight Llp
Holloway Houston Inc
Holyhead Towing Company Limited
Home Corp
Honeywell Automation & Control Solutions
Honeywell D.O.O.
Honeywell Inc
Honeywell International
Horizon Arabian Trading Est
Horizon Survey Arabia Company Limit
Horizon Survey Emirates Llc
Hornbeck Offshore Services De Mexico S De Rl De Cv
Hornbeck Offshore Services Llc
Horton CBI, Limited
Hotard Coaches Inc
HOTCHKIS & WILEY CAPITAL MANAGEMENT LLC
Hotchkis & Wiley Capital Mgmt.
Houlihan Lokey
Houston Water Department
Howard Johnson Hotel Bur Dubai Llc
Howden Thomassen Compressors
Howe-Baker Engineers, Ltd.
Howe-Baker Holdings, L.L.C.
Howe-Baker International Management, LLC
Howe-Baker International, L.L.C.
Howe-Baker Management, L.L.C.
Hpf Energy Services
HPS
HPS Investment Partners LLC
HSBC Bank
Hubbell Ltd Trading As Chalmit
Hunger Hydraulics C.C., Ltd.
Hunt Electric Supply Co Inc
Hup Huat Timber Co (S) Pte Ltd
Hussain Abdullah Al Ajmi Trading Es
Hussain Amer Al Shuqaih Trading Est
Huta Hegerfeld Saudia Ltd
Hydralift Amclyde Inc
Hydratight Fze
Hydratight Ltd
Hydratight, Inc.
Hydro Marine Services, Inc.
Hyosung Goodsprings, Inc.
Hytorc Division Of Unex Corporation
Iberville Parish Assessor
Iberville Parish Assessor, LA

Iberville Parish Sales Tax Dept.
ICICI Bank
ICICI Bank New York
Icuta
Idaho State Tax Commission
Idemitsu Lubricants
Igawara Industrial Service And Trading Pte Ltd
IGM Financial Inc.
Ihc Iqip Singapore Pte Ltd
Illinois Department of Revenue
Illinois National Insurance Company
Imagenet Consulting Llc
Imdaad Llc
Img-Engineering & Construction Doo Eur
Impact Learning & Development, Inc.
Imperial Crane Services Inc
Imperial Garments Industry Fze
Impostos E Outras Taxas
Imr Catering Services Llc
Inchcape Shipping Services
Income Tax Department
Indian Bank
Indian Harbor Insurance Company
Industeel Usa Inc.
Industrial Piping Companies Llc
Industrial Piping Products Inc
Industrial Piping Specialists Inc
Industrie Meccaniche Di Bagnolo S.R.L.
InfoArmor
Information Fort Llc
Infosys Ltd.
Infra Sa De Cv
ING Bank
ING Bank - Moscow
Inghosstrakh
Ingram Readymix Mix
Inmobiliaria Recreo Lagunero S A De C V
Innova Global Inc
Inpex
Insight Direct Usa Inc
Insight Direct Usa, Inc.
Insight Investments Llc
Inspecciones Y Soldaduras Basaf Sa De Cv
Inspectorate of the Federal Tax Service for Nizhegorodsky district city Nizhny Novgorod
Instrumentacion Valvulas Y Refacciones Sa De Cv
Instrumentation N Controls Co Ltd

Insulations Inc.
Intecha Deutschland Gmbh
Integra Fuels Inc.
Integrated Flow Solutions
Integrated Technology And Security Llc
Intelex Technologies Inc.
Intelliwave Technologies Inc
Inter Gulf Marine Llc
Inter Power Marine Equipment
Interdam Bv
Interdistrict Inspectorate of the Federal Tax Service No. 4 for  St-Petrsburg
Interdistrict Inspectorate of the Federal Tax Service No. 47 for Moscow
Intergraph Corporation
Intermoor Inc
Internal Revenue Service
International Bank of Qatar (IBQ)
International Consultants, L.L.C.
International Cooling Tower Inc
International Cooling Tower Usa Inc
International Health Care Offshore Ltda
International Mgmt Resources
International Piping Products Europe
Interserve Construction Limited
Interstate Solutions Ltd
Intsel Steel Distributors
Invesco
INVESCO ADVISERS INC
Invesco Advisers Inc.
Invesco Ltd.
Invoke Llc
Io Oil And Gas Uk Llp
Iowa Department of Revenue
Ipcq Pty Ltd
Ireland Revenue
Iron Mountain
Iron Mountain Records Management
Iron Workers Local 580 Joint Funds
Iron-Starr
Ironworkers Locals 40, 361 & 417 Union Security Funds
Isc Constructors Llc
Iscosa Industries N Maint Ltd
Iss Palumbo Srl
Itw Welding Products Group Fze
Ivy
J Givoo Consultants Inc
J H Kelly Llc

J M Test Systems Inc
J Power Systems Saudi Co Ltd
J T Thorpe  Company
J T Thorpe & Son Inc
J&J Refuse/Kimble Recycling
J. Ray Holdings, Inc.
J. Ray McDermott (Aust.) Holding Pty. Limited
J. Ray McDermott (Norway), AS
J. Ray McDermott (Qingdao) Pte. Ltd.
J. Ray McDermott de Mexico, S.A. de C.V.
J. Ray McDermott Far East, Inc.
J. Ray McDermott Holdings, LLC
J. Ray McDermott International Vessels, Ltd.
J. Ray McDermott International, Inc.
J. Ray McDermott Solutions, Inc.
J. Ray McDermott Technology, Inc.
J. Ray McDermott Underwater Services, Inc.
J. Ray McDermott, S.A.
J.A.G. Trading Est.
James Fisher Offshore Ltd
James H. Miller
Janus Fire Systems
Janzen, Kelly
Japan Steel Works Ltd., The
Jarf International Manpower Supply Servi
Jdr Cable Systems Ltd
Jebel Ali Free Zone Authority
Jeff Davis Electric CO-OP, Inc.
Jefferson County
Jefferson County Appraiser
Jefferson County Appraiser, TX
Jefferson County, TX
JG Summit
Jimeno Acevedo Asociados S.A.
Jmc Heavy Industries Co. Ltd
John F. Bookout, III
John M. Freeman
John Zink Co.
John Zink Company Llc
John Zink Keu Gmbh
Johnson, Stephen M.
Johnston Construction Company
Jones Walker
Jotun Thailand Limited
Jubail Energy Services Company Jesc
Jurunature Sdn Bhd

K&H Bank
K&L Gates Llp
Kabelovna Kabex As Brno0017
Kaeser, Erich
Kakinada Seaports Limited
Kamal Engineering Corporation
Kankakee County
Kankakee County, IL
Kanoo Travel Agency
Kanoo Travel L.L.C.
Karmsund Maritime Offshore Supply As
Kas Elite General Contracting Est
Kas Negara
Kastech Software Solutions Group
Kawash, Tareq F.
Keith, Inc.
Kelvion B.V.
Kennefick, Jonathan T.
Keppel Fels Limited
Keppel Shipyard Ltd
Kevin McLaughlin
Khalifa A Algosaibi Diving And Mari
Kian Seng Hardware Trading Pte Ltd
Kim Seng Huat Hardware Pte Ltd
Kirkland & Ellis
Kissel, W. Craig
Kmeisa Instrumentacion Y Servicios Mecanicos Sa De Cv
Knowledge Launch, Llc
Kongsberg Maritime Inc
Kordamentha Forensic
Korea Exchange Bank
Korea Heat Exchanger Ind Co Ltd
Kotak Mahindra Bank
Kpmg
Kps Metal A.S.
Kreuz Challenger Pte. Ltd
Kronos, Inc.
Krummel, Christopher A.
Ks Distribution (Thailand) Limited
Kubota Materials Canada Corporation
Kuiper International Pte Ltd
Kuiper Malaysia Sdn. Bhd
Kukdong Electric Wire Co Ltd
Kurvers Inc
Kurvers Piping Middle East Fzco
Kuwait Finance House Bahrain

Ky Tech Co.,Ltd
L&T Hydrocarbon Engineering Limited
L. Richard Flury
L.C.M. Italia S.P.A
Labelleco Fab Llc
Laborde Marine Management Llc
Lake Charles Harbor/Terminal District
Lake Charles Water
Lance Mosby
Land Securities Properties Ltd
Larsen & Toubro Limited
Larsen & Toubro Ltd
Lauren Cohen
Laurens Commission of Public Works
Laurens County
Laurens County Auditor
Laurens County Auditor, SC
Laurens County, SC
Laurens Electric Cooperative
Lawrence, Tyrone P.
Layang Atlantik Sdn Bhd
Lcb Corporation Company Limited
Lealand Finance Company B.V.
Lealand Fund Transfers
Leap Networks Pte Ltd
Lee Hecht Harrison Llc
Leeden National Oxygen Ltd
Lewa-Nikkiso Singapore Pte Ltd
Lexington Insurance Company
Leys, Andrew
Liberty Mutual Insurance Company
Liebherr Werk Ehingen Gmbh
Lighthouse Document Technologies Inc
Lincoln Electric Italia Srl
Linkage Inc
Lionweld Meiser (Llc)
Lisega Inc
LITESPEED MASTER FUND LIMITED
Litespeed Partners
Live Oak
Live Oak, TX
Livingston - City of Walker
Livingston - City of Walker , LA
Livingston Parish
Livingston Parish Sales Tax Dept.
Livingston Parish, LA

Lloyds Bank
Lloyds of London
Lloyds TSB Bank plc
Locar Guindastes E Transportes Intermodais Ltda
Locke Lord Attorneys & Counselors
Lockton Companies Llc
Lockwood Partners Llc.
LODBROK CAPITAL LLP
London Offshore Consultants Mexico Sa De Cv
Lone Star Risk Corp
Longgam Panggabean
Loomis Sayles & Company LP
Loomis, Sayles & Company, L.P.
Louisiana Department of Revenue
Louisiana Department of Revenue, Texas State Comptroller
Louisiana Machinery Cat
Lucy Industrial Management Systems
LUKOIL
Lummus Arabia Ltd Co.
Lummus Consultants International Limited
Lummus Consultants International LLC
Lummus Gasification Technology Licensing LLC
Lummus Technology B.V.
Lummus Technology Heat Transfer B.V.
Lummus Technology International LLC
Lummus Technology LLC
Lummus Technology Overseas LLC
Lummus Technology Services LLC
Lummus Technology Ventures LLC
Lutech Project Solutions B.V.
Lutech Projects B.V.
Lutech Resources B.V.
Lutech Resources Canada Ltd.
Lutech Resources Inc.
Lutech Resources Limited
Lvf Spa
Lvi Systems
M & A Albawardi
M Husain N Brothers Llc
M.J. Precision Tools Pte Ltd
Macchi Spa - Gallarate
Mackie, Thomas
Madesta
Mahaffey Fabric Structures
Mahmoud Mohammed Tulbah
Maire Tecnimont S.p.A.

Majan Electricity Company Saoc
Mammoet
Mammoet Usa South Inc
Manarah Al Jubail Const Co Ltd
Manoir Pitres Sas
Maral Carriers Llc
Marathon Asset Management LP
Marble Ridge
MARBLE RIDGE CAPITAL LP
Marcelo R P Chagas Usinagem E Reparos Navais –  Me
Marine Logistics Ltd
Marine Production System Do Brasil
Mariner Investment Group LLC
Marinsa De Mexico S.A De C.V.
Marion - New Hope City
Marion - New Hope City, TN
Marion County
Marion County, TN
Maritima Internacional Sa De Cv
Mark Hackett Associates Llp
Marsha C. Williams
Martin Cohen
Marubeni Itochu Steel Inc
Marunbeni-Itochu Steel Inc.
Marvin Consulting
Mary Shafer-Malicki
Maryland Dept. of Assessments & Taxation
Maryland Dept. of Assessments & Taxation, MD
Mashreq Bank
Mashreq Bank P.S.C.
Mason Capital Management, LLC
Massy Energy Engineered Solutions Ltd
Master Flo Valve Inc
Materiales Industriales Ceta Sa De Cv
Matrix Applied Technologies Pty Ltd
Matrix Engineering, Ltd. (MANAGED BY HOWE-BAKER INTERNATIONAL
MANAGEMENT, L.L.C.)
Matrix Management Services, L.L.C.
Matthew Healey Services Limited
Matthews Daniel Ser Bermuda Ltd
Maxim Crane Works
Maybank
McCarthy, Daniel M.
Mcclure Company
McCormack, John T.
McDermott (Amazon Chartering), Inc.

McDermott Asia Pacific Pte. Ltd.
McDermott Australia Pty. Ltd.
McDermott Blackbird Holdings, LLC
McDermott Caspian Contractors, Inc.
McDermott Cayman Ltd.
McDermott Engineering, LLC
McDermott Finance L.L.C.
McDermott Gulf Operating Company, Inc.
McDermott Holdings (U.K.) Limited
McDermott International Investments Co., Inc.
McDermott International Management, S. de RL.
McDermott International Marine Investments N.V.
McDermott International Trading Co., Inc.
McDermott International Vessels, Inc.
McDermott International, Inc.
McDermott Investments, LLC
McDermott Italia S.a.r.l.
McDermott Marine Construction Limited
McDermott Marine Mexico, S.A. de C.V.
McDermott Middle East, Inc.
McDermott Offshore Services Company, Inc.
McDermott Old JV Office, Inc.
McDermott Overseas Investment Co. N.V.
McDermott Overseas, Inc.
McDermott Servicos Offshore do Brasil Ltda.
McDermott Subsea Engineering, Inc.
McDermott Subsea, Inc.
McDermott Technology (2), B.V.
McDermott Technology (3), B.V.
McDermott Technology (Americas), Inc.
McDermott Technology (US), Inc.
McDermott Technology, B.V.
McDermott, Inc.
Mcdonough Servicio Maritimo De Mexico S De Rl De Cv
McWilliams, Damon Bradley
Mecklenburg County Assessor
Mecklenburg County Assessor, NC
Megawatts Engineering Services P/L
MELQART ASSET MANAGEMENT (UK) LIMITED
Menara Hap Seng Sdn Bhd
Menard Group Usa
Menck Gmbh
Mercantil Commercebank
Mercer
Meridian Leasing Corporation
MESIROW FINANCIAL INC

MET Gas Processing Technologies S.p.A.
Metec Sarl
MetLife
MetLife Dental
Metonmas Metal Sdn Bhd
Metro Solaris Mexico Sa De Cv
Metso Automation Bv - Bunschoten
Metso Automation Mapag Gmbh
MFN
Mhi Compressor International Corporation
Mia Arabia Company
Michigan Department of Treasury
Micro Motion Inc
Microsoft Corporation
Midamerican Energy Company
Midocean Credit Fund Management LP
Milaha Trading
Miller, James H.
Miriam Edwards
Mississippi State Port Authority
Mistras Group Inc
Mitchell, Stewart A.
Mitsubishi Hitachi Power Systems
Mitsui & Co. Ltd
MJX
MJX Asset Management LLC
Mmr Constructors Inc
Mobile Modular Management Corp
MOCKINGBIRD CORPORATE LOAN OPPORTUNITY FUND LP
Modern Building Maintenance Co. Llc
Mohamed Abdul Rahim Al Ali
Mohamed Abdulrahman Albahar
Mokveld Valves B.V.
MONROE CAPITAL LLC
Montgomery County Appraiser
Montgomery County Appraiser, TX
Moore Construction Inc
Moravia Systems As Eur Hodonin
Morgan County Assessor
Morgan County Assessor, IN
Morris-Shea Bridge Company
Mosswood Property Development
Motive Fzc
Mpw Industrial Water Services Inc
Mubarak Abdullah Al Suwaiket Sons C
Mukherjee, Samik

MultiSport Benefit, s.r.o.
Munro, Scott
Murray Supply Company
Murray, Katherine A.
Musanadah Fm Co
Mzjv Gpx
N B Surveys Ltd
Nafal Contracting & Trading Co. Llc
Najm Al Balad Trading Co Llc
Nakilat Agency Company
Nakilat Keppel Offshore N Marineltd
Nalco Korea Ltd
Nanjing Construction
NASSAU CORPORATE CREDIT LLC
Nat West-National Westminster Bank
National Bank Of Abu Dhabi
National Bank of Bahrain
National Bank Of Kuwait
National Fire and Marine Insurance Company
National Insurance Company Group Income Protection Insurance
National Oilwell Varco Norway As
Nationwide Fund Advisors
Native Sons Ltd
Natixis SA
Naviera Integral Sa De Cv
Navigators Insurance Company
Nci - Nursing Corps
Ndt Global Sa De Cv
Nebraska Department of Revenue
Negtestroiservices Ltd Ll
Neptune Chemical Pump Co Inc
Neptune Subsea Stabilisation Pte Ltd
Nes Global Arabia Limited
Nes Global Llc
Netherlands Operating Company B.V.
NEW GENERATION ADVISORS LLC
New Industries Llc
New York Department of Taxation
Neway Valves (Europe) Bv
Newsea Works Sdn Bhd
NEWSTAR FINANCIAL INC
Newtyn
NEWTYN MANAGEMENT LLC
Nexans Norway As
Nexus Metals Trading Est
Nicor Gas

Niles Industrial Coatings Llc
Ningbo Zhongjiang High Strength Bol
NNSA/DOE
Noa Office Solutions Llc
Nomura
Nooter/ Eriksen
Norcontrol Inspeccion Sa De Cv
North Atlantic Vessel, Inc.
North Carolina Department of Revenue
North West Marine Equipment Trading
Nov Process & Flow Technologies As
Nova Systems Engineering
Novenco As
Novolen Technology Holdings C.V.
Nst Welding Asia Pte Ltd
Nuclear Energy Holdings, L.L.C.
Nucompass
Nucompass Mobility Services
Nueces County Appraiser
Nueces County Appraiser, TX
Nuovo Pignone International Srl
Nuovo Pignone S.R L.
Nuovo Pignone Spa [Euro]
Oak Hill Advisors LP
Oaktree Capital Management LP
Oasis Island Int'L Trad & Ind Services
Oasis Supply Company, Ltd.
O'Brien Corporation
Oceaneering Holdings Sarl Saudi Ara
Oceaneering Int Services Limited
Oceaneering International
Oceaneering International Gmbh
Oceaneering Ois Co Wll
Oceanic Contractors, Inc.
Oceanica Engenharia E Consultoria Eireli
Oceanteam Bourbon 4 As
Oceanwide Cyprus Ltd
Oceanwide Houston Inc
OCH-ZIFF CAPITAL MANAGEMENT GROUP LLC
Octagon
Octagon Credit Investors LLC
Office Pavillion
Officine Meccaniche Villa & Bonaldi Spa
Officine Nicola Galperti E Figlio Spa
Officinesantafede Srl
Offshore Inland Marine And Oilfield

Offshore Pipelines International, Ltd.
Offshore Protection Construction An
OFI Global
Oglaend System Singapore Pte Ltd
Ogletree,Deakins,Nash,Smoak,& Stewart,Pc
Ohio Department of Taxation
Oil States Industries Inc
Oil States Skagit Smatco, Llc
Oilfield International Equipment & Supplies Pte Ltd
Old Union Public Water Authority
Oldcastle Precast
Oldham, Steven D.
Oliver Valves Ltd
Olympus America De Mexico Sa De Cv
Oman Insurance Company
Omb Valves Inc
Ome Metallurgica Erbese Srl
Omega As
Omega Ps Singapore
Omi Environmental Solutions
Oms Saleri S.R.L.
Oms Saleri Spa
Ondrejovicka Strojirna Spol-Ondrejovice
Onex Credit Partners LLC
ONGC
OPI Vessels, Inc.
Optical Metrology Services Limited
Optimarin As
Optimex
Optiv Security, Inc.
Optum
Optum Rx
Oracle America Inc
Oracle America, Inc.
Oracle Nederland Bv - De Meern
Orcina Limited
Orga Bv
Orgtec S De Rl De Cv
Orion Spa
Orton S.R.L
Orton Srl
Oscar Associates Llc
Osha Liang Llp
Osm Crew Management Ltd
Osterweis Capital Management, Inc.
Overseas Marine Logistics Llc

Oxford Metal Supply Limited
OZ SPECIAL MASTER FUND LIMITED
P&I Supply Co
P.T.Yupiter Baru Jaya
Pacific Crest Pte Ltd
PACIFIC INVESTMENT MANAGEMENT COMPANY
PACIFIC INVESTMENT MANAGEMENT COMPANY LLC
Pacific Management Investment Company LLC
Palfinger Marine Safety As
Palomino Master Ltd as successor in interest to Thoroughbred Master Ltd. And Palomino
Fund Ltd.
Panelmatic Texas Inc
Paramount Transportation Systems, Inc.
PAR-FOUR INVESTMENT MANAGEMENT LLC
Park Derochie Inc.
Parmadar Pte Ltd
Patriot Security Ltd
Patterson Construction Company, Inc.
Paul Weiss
PBI
Pct Group Ltd
PECO
Peerless Mfg Co
Pembroke
Penn Tool
Pennoil Tech Servicos Ltda
Pennsylvania Department of Revenue
Pennsylvania Tool Sales & Service Inc
Penticton Foundry
Penzkhimmash Jsc
Perar Spa
Perfiles De Fierro Y Lamina Atiye Sa De Cv
Perforadora Industrial Del Oriente Sa De Cv
Performance Contracting Inc
Performance Contractor Inc
Perkasa Padu Sdn Bhd
Pesco Emirates Electrical Services
Peterson Transportation Inc
Petrochem Insulation, Inc.
Petrofac International Ltd.
Petrolvalves S.P.A
Petrolvalves Spa
Petronas Dagangan Berhad
Petronash Fze
Pfeipfer M E Wire Rope N Lifting Te
Ph Hydraulics N Engineering Pte Ltd

Philippe Barril
Phoenix Industrial Svcs 1 Lp
PHOENIX INVESTMENT ADVISER LLC
Phoenix Services
Pierce County Assessor
Pierce County Assessor, WA
Pietro Fiorentini S.P.A
Pih Services Me Ltd
Pii Gx Llc
Pike Properties II, Inc.
PIMCO
Pinturas Hempel De Mexico Sa De Cv
Pipework Engineering and Developments Limited
Piping Technologies & Products Inc
Pixel Digital Systems Llc
Plan Source
PM & C Specialist Contractors Inc.
Pnc Bank
Point Eight Power, Inc.
Polk County
Polk County, IA
Port Aggregates Inc
Portland Bolt Mfg
Pot-O-Gold Rentals Inc
Powell Electrical Systems Inc
Power Corp of Canada
Power Tech, For Metal Fabrications
Ppsb Offshore Limited
Praxair
Praxair Distribution
Praxedis Sanchez Castillo
Precision Machining & Fabrication Llc
Prescott, Ian Francis
Preston Phipps Inc
Prias Cadavid Sas
Pricewaterhousecoopers Advisory Services
Pricewaterhousecoopers Llp
Prima Karya Nusa, Pt
Prime Occupational Medicine
Principal Financial Group Inc.
Process Power & Marine
Process Systems Enterprise
Procredit Bank a.d.
Productos De Carga Sa De Cv
Project Materials Usa Llc
Prominent Fluid Controls Inc

Prospect Industries (Holdings) Inc.
Proveedora De Seguridad Industrial Del Golfo Sa De Cv
PRP Performa Ltd.
Prudential
Psrg Inc. [Usd] (Peru 586)
Pt Air Energy Indonesia
Pt Aj Adisarana Wanaartha
Pt Bahari Eka Nusantara
Pt Batam Konektra Jaya
Pt Cladtek Bi Metal Manufacturing
Pt Etowa Packaging Indonesia
Pt Ferwindo Karya Pratama
Pt Global Mandiri Tangguh
Pt Hilti Nusantara
Pt Ibs Insurance Broking Service
Pt Inti Brunel Teknindo
Pt Jamsostek Persero Cabang Batam I
Pt Ktl Offshore Indonesia
Pt National Industrial Gases
Pt Pan Nusantara Sentosa
Pt Pelayaran Citranstirta
Pt Pln Batam
Pt Prasmanindo Boga Utama
Pt Sarana Rusel Victory
Pt Seaquest Engineering
Pt Sumber Maritim
Pt. Alco Jaya Raya
Pt. Aver Asia
PT. Bank Mandiri
Pt. Batam Niaga Perkasa
Pt. Cladtek Bi Metal Manufacturing
Pt. Continental Industry Supply
Pt. Dua Utama Jaya
Pt. Dwi Sumber Arca Waja
Pt. Ekasurya Mandiri
Pt. Great Dynamic Indonesia
Pt. Ivory Fortuner Mas
Pt. Jotun Indonesia
Pt. Logamindo Perkasa
Pt. Maxindo Resources
Pt. Mitra Andalan Batam
Pt. Profab Indonesia
Pt. Progress Miorita
Pt. Proserv
Pt. Putra Intan Sejahtera
Pt. Samudra Oceaneering

Pt. Sarens Heavy Lifting And Transportation Indonesia
Pt. Suryasarana Hidupjaya
Pt. Toyo Kanetsu Indonesia
Pt. Tripiranti Maju Jaya
Pt. Ut Quality Indonesia
Pt. Wasco Engineering Indonesia
Pt. Weka Globalindo
Pt.Balindo Citra Perdana
Pt.Benwin Indonesia
Ptsc Supply Base
Puffer-Sweiven Lp
Pvan Leeuwen Jrs Buizenhandel Bv
Pve Cranes Middle East Llc
Pwc Intl Assign Svcs Shanghai Ltd Dalian
Qatar Gas
Qatar German Gasket Factory
Qatar Petroleum/ExxonMobil
QBE Insurance Corporation
QNB Alahli Bank, Egypt
Quality Int'L Co Ltd Fze
Quality Mat Company
Quell Private Limited
R.Stahl Schaltgeräte Gmbh
R/1 Enterprises
R/1 Enterprises - Branch
Radisson Blu Hotel
Rae Energy (Us) Inc.
Rae Energy Asia Pacific Pte Ltd
Raiffeisenbank
Ram Pumps Limited
Ram Tool Construction Supply
Ramboll Consulting Engineering
Ramboll Danmark A/S
Rancho Cucamonga
Rawson Lp
Ray Advertising And Publicity
Re.Mac.Ut.S.R.L
Receita Federal do Brasil
Reco Usa
Recruitment & Employment Confederation
Red D Arc Sa De Cv
Red Valve Company, Inc.
Reda Trading And Development Co
Redaelli Tecna Spa
Red-D-Arc Inc
Refineria de Cartagena S.A.

Refractarios Alfran Mexico Sa De Cv
Regions Bank
Reladyne Inc
Reliant Energy
Remedial Construction Svcs, Lp
Renee Cohen
Republic Bank
Resinex Trading Srl
Reso Garantya
Revenue
Revere Electric Supply, Inc.
Rexel Germany Gmbh And Co Kg
Rexel Italia Spa
Rezayat Trading Company Ltd
Rhode Island Business License
Rhode Island Sales Tax Permit
Richardson ISD
Richardson ISD, TX
Rignet Eis Inc
Rignet Inc. Abu Dhabi
Rignet Mobile Solutions
Rignet Qatar Wll
Rigspek Perkasa, Pt
RIL
Rilco Manufacturing Co Inc
Rina Malaysia Energy Sdn. Bhd.
Riyad Bank - Riyad
Riyad Bank, Houston Agency
Rli Group
RMS Contemporary LLC
Robert E Mason & Associates Inc
Robertson Buildings Systems
Rocky Mountain Power
Rohrback Cosasco Systems Uk Ltd.
Roll Group Projects B.V.
Rolls Royce Commercial Marine
Rollstud Limited
Rollstud Middle East Inc.
Rosemount Inc
Rosemount, Inc.
Royal Bank of Trinidad & Tobago Ltd.
Royal International Pipe & Supply Inc
Rubb Inc
Rueger Gmbh
Ruhrpumpen Gmbh
Ruhrpumpen Inc

Ruhrpumpen S.A. De C.V.
S And P Global Market Intelligence
S C Woods, L.L.C.
S G S Gulf Limited
S&E PARTNERS LP
S&T Corporation
S.P. Mechanical Engineering Co., Ltd
Safetec Srl
Safety Management Systems
Sai Global
Saiia Construction Company Llc
Saint Charles Parish Assessor
Saint Charles Parish Assessor, LA
Saint Joseph County Assessor
Saint Joseph County Assessor, IN
Samara Trading Est
SAMBA Financial Group
Samkang M And T Co Ltd
Samkang M&T Co., Ltd
Samsung C&T-Cbi-Ctcijv (Eca)
Samsung Engineering Co., Ltd.
Sap America
Sapura EP & Sarawak Shell
Sapura Fabrication Sdn Bhd
SARATOGA INVESTMENT ADVISORS LLC
Sarens Nv
Satellite Shelters Inc
Saudi Alfaris International Company
Saudi Arabian Kentz Company Ltd
Saudi British Bank-Riyadh
Saudi Condreco Ltd
Saudi Fal Co Ltd
Saudi Hollandi Bank
Saudi International Construction Co
Saudi Petroleum Services Polytechni
Saudi Wells Technology Factory
SAUDIA BRITISH BANK (SABB)
Savarino, Dominic A.
Savills Uk Ltd
Sbs Steel Belt Systems Srl
Scandinavian Fittings And Flanges As
Schlumberger Global Support Centre
Schlumberger Oilfield Uk Plc
Schmidtsche Schack-Arvos Group
Schneider Electric Systems India Pvt Ltd
Schulz Export Gmbh

Schulz Piping Component Pte Ltd
Schumann, William H. III
Schweitzer Engineering Laboratories
SCOGGIN LLC
Scor UK Company Limited
Scotia Bank
Sculptor
SCULPTOR CAPITAL LP
Sea Safety Marine Services Co Llc
Seacontractors Brokerage Bv
Seacor Offshore Dubai Llc
Seagull Marine Inc.
Secretariat International Inc
Securiton D.O.O.
Sedres Maritime Co Ltd
Seix Investment Advisors LLC
Sempra
Sentry Equipment Corp.
Sequachee Valley Electric Cooperative
Servicio de Administracion Tributaria
Servicios de Fabricacion de Altamira, S.A. de C.V.
Servicios De Turbinas Solar S De Rl De Cv
Servicios Profesionales de Altamira, S.A. de C.V.
Servizi Energia Italia Spa
Ses Star Trading
Set Solutions Inc
Setpoint Integrated Solutions
Seven Seas Services Llc
Severn Glocon Group Plc
Sewon Cellontech Co Ltd
Sgs Inspection Serv Saudi Arabia
Shafer-Malicki, Mary L.
Sharifi Brothers Co Llc
Shaw Beneco, Inc.
Shaw Connex, Inc.
Shaw Dunn Limited
Shaw E & I International Ltd.
Shaw Emirates Pipe Mgf. Llc
Shaw Energy Services, Inc.
Shaw Fabricators, Inc.
Shaw Far East Services, LLC
Shaw Group UK Limited
Shaw Home Louisiana, LLC
Shaw International Inc.
Shaw International Management Services Two, Inc.
Shaw JV Holdings, L.L.C.

Shaw Managed Services, LLC
Shaw Management Services One, Inc.
Shaw NC Company, Inc.
Shaw Nuclear Energy Holdings (UK), Inc.
Shaw Overseas (Middle East) Ltd.
Shaw Power Delivery Systems, Inc.
Shaw Power Services Group, L.L.C.
Shaw Power Services, LLC
Shaw Power Technologies, Inc.
Shaw Process Fabricators, Inc.
Shaw Services, L.L.C.
Shaw SSS Fabricators, Inc.
Shaw Transmission & Distribution Services International, Inc.
Shaw Transmission & Distribution Services, Inc.
Shawcor Singapore Pte Ltd
Shefield Offshore Services
Sheldon Road MUD
Shell Catalysts & Technologies Americas
Shell Catalysts & Technologies Lp
Shermco Industries
Sherwood Steel Ltd
Shi International Corp
Shinsho Corporation
Shipham N Co Ltd
Shipowner's Mutual Insurance
Shree Steel Overseas Fzco
Shrm Catering Services Inc
Sices Polska Sp.Z.O.O. - Lonate Ceppino
Siemens Ag
Siemens Ag, Pgi
Siemens D.O.O.
Siemens Energy Inc
Siemens Pte Ltd
Sigma Engineering Est
Sigma Enterprises Llc
Sign Me Trading
Silcotub Sa
Siluria Llc
Sim Industry Service D.O.O.
Sim Randridge Llc
Skillsoft
Skyline General Contracting Est
Skyway Canada Ltd.
Slalom Consulting
Smith County
Smith County Appraiser

Smith County Appraiser, TX
Smith County, TX
Snamprogetti Engineering B.V.
Snohomish County Assessor
Snohomish County Assessor, WA
Snohomish County PUD
Sodexo  Svc India Pvt Ltd.
Sodexo Do Brasil Comercial Sa
Sodexo Food Solutions India Pvt. Ltd.
Sodexo Mexico Sa De Cv
Sofinter S.P.A. - Macchi Division(Eur)
Solar Turbines International Co.
Solar Turbines, Incorporated
Solas Marine Services Co Llc
Solas Marine Services Est
Solus Alternative Asset Management LP
Sormec S.R.L.
Sound Point
Sound Point Capital Management LP
Sources W Equipment Co Llc
Sparc Technologies
SparTEC, Inc.
Special Counsel Inc
Special Metals Welding Products Co
Special Metals Wiggin Ltd
Specialist Services Llc
Specialized Marine Sdn. Bhd.
Speed Blast Sa De Cv
Spencer Ogden Sdn Bhd
Spider
Spitzer Industries Inc
Spp Pumps Ltd
Spring Branch ISD
Spring Branch ISD, TX
Spx Middle East Fze
Spx Transformer Solutions Inc
Sri Sai Oilfield Equipments & Marine Services
Ssab
St Engineering Halter Marine And Offshore Inc
St. Charles Parish Sales Tax Dept.
Stahl Cranesystems Gmbh
Stainalloy Usa B.V.
Standard Bank
Standard Bank of South Africa Limited
Standard Chartered Bank
Standard Chartered Bank Cash Collateral Line (SCB)

Stanford Marine Llc
Starr Indemnity and Liability Company
State Bank Of India
State National Insurance
State of California
State Revenue Committee of the Ministry of Finance
State Service Company
State Street Corp
State Taxation Administration
Steel & Pipe Supply Company Inc
Steel N People Ltd
Steel Plate & Sections Ltd
Steelaris Pte Ltd
Steelmax International Co., Ltd
Stelco Electric Llc
Sterling Crane
Steuart Maritime Mexico S De Rl De Cv
Stichting Maritiem Research Instituut Nederland
Stooss Usa Inc
Stork Technical Services Trinidad And Tobago Limited
Stress Engineering Services, Inc.
Sts Industrial Inc
Stumpf, Robert E.
Subsea Protection Systems Llc
Sul America
Sulzer Chemtech Ltd
Sulzer Pumpen (Deutschland) Gmbh
Sulzer Pumpen Deutschland Gmbh
Sulzer Pumps India Ltd
Sulzer Pumps Us Inc
Sumitomo Electric Industries Ltd
Summit Electric Supply
Summit Electric Supply Co
Sun Industrial Group Llc
Sunbelt Industrial Co Inc
Sunbelt Rentals
Sunbelt Rentals Inc
Sunbelt Supply Co
Sunbelt Supply Company
Sun-life
Superbraço Serviços Marítimos Ltda
Superheat Fgh Services Inc
Superior Industrial Insulation Company
Swagelok North Carolina / East Tennessee
Swift Technical Servicos Tecnicos Especializados Ltda
Swire Pacific Offshore Dubai Llc

Swire Pacific Offshore Operations Pte Ltd
Swiss Re International SE
Symphony Asset Management LLC
Tableau Software Inc
Tacoma Solid Waste Management
Takreer
Tata Consultancy Services Limited
Tata Projects Limited
Tax Authority for shareholding companies/ Personal income division
Tb Jones Llc
TBC Bank
Team Fabricators Llc
Team Industrial Services Inc
Techcrane International Inc.
Technical Concepts Arabia Est
Technip Umbilicals Inc
Tecno Electrica S.A.
Tecnologia En Soldadura Y Corte Sa
Tecnoservicios Y Comercializadora Industrial Del Norte Sa De Cv
Tecon Services Inc
Tecside Group
Tectra A.S.
Tectubi Raccordi S.P.A.
Tehnix Beo D.O.O.
Tenaris Global Services S A
Tenaris Global Services S.A.
Tetrad Insulation Services Inc
Texas Comptroller Of Public Accounts
Texas Comptroller Office
Texas Pipe & Supply Co Ltd
Texas Series Of Lockton Companies Llc
Texas State Comptroller
Texas State Treasurer Comptroller
Texas Steam & Instrumentation
Tgp Projects Llc
Thales Geosolutions Overseas Ltd
The Bank of Tokyo-Mitsubishi UFJ
The Boston Consulting Group Inc
The Claro Group Llc
The Focal Point Llc
The Gc Net Lease (Houston Westway Ii) Investors, Llc
The Intl School Of Kuala Lumpur
The Kanoo Group
The Lincoln Electric Company
The Mcdonnel Group
The New India Assurance Company Limited

The Offshore Partners B.V.
The Public Employees' Retirement System of Mississippi
The Reynolds Company
The Royal Bank of Scotland N.V.
The Sherwin-Williams Company
The Standard Bank of South Afica Limited
The United States of America
The Vanguard Group
Thermal Ceramics Italiana Srl
Thermal Engineering International
Thermal Industrial Insulation Inc
Thermoengineering Srl
Thomarios
Thompson Pipe Group - Pressure
THRIVENT ASSET MANAGEMENT LLC
THRIVENT FINANCIAL FOR LUTHERANS
Tideland Signal Corp
Tiger Lifting Uk Limited
Tisab D.O.O.
Titan Logistics And Support Services Ltd
Tm.P S.P.A - Termomeccanica Pompe
Tmm Division Maritima Sa De Cv
Tmt Solutions Sdn. Bhd.
Tmt Steel Public Company Limited
Tobras Distribuidora De Combustiveis Ltda
Tolunay-Wong Engineers Inc
Topaz Energy And Marine Limited
Torishima Pump Manufacturing Co Ltd
Toshiba America Energy Systems Corp
Total
Total Industrial Plant Services
Township of Neville
Township of Neville, PA
Tpk Engineering Controls Pte Ltd
TPS Alert
Trabajos De Altura Sin Riesgo Sa De Cv
Tradewind Asiapacific Corporation
Tradex Llc
Trans Asia Pipeline Services Fzco
Trans Asia Saudi For Pipeline Servi
Transglobal Projects Middle East Fz
Transpais Unico Sa De Cv
Travelers Casualty & Surety Company of America
Travocean Middle East Llc
Trelleborg Singapore Pte Ltd
Tri Star Industries Pte Ltd

Tri Tool International Inc.
Triad Electric & Controls Inc
Trice, David A.
Tri-Coast Carriers Llc
Trinidad Offshore Fabricators Unlimited
Triple Crown Enterprises
Triplefast Middle East Ltd
Triturados Santa Clara S A De C V
Troop Industrial
Trouvay N Cauvin Asia Pacific Co Lt
Trouvay&Cauvin Asia Pacific Co Ltd
Truflo Rona Srl
Tube Developments Limited
Tube Developments Ltd.
Tuberia Y Valvulas Del Norte S.A.
Tuff Industries (S) Pte Ltd
Tumpuan Megah Development Sdn Bhd
Tuqnia Llc
Turbo-Mex Refacciones Mantenimiento Y Seguridad Industrial Sa De Cv
TVL Lender II, Inc.
Tweed Maritime Limited
Tyco Fire & Safety Security Llc
Tyler Water Utilities
UBS AG-STAMFORD BRANCH
UHCG
Ulo Systems Llc
Ultra Deep Subsea Pte Ltd
UniCredit Bank
Uniformes De Tampico Sa De Cv
Unify HR
Union Bank
Union County
Union County, AR
Unique Systems Fze
Unisafe Pte Ltd
United Healthcare Global
United Overseas Bank
United Rentals
United Rentals - Atlanta
United Rentals (North America) Inc
United Site Services Of La Inc
United States of America ex rel. Kevin McLaughlin
United States of America ex rel., Anthony Smith
United Steel Grating Factory
United Vision Logistics
Universal Investment GMBH

Universal Phone Systems Inc
Universal Steel Holland B.V.
Uop Llc
Uop Nv
Ups Industrial Services Llc
Uralkhimmash Pjsc
Utah County
Utah County, UT
Utec Survey Asia Pte Ltd
Vacono Aluminium Covers Gmbh
Vallianz Offshore Marine Pte Ltd
Vallourec Deutschland Gmbh
Vallourec Solucoes Tubulares Do Brasil S.A.
Valvospain Industrial Sa
Van Leeuwen Pipe And Tube (Thailand) Ltd
Van Leeuwen Pipe And Tube Llc
Vantrunk Ltd
Varsy International N.V.
Vass Pipe & Steel
Vega Americas Inc
Velosi (M) Sdn Bhd
Venture Global
Venture Gulf Engineering Wll
Veolia Water Technologies Inc
Verizon
Versa Integrity Group Inc
Versabar Inc
Versalis Spa
Vertech Us Inc
Vetco Gray Pte Ltd
Vfp Fire Systems
Victory Capital Management Inc.
Vijaya Bank
Viking Erectors Corporation
Viking Life Saving Equipment (M.E)
Viking Trading
Village of Bourbonnais
Village Of Plainfield
Vilmar
Virginia Tax
Virtus Investments Partners Inc.
Vku Urban Llp
Vme Technical Services Sdn. Bhd.
Vodacom Mozambique
Voestalpine Bohler Welding Mexico
Voya Investment Management Company LLC

VOYA INVESTMENT MANAGEMENT COMPANYLLC
VOYA INVESTMENT MANAGEMENT LLC
VOYA SENIOR INCOME FUND
Vryhof Anchors Bv
Vulcan Materials Company
W Industries Of Texas Llc
W O Grubb
W. Craig Kissel
Waagner Biro Gulf Llc
Wachtell Lipton Rosen & Katz
Waddell & Reed Financial, Inc.
WADDELL & REED INC
Waddell and Reed Inc.
Wahah Electric Sup Co Of S Arabia
Wake County Assessor
Wake County Assessor, NC
WARBA Insurance
Wartsila North America Inc
Wartsila Singapore Pte Ltd
Washington Department of Revenue
Waste Connections of Iowa, Inc.
Waste Connections of NE, Inc.
Waste Management
Water District #7
Water Works District #12 of Ward 3
Waterfleet Llc
Watson Millican & Company Llc
Webforge (Thailand) Limited
Weichert
Weight Watchers
Welcome Hotel Apartment 1
Wesal Shipping Llc
West Houston Fluid System Technologies Llc Dba Swagelok West Houston
West Virginia State Tax Department
Westchester Surplus Lines Insurance Company
Western Seas Freight Llc
Whessoe Piping Systems Limited
Whitamex Sa De Cv
Wholesale Electric Supply Company Of Houston Inc
Will County
Will County, IL
William H. Schumann, III
William Hare Uae Llc
William Scotsman Mexico
Willich Services & Construction Co.,Ltd.
Willis Towers Watson

Wind Cable Services Bv
Wm Trucking & Excavating Inc
Wolford, Kimberly J.
Wolseley Industrial Group
Wood Group Kenny Do Brasil Servicos De Engenharia Ltda
Wood Group Kenny Sdn Bhd
WoodRiver Energy LLC
Woodside Energy Ltd
World Fuel Services, Inc
Worthington Srl
Ws Atkins Inc
Wt Byler Co Inc
Wt Petrotech Usa Inc
Xiamen Ncc Steel Eng. Co, Ltd
XL Specialty Insurance Company
Yeow Hwa Engineering Pte Ltd
Yes Bank
Yokogawa Corporation Of America
Yokogawa Electric Corporation
Yokogawa Electric Korea Co., Ltd
Yokogawa Europe Solutions Bv
Yokogawa Europe Solutions Bv[Usd](136)
Yokogawa Gmbh Brno0052
Yokogawa Middle East & Africa Bsc (C)
Yong Fah International Pte Ltd
Yova Haagse Poort B.V.
Yusuf Bin Ahmed Kanoo
Yusuf Bin Ahmed Kanoo Wll
Zachry Industrial Inc
Zachry Industrial, Inc.
Zahid Tractor & Heavy Machinery Co. Ltd.
Zais Group LLC
Zakher Marine International Inc
Zamil Offshore Services Company
Zeamarine Carrier Gmbh
Zeeco Inc
Zephyr Acquisition Holdings LLC
Zephyr Oil & Gas Funding Co., LLC
Zhangjiagang Furui Heavy Equipment Co
Zhejiang Jiuli Hi-Tech Metals Co.,Ltd
Zmk Technologies Gmbh
Zurich American Insurance Company
Zurich International Life Limited