| MEMBERS OF COLIGADO SHAREHOLDER GROUP | | |
|---|---|---:|
| **Shareholder Names** | **Addressrs** | **Shares/Options** |
| Christopher Swedlow | 844 E Ponderosa Drive Azusa, California 91702 | 15,000 |
| Christopher Coligado | 6328 Albro Lane, Alexandria, VA 22312 | 398,740 |
| Daniel Gad | 53 Plymouth Rd Great Neck, NY 11023 | 20,000 |
| Jayaprakash Srinivasan Aarthi Srinivasan | 9105 Mossy Rock Ct, Bristow, VA-20136 | 551,979 |
| Thomas Carl Rabin | 1427 Normandy Dr. Apt 4 Clearwater, Fl 33756 | 11,563 |
| Anne Ingledew | #302, 11430 40 Ave, Edmonton, AB, Canada T6J0R5 | 100,900 |
| Darren Hunting | 1520 Hammond Gate, Edmonton, AB, Canada T6M0J4 | 11,000 |
| Khanh L. Bui | 7115 Meadow Hawk Court, Houston, TX 77041 | 69,890 |
| Robert Brower, Jr. | 25 Sunderland Lane, Katonah, New York 10536 | 100,949 |
| Robert Brower, Sr. | P.O. Box 1627, Ocean View, DE 19970 | 70,750 |
| Alexandre Tazi | 424 Av Jenkins Lachine, Qc H8S 0B5 | 56,865 |
| Edwin Howell Sioe Lie Howell | 2170 Forest Drive, Cumming, GA 30041 | 21,680 |
| Amira Yousuf Chowdhury | 1415 Eldridge Pkwy, Apt 1838, Houston, Texas 77077 | 11,800 |
| John Arden Ahnefeldt | 3639 Ellis St., Eau Claire, WI 54701 | 100,000 |
| Amit Somani Shital Mehta | 1115 Penny Worth Dr., Sugarland, TX 77479 | Options |
| Jignesh Chandarana Krutika Chandarana | 11131 Dunstan Hill Dr, Richmond, TX-77407 | 11,355 |
| Adam Shultz | 115 Clover Ln. Janesville, WI 53548 | 74,030 |
| Total | | **1,626,501** |
| All shares are equity interests except for the options | | |