

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
03/09/2020

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 20-30336 |
| MCDERMOTT INTERNATIONAL, INC., | § | CHAPTER 11 |
| *et al.*, | § | |
| | § | |
| Debtors. | § | DAVID R. JONES |

### ORDER
### (Docket No. 557)

For the reasons stated on the record pursuant to Bankruptcy Rule 7052, the motion to continue the upcoming confirmation hearing is denied. The Court will consider the issues raised by Mr. Van Deelen in the motion as part of his objection to confirmation of the Debtors' proposed plan.

SIGNED: March 9, 2020.

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE