UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| MCDERMOTT INTERNATIONAL, INC., *et al.*,[1] | ) ) ) | Case No. 20-30336 (DRJ) |
| Debtors. | ) ) ) | (Jointly Administered) |

**DECLARATION OF CHRISTINA
PULLO OF PRIME CLERK LLC REGARDING
SOLICITATION OF VOTES AND TABULATION
OF BALLOTS CAST ON THE JOINT PRE-PACKAGED
CHAPTER 11 PLAN OF REORGANIZATION OF MCDERMOTT
INTERNATIONAL, INC. AND ITS DEBTOR AFFILIATES**

I, Christina Pullo, declare under the penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a Vice President of Global Corporate Actions, at Prime Clerk LLC ("Prime Clerk"), located at One Grand Central Place, 60 East 42nd Street, Suite 1440, New York, New York 10165. I am over the age of eighteen years and not a party to the above-captioned action. Unless otherwise noted, I have personal knowledge of the facts set forth herein.

2. I submit this Declaration with respect to the solicitation of votes and the tabulation of ballots cast on the *Joint Prepackaged Chapter 11 Plan of Reorganization of McDermott International, Inc. and its Debtor Affiliates* dated January 21, 2020 (as may be amended, supplemented, or modified from time to time, the "Plan") [Docket No. 5].[2] Except as otherwise noted, all facts set forth herein are based on my personal knowledge, knowledge that I acquired

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.primeclerk.com/McDermott. The location of Debtor McDermott International, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 757 North Eldridge Parkway, Houston, Texas 77079.

[2] All capitalized terms used by not otherwise defined herein have the meanings ascribed to them in the Plan.

from individuals under my supervision, and my review of relevant documents. I am authorized to submit this Declaration on behalf of Prime Clerk. If I were called to testify, I could and would testify competently as to the facts set forth herein.

3. Prior to the commencement of these chapter 11 cases, McDermott International, Inc. engaged Prime Clerk as their solicitation and tabulation agent to assist with, among other things, (a) service of solicitation materials to the parties entitled to vote to accept or reject the Plan and (b) tabulation of votes cast with respect thereto. Prime Clerk and its employees have considerable experience in soliciting and tabulating votes to accept or reject proposed prepackaged chapter 11 plans. On January 22, 2020, this Bankruptcy Court authorized Prime Clerk's retention as the Debtors' claims, noticing, and solicitation agent pursuant to the *Order Authorizing the Retention and Appointment of Prime Clerk LLC as Claims, Noticing, and Solicitation Agent* [Docket No. 67].

**Service and Transmittal of Solicitation Packages and the Tabulation Process**

4. The procedures adhered to by Prime Clerk for the solicitation and tabulation of votes are outlined in the *Disclosure Statement for Joint Pre-Packaged Plan of Reorganization of McDermott International, Inc. and its Debtor Affiliates*, dated January 21, 2020 (the "Disclosure Statement") [Docket No. 4] and the ballots distributed to the parties entitled to vote on the Plan (collectively, the "Solicitation Procedures"). I supervised the solicitation and tabulation performed by Prime Clerk's employees.

5. The Debtors established January 17, 2020 as the record date (the "Voting Record Date") for determining which creditors were entitled to vote on the Plan. Pursuant to the Plan and the Solicitation Procedures, only holders as of the Voting Record Date were entitled to vote to accept or reject the Plan (the "Voting Classes"):

| Plan Class | Class Description |
|:---:|:---:|
| 5 | 2021 Letter of Credit Claims |
| 6A | 2023 Letter of Credit Claims |
| 6B | Revolving Credit Claims |
| 6C | Term Loan Claims |
| 6D | Credit Agreement Hedging Claims |
| 7 | Cash Secured Letter of Credit Claims |
| 9 | Senior Notes Claims |

No other classes were entitled to vote on the Plan.

6. Prime Clerk worked closely with the Debtors to identify the holders entitled to vote in the Voting Classes as of the Voting Record Date. In addition, Prime Clerk coordinated the distribution of solicitation materials to the holders in the Voting Classes. A detailed description of Prime Clerk's distribution of solicitation materials is set forth in Prime Clerk's *Affidavit of Service of Solicitation Materials,* which was filed with this court on January 22, 2020 [Docket No. 125].

7. Further, in accordance with the Solicitation Procedures, Prime Clerk reviewed, determined the validity of, and tabulated the ballots submitted to vote on the Plan. Each ballot submitted to Prime Clerk was date-stamped, scanned, assigned a ballot number, entered into Prime Clerk's voting database, and processed in accordance with the Solicitation Procedures. To be included in the tabulation results as valid, a ballot must have been (a) properly completed pursuant to the Solicitation Procedures, (b) executed by the relevant holder entitled to vote on the Plan (or

such holder's authorized representative), (c) returned to Prime Clerk via an approved method of delivery set forth in the Solicitation Procedures, and (d) received by Prime Clerk by 4:00 p.m., Prevailing Central Time, on February 19, 2020 (the "Voting Deadline").

8. All valid ballots cast by holders entitled to vote in the Voting Classes and received by Prime Clerk on or before the Voting Deadline were tabulated pursuant to the Solicitation Procedures[3].

9. Furthermore, as described in detail in the Affidavit of Service, [Docket No. 125], on January 22, 2020, Prime Clerk served copies of the Notice of (A) Non Voting Status to Holder or Potential Holders of (I) Unimpaired Claims Conclusively Presumed to Accept the Plan and (II) Impaired Claims Conclusively Presumed to Reject the Plan and (B) Opportunity for Holders of Claims and Interests to Opt Out of the Third-Party Releases (the "Notice of Non-Voting Status and Opportunity to Opt Out") to all known parties in interest entitled to receive this notice. Based on Prime Clerk's records, Prime Clerk received approximately 1,090 Notices of Non-Voting Status and Opportunity to Opt Out. Prime Clerk also received 155 ballots from holders in the Voting Classes containing an election to opt out of the third party releases. Prime Clerk has not reviewed the returned Notices of Non-Voting Status and Opportunity to Opt Out or opt out elections on submitted ballots other than to record the relevant information. Prime Clerk does not make any determination as to whether any Notice of Non-Voting Status and Opportunity to Opt Out or opt out election included on a submitted ballot constitutes a valid opt out for purposes of the Plan.

---

[3] Invesco Senior Secured Management Inc. submitted 37 ballots in Class 6C – Term Loan Claims for each of its underlying funds, voting to accept the Plan without a voting amount listed in Item 1. At the direction of the Debtors, Prime Clerk populated voting amounts for each of the 37 ballots and included them in the final voting results.

10. The final tabulation of votes cast by timely and properly completed ballots received by Prime Clerk is attached hereto as **Exhibit A**.[4]

11. A report of all ballots excluded from the final tabulation prepared by Prime Clerk, and the reasons for exclusion of such ballots, is attached hereto as **Exhibit B**.

[*Remainder of page intentionally left blank*]

---

[4] At the direction of the Debtors and the administrative agent, Prime Clerk counted ballots in the final results which listed voting amounts inclusive of pending trades as of the Voting Record Date for each of the following classes: Class 6A – 2023 Letter of Credit Claims, Class 6B – Revolving Credit Claims, Class 6C – Term Loan Claims, Class 6D – Credit Agreement Hedging Claims, and Class 7 – Cash Secured Letter of Credit Claims.

To the best of my knowledge, information and belief, I declare under penalty of perjury that the foregoing information concerning the distribution, submission, and tabulation of ballots in connection with the Plan is true and correct.

Dated: March 5, 2020

/s/ Christina Pullo
Christina Pullo
Vice President of Global Corporate Actions
Prime Clerk LLC

**Exhibit A**

**Voting Tabulation**

**McDermott International, Inc., *et al.***
**Exhibit A - Tabulation Summary**

| Class | Class Description | Number Accepting / % | Number Rejecting / % | Amount Accepting / % | Amount Rejecting / % | Class Voting Result |
|---|---|---|---|---|---|---|
| 5 | 2021 LETTER OF CREDIT CLAIMS | 7 | 0 | $200,000,000.00 | $0.00 | Accept |
|   |   | 100% | 0% | 100% | 0% |   |
| 6A | 2023 LETTER OF CREDIT CLAIMS | 20 | 0 | $1,413,020,028.95 | $0.00 | Accept |
|   |   | 100% | 0% | 100% | 0% |   |
| 6B | REVOLVING CREDIT CLAIMS | 14 | 0 | $995,597,032.16 | $0.00 | Accept |
|   |   | 100% | 0% | 100% | 0% |   |
| 6C | TERM LOAN CLAIMS | 541 | 0 | $1,888,360,953.37 | $0.00 | Accept |
|   |   | 100% | 0% | 100% | 0% |   |
| 6D | CREDIT AGREEMENT HEDGING CLAIMS | 4 | 0 | $64,189,190.76 | $0.00 | Accept |
|   |   | 100% | 0% | 100% | 0% |   |
| 7 | CASH SECURED LETTER OF CREDIT CLAIMS | 2 | 0 | $250,888,240.00 | $0.00 | Accept |
|   |   | 100% | 0% | 100% | 0% |   |
| 9 | SENIOR NOTES CLAIMS | 349 | 2 | $1,109,613,994.00 | $900,000.00 | Accept |
|   |   | 99.43% | 0.57% | 99.92% | 0.08% |   |

**Exhibit B**

**Tabulation of Excluded Ballots**

**McDermott International, Inc., et al.**
**Exhibit B - Report of Non-Security Ballots Excluded from Tabulation**

| Creditor Name | Class 5 Voting Amount | Class 6A Voting Amount | Class 6B Voting Amount | Class 6C Voting Amount | Class 6D Voting Amount | Class 7 Voting Amount | Class 8 Voting Amount | Accept/Reject | Reason(s) for Exclusion |
|---|---|---|---|---|---|---|---|---|---|
| ABN AMRO BANK NV | | | | | $20,264,669.00 | | | ACCEPT | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN FINAL TABULATION |
| ALLEGRO CLO II - S LIMITED | | | | $1,239,911.68 | | | | ACCEPT | BALLOT RECEIVED AFTER THE VOTING DEADLINE |
| ALLEGRO CLO III LIMITED | | | | $2,482,316.84 | | | | ACCEPT | BALLOT RECEIVED AFTER THE VOTING DEADLINE |
| ALLEGRO CLO IV LIMITED | | | | $1,479,968.35 | | | | ACCEPT | BALLOT RECEIVED AFTER THE VOTING DEADLINE |
| ALLEGRO CLO IX LIMITED | | | | $1,484,905.54 | | | | ACCEPT | BALLOT RECEIVED AFTER THE VOTING DEADLINE |
| ALLEGRO CLO V LTD. | | | | $1,476,218.59 | | | | ACCEPT | BALLOT RECEIVED AFTER THE VOTING DEADLINE |
| ALLEGRO CLO VI LIMITED | | | | $1,479,968.35 | | | | ACCEPT | BALLOT RECEIVED AFTER THE VOTING DEADLINE |
| ALLEGRO CLO VII LTD. | | | | $1,477,443.61 | | | | ACCEPT | BALLOT RECEIVED AFTER THE VOTING DEADLINE |
| ALLEGRO CLO X LTD. | | | | $1,488,636.36 | | | | ACCEPT | BALLOT RECEIVED AFTER THE VOTING DEADLINE |
| ATLAS SENIOR LOAN FUND III LIMITED | | | | $1,515,511.82 | | | | ACCEPT | BALLOT RECEIVED AFTER THE VOTING DEADLINE |
| ATLAS SENIOR LOAN FUND IX LTD | | | | $1,491,172.11 | | | | ACCEPT | BALLOT RECEIVED AFTER THE VOTING DEADLINE |
| ATLAS SENIOR LOAN FUND V LIMITED | | | | $1,819,643.22 | | | | ACCEPT | BALLOT RECEIVED AFTER THE VOTING DEADLINE |
| ATLAS SENIOR LOAN FUND VII LIMITED | | | | $1,280,047.58 | | | | ACCEPT | BALLOT RECEIVED AFTER THE VOTING DEADLINE |
| ATLAS SENIOR LOAN FUND X LTD. | | | | $2,395,789.18 | | | | ACCEPT | BALLOT RECEIVED AFTER THE VOTING DEADLINE |
| ATLAS SENIOR LOAN FUND XI LTD. | | | | $750,861.01 | | | | ACCEPT | BALLOT RECEIVED AFTER THE VOTING DEADLINE |
| ATLAS SENIOR LOAN FUND XII LIMITED | | | | $733,953.66 | | | | ACCEPT | BALLOT RECEIVED AFTER THE VOTING DEADLINE |
| ATLAS SENIOR LOAN FUND XIII LTD. | | | | $1,768,138.71 | | | | ACCEPT | BALLOT RECEIVED AFTER THE VOTING DEADLINE |
| ATLAS SENIOR LOAN FUND XIV LIMITED | | | | $1,479,776.69 | | | | ACCEPT | BALLOT RECEIVED AFTER THE VOTING DEADLINE |
| ATLAS SENIOR LOAN FUND XV LTD. | | | | $888,165.58 | | | | ACCEPT | BALLOT RECEIVED AFTER THE VOTING DEADLINE |
| ATLAS SENIOR SECURED LOAN FUND VIII LIMITED | | | | $599,751.70 | | | | ACCEPT | BALLOT RECEIVED AFTER THE VOTING DEADLINE |
| AXA INVESTMENT MANAGEMENT LOAN LIMITED | | | | $2,967,348.48 | | | | ACCEPT | BALLOT RECEIVED AFTER THE VOTING DEADLINE |
| Bank of America Credit Products, Inc. (BACP) | | $166,231,048.00 | $180,000,000.00 | | | | | ACCEPT | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN FINAL TABULATION |
| BANK OF AMERICA NA-CHARLOTTE BRANCH | | | | $45,599,335.40 | | | | ACCEPT | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN FINAL TABULATION |
| BENEFIT STREET PARTNERS CLO V-B LTD. | | | | $736,126.90 | | | | ACCEPT | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN FINAL TABULATION |
| AMERICAN FUNDS INSURANCE SERIES HIGH-INCOME BOND FUND | | | | $891,693.28 | | | | ACCEPT | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN FINAL TABULATION |
| CARLYLE US CLO 2018-3 LIMITED | | | | $1,622,254.05 | | | | ACCEPT | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN FINAL TABULATION |
| CCP CREDIT ACQUISITION HOLDINGS LUXCO, SARL | | | | $994,936.71 | | | | ACCEPT | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN FINAL TABULATION |

**McDermott International, Inc., et al.**
**Exhibit B - Report of Non-Security Ballots Excluded from Tabulation**

| Creditor Name | Class 5 Voting Amount | Class 6A Voting Amount | Class 6B Voting Amount | Class 6C Voting Amount | Class 6D Voting Amount | Class 7 Voting Amount | Class 8 Voting Amount | Accept/Reject | Reason(s) for Exclusion |
|---|---|---|---|---|---|---|---|---|---|
| DBS Bank Ltd. | | $24,000.00 | $16,000.00 | | | $888,240.00 | | ACCEPT | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN FINAL TABULATION |
| DBS Bank Ltd. | | $24,000,000.00 | $16,000,000.00 | | | $888,240.00 | | ACCEPT | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN FINAL TABULATION |
| DUNHAM FLOATING RATE BOND FUND | | | | | | | | ACCEPT | HOLDER DID NOT INDICATE CLASS 5 CLAIM AMOUNT |
| HALCYON LOAN ADVISORS FUNDING 2014-3 LIMITED | | | | | | | | N/A | TABULATION; HOLDER DID NOT INDICATE VOTE TO ACCEPT OR REJECT THE PLAN |
| HALCYON LOAN ADVISORS FUNDING 2015-1 LIMITED | | | | | | | | N/A | TABULATION; HOLDER DID NOT INDICATE VOTE TO ACCEPT OR REJECT THE PLAN |
| HALCYON LOAN ADVISORS FUNDING 2015-2 LIMITED | | | | | | | | N/A | TABULATION; HOLDER DID NOT INDICATE VOTE TO ACCEPT OR REJECT THE PLAN |
| HALCYON LOAN ADVISORS FUNDING 2015-3 LIMITED | | | | | | | | N/A | TABULATION; HOLDER DID NOT INDICATE VOTE TO ACCEPT OR REJECT THE PLAN |
| HALCYON LOAN ADVISORS FUNDING 2017-1 LTD. | | | | | | | | N/A | TABULATION; HOLDER DID NOT INDICATE VOTE TO ACCEPT OR REJECT THE PLAN |
| HALCYON LOAN ADVISORS FUNDING 2017-2 LTD., t | | | | | | | | N/A | TABULATION; HOLDER DID NOT INDICATE VOTE TO ACCEPT OR REJECT THE PLAN |
| HALCYON LOAN ADVISORS FUNDING 2018-1 LIMITED | | | | | | | | N/A | TABULATION; HOLDER DID NOT INDICATE VOTE TO ACCEPT OR REJECT THE PLAN |
| HALCYON LOAN ADVISORS FUNDING 2018-2 LTD. | | | | | | | | N/A | TABULATION; HOLDER DID NOT INDICATE VOTE TO ACCEPT OR REJECT THE PLAN |
| HARTFORD FIRE INSURANCE COMPANY | | | | $189,037.97 | | | | ACCEPT | BALLOT RECEIVED AFTER THE VOTING DEADLINE |
| IVY APOLLO MULTI-ASSET INCOME FUND | | | | $1,411,542.25 | | | | N/A | HOLDER DID NOT INDICATE VOTE TO ACCEPT OR REJECT THE PLAN |
| J. Aron & Company LLC | | | | | $10,050,868.84 | | | ACCEPT | DUPLICATE OF PREVIOUSLY SUBMITTED VALID BALLOT INCLUDED IN FINAL TABULATION |
| MARATHON CLO V LIMITED | | | | $3,438,750.00 | | | | ACCEPT | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN FINAL TABULATION |
| MARATHON CLO VI LIMITED | | | | $1,974,874.35 | | | | ACCEPT | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN FINAL TABULATION |
| Markel International Insurance Company Limited | $10,000,000.00 | | | | | | | ACCEPT | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN FINAL TABULATION |
| MOCKINGBIRD CORPORATE LOAN OPPORTUNITY FUND LP | | | | | | | | ACCEPT | HOLDER DID NOT INDICATE CLAIM AMOUNT |
| MOCKINGBIRD CORPORATE LOAN OPPORTUNITY FUND LP | | | | | | | | REJECT | HOLDER DID NOT INDICATE CLAIM AMOUNT |
| MOUNTAIN VIEW CLO 2013-1 LIMITED | | | | $2,348,279.40 | | | | ACCEPT | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN FINAL TABULATION |
| MOUNTAIN VIEW CLO IX | | | | $2,927,713.15 | | | | N/A | TABULATION; HOLDER DID NOT INDICATE VOTE TO ACCEPT OR REJECT THE PLAN |
| MOUNTAIN VIEW CLO XIV LIMITED | | | | $3,838,443.27 | | | | ACCEPT | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN FINAL TABULATION |
| NCRAM LOAN TRUST | | | | $439,028.34 | | | | ACCEPT | BALLOT RECEIVED AFTER THE VOTING DEADLINE |
| NOMURA BOND & LOAN FUND | | | | $294,750.00 | | | | ACCEPT | BALLOT RECEIVED AFTER THE VOTING DEADLINE |
| NOMURA BOND & LOAN FUND | | | | $294,750.00 | | | | ACCEPT | BALLOT RECEIVED AFTER THE VOTING DEADLINE |
| OCP CLO 2014-7 LIMITED | | | | $1,927,125.48 | | | | ACCEPT/REJECT | TABULATION; HOLDER INDICATED VOTE TO BOTH ACCEPT AND REJECT THE PLAN |
| Standard Chartered Bank | | $68,750,000.00 | $31,250,000.00 | | | $22,326,764.95 | | N/A | HOLDER DID NOT INDICATE VOTE TO ACCEPT OR REJECT THE PLAN |

**McDermott International, Inc., et al.**
**Exhibit B - Report of Non-Security Ballots Excluded from Tabulation**

| Creditor Name | Class 5 Voting Amount | Class 6A Voting Amount | Class 6B Voting Amount | Class 6C Voting Amount | Class 6D Voting Amount | Class 7 Voting Amount | Class 8 Voting Amount | Accept/Reject | Reason(s) for Exclusion |
|---|---|---|---|---|---|---|---|---|---|
| VENTURE XXI CLO LIMITED | | | | $3,930,000.00 | | | | ACCEPT | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN FINAL TABULATION |
| WOODBINE FUNDING ULC | | | | $2,645,667.39 | | | | ACCEPT | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN FINAL TABULATION |

**McDermott International, Inc., *et al.***
**Exhibit B - Report of Public Securities Ballots Excluded from Tabulation**

| Plan Class | Plan Class Description | Nominee DTC Number | Nominee of Beneficial Holder | Principal Amount | Accept / Reject | Reason(s) for Exclusion |
|---|---|---|---|---|---|---|
| Class 9 | Senior Notes Claims | 2108 | Comerica Bank | $240,000.00 | ACCEPT | NOT A RECORD DATE HOLDER |
| Class 9 | Senior Notes Claims | 2219 | Huntington National Bank / FBO Ohio Police and Pension Fund | $2,665,000.00 | ACCEPT | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| Class 9 | Senior Notes Claims | 0352 | J.P. Morgan Securities LLC /JPMC | $1,000,000.00 | N/A | HOLDER DID NOT INDICATE VOTE TO ACCEPT OR REJECT THE PLAN |
| Class 9 | Senior Notes Claims | 0235 | RBC Capital Markets, LLC | $80,000.00 | ACCEPT | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| Class 9 | Senior Notes Claims | 0997 | State Street Bank and Trust Company | $2,000,000.00 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE |
| Class 9 | Senior Notes Claims | 0997 | State Street Bank and Trust Company | $2,380,000.00 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE |
| Class 9 | Senior Notes Claims | 0997 | State Street Bank and Trust Company | $1,997,000.00 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE |
| Class 9 | Senior Notes Claims | 0997 | State Street Bank and Trust Company | $2,172,000.00 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE |
| Class 9 | Senior Notes Claims | 0997 | State Street Bank and Trust Company | $108,000.00 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE |
| Class 9 | Senior Notes Claims | 0997 | State Street Bank and Trust Company | $555,000.00 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE |
| Class 9 | Senior Notes Claims | 0997 | State Street Bank and Trust Company | $205,000.00 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE |
| Class 9 | Senior Notes Claims | 0997 | State Street Bank and Trust Company | $560,000.00 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE |
| Class 9 | Senior Notes Claims | 0997 | State Street Bank and Trust Company | $680,000.00 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE |
| Class 9 | Senior Notes Claims | 0997 | State Street Bank and Trust Company | $1,465,000.00 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE |
| Class 9 | Senior Notes Claims | 0997 | State Street Bank and Trust Company | $4,010,000.00 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE |
| Class 9 | Senior Notes Claims | 0997 | State Street Bank and Trust Company | $3,705,000.00 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE |
| Class 9 | Senior Notes Claims | 0997 | State Street Bank and Trust Company | $395,000.00 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE |
| Class 9 | Senior Notes Claims | 0997 | State Street Bank and Trust Company | $935,000.00 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE |
| Class 9 | Senior Notes Claims | 0997 | State Street Bank and Trust Company | $2,375,000.00 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE |
| Class 9 | Senior Notes Claims | 0997 | State Street Bank and Trust Company | $7,190,000.00 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE |
| Class 9 | Senior Notes Claims | 0997 | State Street Bank and Trust Company | $3,850,000.00 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE |
| Class 9 | Senior Notes Claims | 0997 | State Street Bank and Trust Company | $245,000.00 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE |

**McDermott International, Inc., *et al.***
**Exhibit B - Report of Public Securities Ballots Excluded from Tabulation**

| Plan Class | Plan Class Description | Nominee DTC Number | Nominee of Beneficial Holder | Principal Amount | Accept / Reject | Reason(s) for Exclusion |
|---|---|---|---|---|---|---|
| Class 9 | Senior Notes Claims | 0997 | State Street Bank and Trust Company | $795,000.00 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE |
| Class 9 | Senior Notes Claims | 0997 | State Street Bank and Trust Company | $2,020,000.00 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE |
| Class 9 | Senior Notes Claims | 0997 | State Street Bank and Trust Company | $1,300,000.00 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE |
| Class 9 | Senior Notes Claims | 0997 | State Street Bank and Trust Company | $7,010,000.00 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE |
| Class 9 | Senior Notes Claims | 0997 | State Street Bank and Trust Company | $45,000.00 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE |
| Class 9 | Senior Notes Claims | 0997 | State Street Bank and Trust Company | $420,000.00 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE |
| Class 9 | Senior Notes Claims | 0997 | State Street Bank and Trust Company | $420,000.00 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE |
| Class 9 | Senior Notes Claims | 0997 | State Street Bank and Trust Company | $1,045,000.00 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE |
| Class 9 | Senior Notes Claims | 0997 | State Street Bank and Trust Company | $36,000.00 | ACCEPT | BALLOT RECEIVED AFTER VOTING DEADLINE |
| Class 9 | Senior Notes Claims | 0901 | The Bank of New York Mellon | $20,000,000.00 | ACCEPT | SUPERSEDED BY LATER RECEIVED VALID BALLOT INCLUDED IN TABULATION |
| Class 9 | Senior Notes Claims | 2196 | The Bank of New York Mellon / Barclays Bank PLC | $10,000,000.00 | N/A | HOLDER DID NOT INDICATE VOTE TO ACCEPT OR REJECT THE PLAN |
| Class 9 | Senior Notes Claims | 2196 | The Bank of New York Mellon / Barclays Bank PLC | $5,000,000.00 | N/A | HOLDER DID NOT INDICATE VOTE TO ACCEPT OR REJECT THE PLAN |
| Class 9 | Senior Notes Claims | 2669 | The Northern Trust Company | $160,000.00 | N/A | HOLDER DID NOT INDICATE VOTE TO ACCEPT OR REJECT THE PLAN |
| Class 9 | Senior Notes Claims | 2803 | U.S. Bank N.A. | $721,000.00 | N/A | HOLDER DID NOT INDICATE VOTE TO ACCEPT OR REJECT THE PLAN |
| Class 9 | Senior Notes Claims | 2803 | U.S. Bank N.A. | $390,000.00 | N/A | HOLDER DID NOT INDICATE VOTE TO ACCEPT OR REJECT THE PLAN |