# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

## EXHIBIT AND WITNESS LIST

| Case No. 20-30336 | Debtor McDermott International, Inc. |
|---|---|
| Joint Administration | Judge: David R. Jones |
| | Date: March 12, 2020 |
| | Attorney's Name      Reese W. Baker |
| | Attorney's Phone      713-869-9200 |
| | Nature of Proceeding<br>**Confirmation hearing and approval of disclosure statement and other matters** |

## EXHIBIT LIST

| NO | Description | Offered | Objection | Admitted | Disposition After Trial |
|---|---|---|---|---|---|
| 1 | List of Group Members | | | | |
| 2 | Press Release of McDermott on Sept 18, 2019 | | | | |
| 3 | Press Release of McDermott on Sept 20, 2019 | | | | |
| 4 | Press Release of McDermott on Sept 24, 2019 | | | | |
| 5 | Press Release of McDermott on Oct 22, 2019 | | | | |
| 6 | Press Release of McDermott on Oct 21, 2019 | | | | |
| 7 | McDermott SEC filing on or about Oct 21, 2019 | | | | |
| 8 | Excerpts of Castellano's testimony to this court on Jan 23, 2020 (first day testimony) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 9 | Excerpts of Castellano's testimony to this court on Jan 23, 2020 (first day testimony) | | | | |
| 10 | Excerpt of David Dickson first day declaration | | | | |
| 11 | List of Press Releases of McDermott in December of 2019 | | | | |
| 12 | Exhibit F - Valuation Analysis pages 300 to 204 of the Disclosure Statement | | | | |
| 13 | Leverage Calculations on report to SEC on pages 525-607 of 8K report filed with SEC on or about Jan 21, 2020. | | | | |
| 14 | EBITA summary in Jan 2020 by McDermott | | | | |
| 15 | Bridge Analysis Summary of financing from McDermott | | | | |
| 16 | Statements in disclosure statement regarding equity holders | | | | |
| 17 | Superpriority Agreement documents in 8K filing by McDermott with the SEC on or about Oct 21, 2019 | | | | |
| 18 | Page 471 of 607 of SEC 8 K filing by McDermott on Jan 21, 2020 | | | | |
| 19 | Excerpts from 10K filing by McDermott on or about Feb 28, 2020 showing cash as of Dec 31, 2019 | | | | |
| 20 | Excerpts from Ernst & Young opinion on financial statements for financial information in the 10K filing with the SEC for year 2019 | | | | |
| | All exhibits presented or designated by any other parties for the hearings | | | | |
| | All rebuttal exhibits | | | | |

|  | Note: Entire documents available online in the investor and filings sections of McDermott's website |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

## WITNESS LIST

1. Christopher Coligado, equity interest holder
2. Amit Somani, equity interest holder and options holder
3. All witnesses designated or listed by any other parties to the proceeding
4. All rebuttal witnesses

DATED: March 10, 2020

                                            Respectfully submitted,

                                            */s/ Reese W. Baker*
                                            Reese W. Baker
                                            TX Bar No. 01587700
                                            950 Echo Lane, Suite 300
                                            Houston, TX 77024
                                            713-869-9200
                                            713-869-9100 (Fax)
                                            ATTORNEYS FOR COLIGADO
                                            SHAREHOLDERS GROUP