UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: § <br> § <br> MCDERMOTT INTERNATIONAL, INC., § <br> § <br> § <br> § <br> § <br> Debtors. § <br> § | Chapter 11 <br><br> Case No. 20-30336 (DRJ) <br> (Jointly Administered) |

**U.S. SECURITIES AND EXCHANGE COMMISSION'S MAY CALL WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED FOR MARCH 12, 2020**

The U.S. Securities and Exchange Commission (the "SEC") hereby files its May Call Witness and Exhibit List for the hearing to be held on March 12, 2020 at 9:00 am (prevailing Central Time) as follows:

## MAY CALL WITNESSES

1. Any party of interest present at the hearing;

2. Any witness called or designated by another party;

3. Any witness if needed for rebuttal or impeachment.

## EXHIBIT LIST

| # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Any document or pleading filed in the above-referenced case | | | | |
| 2. | Any exhibit identified, listed or offered by any other party | | | | |
| 3. | Any exhibits necessary for impeachment and/or rebuttal | | | | |

      The SEC reserves the right to amend or supplement its exhibit list as necessary in advance of the hearing.

DATED:  March 10, 2020

                          Respectfully submitted,

                          /s/ Sonia Chae_____
                          Sonia Chae (IL Bar No. 6199271)

                          Attorney for the
                          U.S. Securities and Exchange Commission
                          175 W. Jackson Blvd., Suite 1450
                          Chicago, IL  60604
                          (312) 353-6269 (telephone)
                          (312) 353-7398 (facsimile)
                          chaes@sec.gov

## **CERTIFICATE OF SERVICE**

      I, Sonia Chae, hereby certify that a true and correct copy of the foregoing document was served by electronic means on the parties listed on the Court's ECF noticing system on this day of March 10, 2020.

      /s/ Sonia Chae
      Sonia Chae
      Attorney for the
      U.S. Securities and Exchange Commission