## Exhibit A

**Sussberg Affidavit**

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| MCDERMOTT INTERNATIONAL, INC., *et al.*,[1] | ) | Case No. 20-30336 (DRJ) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**AFFIDAVIT OF JOSHUA A. SUSSBERG**
**IN SUPPORT OF DEBTORS' EMERGENCY MOTION**
**FOR MICHAEL VAN DEELEN TO APPEAR AND SHOW CAUSE WHY HE**
**SHOULD NOT BE HELD IN CONTEMPT OF COURT AND PROHIBITED FROM**
**FURTHER CONTACT WITH THE DEBTORS, THEIR OFFICERS, OR THEIR COUNSEL**

I, Joshua A. Sussberg, hereby declare under penalty of perjury:

1.      I am over the age of 18 and competent to testify.  I am the president of Joshua A. Sussberg, P.C., a partner of the law firm of Kirkland & Ellis LLP, located at 601 Lexington Avenue, New York, New York 10022, and a partner of Kirkland & Ellis International, LLP (together with Kirkland & Ellis LLP, collectively, "Kirkland").  I am one of the lead attorneys from Kirkland working on the above-captioned chapter 11 cases.  I am a member in good standing of the Bar of the State of New York, and I have been admitted to practice in the Southern District of New York.  There are no disciplinary proceedings pending against me.

2.      I submit this Affidavit (the "Affidavit") in support of the Debtors' *Emergency Motion for Michael Van Deelen to Appear and Show Cause Why He Should Not Be Held in Contempt of Court and Prohibited From Further Contact with the Debtors, their Officers, or their*

---

[1]   A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.primeclerk.com/McDermott.  The location of Debtor McDermott International, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 757 North Eldridge Parkway, Houston, Texas 77079.

*Counsel* (the "Motion").[2]  Except as otherwise noted, I have personal knowledge of the matters set forth herein.

3.      I am authorized to submit this Affidavit, and, if I were called upon to testify, I could and would testify competently to the facts set forth herein.

### Interactions with Mr. Van Deelen

4.      On March 12, 2020, the Court conducted a hearing on confirmation of the Debtors' plan of reorganization (the "March 12th Hearing").  During and after the March 12th Hearing, Michael Van Deelen made certain false, threatening, and vulgar remarks to me.

5.      Mr. Van Deelen made false and misleading statements about me, Kirkland, and the Debtors on the record during the March 12th Hearing.  During his closing argument, Mr. Van Deelen suggested that the Debtors' chapter 11 plan of reorganization could contain a provision allowing either the Debtors or Kirkland to "come out to [his] house and shoot [him]."  Mr. Van Deelen also falsely stated on the record that I threatened him.  Mr. Van Deelen also referred to the Court as a "son of a bitch."  These statements can be heard on the Court's audio recording of the March 12th Hearing.

6.      After the conclusion of the March 12th Hearing, Mr. Van Deelen waited outside of the restroom to confront me.  Mr. Van Deelen first asked for my name.  Mr. Van Deelen did not indicate why he was attempting to personally identify me.  I responded to Mr. Van Deelen that it "didn't matter" what my name was.  Mr. Van Deelen then called me a "pasty white fuck" and said "I'll have my way with your wife."

7.      On March 12, 2020, Mr. Van Deelen also sent me an email asking me to confirm our seating positions during the March 12th Hearing.  A copy of this email is attached to this

---

2    Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

Affidavit as **<u>Exhibit 1</u>**.  I believe this email was a further attempt by Mr. Van Deelen to personally identify me.

8.      In light of the statements on the record at the March 12th Hearing and herein, I believe Mr. Van Deelen's behavior is intended to threaten, harass, and intimidate me, the Debtors' officers, and our families.  Accordingly, I support the relief sought in the Motion.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.


Dated: March 17, 2020                    */s/ Joshua A. Sussberg*
                                          Joshua A. Sussberg
                                          as President of Joshua A. Sussberg, P.C., as
                                          Partner of Kirkland & Ellis LLP; and as
                                          Partner of Kirkland & Ellis International LLP

## **Exhibit 1**

**Van Deelen Email**

Begin forwarded message:

**From:** Michael Van Deelen <michaelvandeelen@gmail.com>
**Date:** March 13, 2020 at 4:36:33 PM EDT
**To:** "Sussberg, Josh" <jsussberg@kirkland.com>
**Subject: [EXT] March 12, 2020, Plan Confirmation Hearing for Debtor McDermott International (case number 20-30336)**

Mr. Sussberg:

I was at the above hearing and represented myself as a Party In Interest who opposed the plan confirmation. You sat across the gap between the two conference tables at approximately arms length from me.  If you deny this, please forward said denial to me at your earliest convenience, but no later than 5:00 C.S.T. on Wednesday, March 18, 2020.

I recognize you from your picture on the Kirkland & Ellis website which is where I obtained your email address.

Regards,

Michael Van Deelen

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.