IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| MCDERMOTT INTERNATIONAL, INC., *et al.*,[3] | ) ) | Case No. 20-30336 (DRJ) |
| Debtors. | ) ) ) | (Jointly Administered) (Emergency Relief Requested) |

**ORDER TO SHOW CAUSE**
**(Re: Docket No. _____)**

Mr. Michael Van Deelen, Party-in-Interest, shall personally appear on _____ at _____.m. in Courtroom 400, 4th Floor, 515 Rusk, Houston, TX 77002 and show cause why he should not be held in contempt of court and prohibited from further contact with the Debtors, their current and former officers, directors, and employees, and counsel and other professionals in these Cases and their families.

Failure to appear at the time and date above will result in the Court issuing a bench warrant for Mr. Van Deelen's arrest.

Dated: _____, 2020
Houston, Texas

DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

---

[3] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.primeclerk.com/McDermott. The location of Debtor McDermott International, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 757 North Eldridge Parkway, Houston, Texas 77079.