2100 B (12/15)

# United States Bankruptcy Court

Southern District of Texas
Case No. 20-30336
Chapter 11

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| McDermott International, Inc.<br>757 North Eldridge Parkway<br>Houston TX 77079 | Whessoe Piping Systems Limited<br>757 North Eldridge Parkway<br>Houston TX 77079 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/16/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. : RR Donnelly & Sons Co., 4101 Winfield Road, Warrensville, IL 60555 | Cedar Glade LP<br>660 Madison Ave., 17th Floor<br>New York, NY 10065 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   03/19/20

**CLERK OF THE COURT**

United States Bankruptcy Court
Southern District of Texas

In re:                                                                Case No. 20-30336-drj
McDermott International, Inc.                                         Chapter 11
Whessoe Piping Systems Limited
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0541-4            User: dhan                Page 1 of 11              Date Rcvd: Mar 17, 2020
                                Form ID: trc              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 19, 2020.
10948667      +RR Donnelly & Sons Co.,   4101 Winfield Road,   Warrensville, IL 60555-3521

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 16, 2020 at the address(es) listed below:
      Aaron Matthew Guerrero    on behalf of Creditor    Intergraph Corporation d/b/a Hexagon PPM
       aaronguerrero@snowspencelaw.com,   marymartin@snowspencelaw.com
      Alan H Katz    on behalf of Creditor    Entergy Texas, Inc akatz@lockelord.com
      Albert M Belmont, III    on behalf of Interested Party Hussein Adel Dahroug
       abelmont@bochettoandlentz.com
      Alexander Rafael Perez    on behalf of Creditor    Foster, LLP APerez@hwallp.com,
       dkokenes@hwallp.com
      Alfredo R Perez    on behalf of Interested Party    Zachry Industrial, Inc. alfredo.perez@weil.com,
       brenda.funk@weil.com;clifford.carlson@weil.com;patrick.thompson@weil.com;justin.pitcher@weil.com;
       rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
      Alice Eaton    on behalf of Creditor    Ad Hoc Noteholder Groups aeaton@paulweiss.com
      Alicia Lenae McCullar    on behalf of U.S. Trustee    US Trustee alicia.mccullar@usdoj.gov
      Allyson Sasha Johnson    on behalf of Creditor    Trinidad Offshore Fabricators Unlimited
       ajohnson@dorelawgroup.net
      Andrew J. Herink    on behalf of Interested Party    Central States, Southeast and Southwest Areas
       Pension Fund aherink@centralstatesfunds.org
      Anne Marie Laney Hill    on behalf of Creditor    Euler Hermes North America Insurance Company
       AnneMarie.LaneyHill@clarkhillstrasburger.com,
       Donna.Jaenike@clarkhillstrasburger.com;erin.werner@clarkhillstrasburger.com
      Annie E Catmull    on behalf of Creditor    Oracle America, Inc. aecatmull@o-w-law.com,
       aecatmull@ecf.courtdrive.com
      Antonio J Rodriguez    on behalf of Creditor    Calamity Jane Transport Chartering N.V.
       antonio.rodriguez@wilsonelser.com
      Antonio J Rodriguez    on behalf of Creditor    Allseas Marine Contractors S.A.
       antonio.rodriguez@wilsonelser.com
      Ashley E. Bane    on behalf of Creditor    Allseas Marine Contractors S.A.
       Ashley.Bane@wilsonelser.com,   GayLynn.Morse@wilsonelser.com,Kelly.Poteet@wilsonelser.com,
       DocumentSavingService@wilsonelser.com
      Ashley L. Harper    on behalf of Creditor    UMB Bank, N.A., as Successor Indenture Trustee for
       Senior Notes ashleyharper@HuntonAK.com
      Ben L Aderholt    on behalf of Creditor    Olsen & Guerra Lumber Company baderholt@coatsrose.com,
       tparker@coatsrose.com
      Benjamin W Kadden    on behalf of Interested Party    Travelers Indemity Company bkadden@lawla.com,
       mnguyen@lawla.com
      Bruce J Ruzinsky    on behalf of Debtor    Shaw Transmission & Distribution Services International,
       Inc. bruzinsky@jw.com,   ygalvin@jw.com;msalinas@jw.com
      Bruce J Ruzinsky    on behalf of Debtor    CB&I Rio Grande Valley Fabrication & Manufacturing,
       L.L.C. bruzinsky@jw.com,   ygalvin@jw.com;msalinas@jw.com
      Bruce J Ruzinsky    on behalf of Debtor    Pike Properties II, Inc. bruzinsky@jw.com,
       ygalvin@jw.com;msalinas@jw.com
      Bruce J Ruzinsky    on behalf of Debtor    Howe-Baker Engineers, Ltd. bruzinsky@jw.com,
       ygalvin@jw.com;msalinas@jw.com

```
District/off: 0541-4           User: dhan                  Page 2 of 11                  Date Rcvd: Mar 17, 2020
                               Form ID: trc                Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Bruce J Ruzinsky    on behalf of Debtor    CB&I International, LLC bruzinsky@jw.com,
               ygalvin@jw.com;msalinas@jw.com
              Bruce J Ruzinsky    on behalf of Debtor    CB&I International One, LLC bruzinsky@jw.com,
               ygalvin@jw.com;msalinas@jw.com
              Bruce J Ruzinsky    on behalf of Debtor    CB&I Offshore Services, Inc. bruzinsky@jw.com,
               ygalvin@jw.com;msalinas@jw.com
              Bruce J Ruzinsky    on behalf of Debtor    CB&I Laurens, Inc. bruzinsky@jw.com,
               ygalvin@jw.com;msalinas@jw.com
              Bruce J Ruzinsky    on behalf of Debtor    Lummus Consultants International LLC bruzinsky@jw.com,
               ygalvin@jw.com;msalinas@jw.com
              Bruce J Ruzinsky    on behalf of Debtor    CB&I Holdco International, LLC bruzinsky@jw.com,
               ygalvin@jw.com;msalinas@jw.com
              Bruce J Ruzinsky    on behalf of Debtor    Shaw Process Fabricators, Inc. bruzinsky@jw.com,
               ygalvin@jw.com;msalinas@jw.com
              Bruce J Ruzinsky    on behalf of Debtor    Shaw Power Technologies, Inc. bruzinsky@jw.com,
               ygalvin@jw.com;msalinas@jw.com
              Bruce J Ruzinsky    on behalf of Debtor    CB&I Walker LA, L.L.C. bruzinsky@jw.com,
               ygalvin@jw.com;msalinas@jw.com
              Bruce J Ruzinsky    on behalf of Debtor    Shaw Services, L.L.C. bruzinsky@jw.com,
               ygalvin@jw.com;msalinas@jw.com
              Bruce J Ruzinsky    on behalf of Debtor    International Consultants, L.L.C. bruzinsky@jw.com,
               ygalvin@jw.com;msalinas@jw.com
              Bruce J Ruzinsky    on behalf of Debtor    CB&I International, Inc. bruzinsky@jw.com,
               ygalvin@jw.com;msalinas@jw.com
              Bruce J Ruzinsky    on behalf of Debtor    CB&I Lake Charles, L.L.C. bruzinsky@jw.com,
               ygalvin@jw.com;msalinas@jw.com
              Bruce J Ruzinsky    on behalf of Debtor    CB&I North Carolina, Inc. bruzinsky@jw.com,
               ygalvin@jw.com;msalinas@jw.com
              Bruce J Ruzinsky    on behalf of Debtor    CB&I Holdco, LLC bruzinsky@jw.com,
               ygalvin@jw.com;msalinas@jw.com
              Bruce J Ruzinsky    on behalf of Debtor    Shaw Power Services, LLC bruzinsky@jw.com,
               ygalvin@jw.com;msalinas@jw.com
              Bruce J Ruzinsky    on behalf of Debtor    CB&I LLC bruzinsky@jw.com,
               ygalvin@jw.com;msalinas@jw.com
              Bruce J Ruzinsky    on behalf of Debtor    CB&I Power International, Inc. bruzinsky@jw.com,
               ygalvin@jw.com;msalinas@jw.com
              Bruce J Ruzinsky    on behalf of Debtor    Chemical Research and Licensing, LLC bruzinsky@jw.com,
               ygalvin@jw.com;msalinas@jw.com
              Bruce J Ruzinsky    on behalf of Debtor    Shaw SSS Fabricators, Inc. bruzinsky@jw.com,
               ygalvin@jw.com;msalinas@jw.com
              Bruce J Ruzinsky    on behalf of Debtor    A & B Builders, Ltd. bruzinsky@jw.com,
               ygalvin@jw.com;msalinas@jw.com
              Bruce J Ruzinsky    on behalf of Debtor    CB&I Rio Grande Holdings, L.L.C. bruzinsky@jw.com,
               ygalvin@jw.com;msalinas@jw.com
              Bruce J Ruzinsky    on behalf of Debtor    Matrix Engineering, Ltd. bruzinsky@jw.com,
               ygalvin@jw.com;msalinas@jw.com
              Bruce J Ruzinsky    on behalf of Debtor    Chicago Bridge & Iron Company bruzinsky@jw.com,
               ygalvin@jw.com;msalinas@jw.com
              Bruce J Ruzinsky    on behalf of Debtor    CB&I Power, LLC bruzinsky@jw.com,
               ygalvin@jw.com;msalinas@jw.com
              Bryan Roy Lentz    on behalf of Interested Party Hussein Adel Dahroug blentz@bochettoandientz.com
              Cameron A. Secord    on behalf of Debtor    Chartering Company (Singapore) Pte. Ltd. csecord@jw.com,
               sdueitt@jw.com;ygalvin@jw.com
              Cameron A. Secord    on behalf of Debtor    Lutech Resources B.V. csecord@jw.com,
               sdueitt@jw.com;ygalvin@jw.com
              Cameron A. Secord    on behalf of Debtor    CB&I Oil & Gas Europe B.V. csecord@jw.com,
               sdueitt@jw.com;ygalvin@jw.com
              Cameron A. Secord    on behalf of Debtor    Lutech Project Solutions B.V. csecord@jw.com,
               sdueitt@jw.com;ygalvin@jw.com
              Cameron A. Secord    on behalf of Debtor    Chicago Bridge & Iron Company B.V. csecord@jw.com,
               sdueitt@jw.com;ygalvin@jw.com
              Cameron A. Secord    on behalf of Debtor    CB&I Singapore Pte. Ltd. csecord@jw.com,
               sdueitt@jw.com;ygalvin@jw.com
              Cameron A. Secord    on behalf of Debtor    McDermott Asia Pacific Pte. Ltd. csecord@jw.com,
               sdueitt@jw.com;ygalvin@jw.com
              Cameron A. Secord    on behalf of Debtor    CB&I Nederland B.V. csecord@jw.com,
               sdueitt@jw.com;ygalvin@jw.com
              Cameron A. Secord    on behalf of Debtor    CBI Company Two B.V. csecord@jw.com,
               sdueitt@jw.com;ygalvin@jw.com
              Cameron A. Secord    on behalf of Debtor    CB&I Holdings B.V. csecord@jw.com,
               sdueitt@jw.com;ygalvin@jw.com
              Cameron A. Secord    on behalf of Debtor    Lutech Projects B.V. csecord@jw.com,
               sdueitt@jw.com;ygalvin@jw.com
              Cameron A. Secord    on behalf of Debtor    McDermott Technology (2), B.V. csecord@jw.com,
               sdueitt@jw.com;ygalvin@jw.com
              Cameron A. Secord    on behalf of Debtor    Comet II B.V. csecord@jw.com,
               sdueitt@jw.com;ygalvin@jw.com
```

```
District/off: 0541-4                  User: dhan                     Page 3 of 11                    Date Rcvd: Mar 17, 2020
                                      Form ID: trc                   Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Cameron A. Secord    on behalf of Debtor    McDermott Technology, B.V. csecord@jw.com, sdueitt@jw.com;ygalvin@jw.com
          Cameron A. Secord    on behalf of Debtor    CB&I Constructors Limited csecord@jw.com, sdueitt@jw.com;ygalvin@jw.com
          Cameron A. Secord    on behalf of Debtor    CB&I Rusland B.V. csecord@jw.com, sdueitt@jw.com;ygalvin@jw.com
          Cameron A. Secord    on behalf of Debtor    Lummus Technology Heat Transfer B.V. csecord@jw.com, sdueitt@jw.com;ygalvin@jw.com
          Cameron A. Secord    on behalf of Debtor    CB&I Power Company B.V. csecord@jw.com, sdueitt@jw.com;ygalvin@jw.com
          Cameron A. Secord    on behalf of Debtor    J. Ray McDermott (Qingdao) Pte. Ltd. csecord@jw.com, sdueitt@jw.com;ygalvin@jw.com
          Cameron A. Secord    on behalf of Debtor    Aiton & Co Limited csecord@jw.com, sdueitt@jw.com;ygalvin@jw.com
          Cameron A. Secord    on behalf of Debtor    CBI Company B.V. csecord@jw.com, sdueitt@jw.com;ygalvin@jw.com
          Cameron A. Secord    on behalf of Debtor    CB&I Cojafex B.V. csecord@jw.com, sdueitt@jw.com;ygalvin@jw.com
          Cameron A. Secord    on behalf of Debtor    Lealand Finance Company B.V. csecord@jw.com, sdueitt@jw.com;ygalvin@jw.com
          Cameron A. Secord    on behalf of Debtor    Lummus Technology B.V. csecord@jw.com, sdueitt@jw.com;ygalvin@jw.com
          Cameron A. Secord    on behalf of Debtor    CB&I Europe B.V. csecord@jw.com, sdueitt@jw.com;ygalvin@jw.com
          Cameron A. Secord    on behalf of Debtor    Netherlands Operating Company B.V. csecord@jw.com, sdueitt@jw.com;ygalvin@jw.com
          Cameron A. Secord    on behalf of Debtor    Novolen Technology Holdings C.V. csecord@jw.com, sdueitt@jw.com;ygalvin@jw.com
          Cameron A. Secord    on behalf of Debtor    McDermott Technology (3), B.V. csecord@jw.com, sdueitt@jw.com;ygalvin@jw.com
          Cameron A. Secord    on behalf of Debtor    McDermott Trinidad Ltd csecord@jw.com, sdueitt@jw.com;ygalvin@jw.com
          Cameron A. Secord    on behalf of Debtor    CB&I Group UK Holdings csecord@jw.com, sdueitt@jw.com;ygalvin@jw.com
          Carl Dore, Jr    on behalf of Creditor    Trinidad Offshore Fabricators Unlimited carl@dorelawgroup.net, bbollman@dorelawgroup.net
          Carollynn H.G. Callari    on behalf of Creditor    Maire Tecnimont SPA and MET Gas Processing Technologies SPA ccallari@raineslaw.com
          Charles A Beckham, Jr    on behalf of Interested Party    AP Services, LLC beckhamc@haynesboone.com, kenneth.rusinko@haynesboone.com
          Charles A Beckham, Jr    on behalf of Interested Party John R Castellano beckhamc@haynesboone.com, kenneth.rusinko@haynesboone.com
          Charles A Beckham, Jr    on behalf of Interested Party    Chiyoda International Corporation beckhamc@haynesboone.com, kenneth.rusinko@haynesboone.com
          Charles A Beckham, Jr    on behalf of Interested Party    AlixPartners LLP beckhamc@haynesboone.com, kenneth.rusinko@haynesboone.com
          Charles Stephen Kelley    on behalf of Creditor    Commercial Bank of Dubai ckelley@mayerbrown.com, sswihart@mayerbrown.com;houstondocket@mayerbrown.com
          Christopher A McKinney    on behalf of Creditor    Coastal Welding Supply and Coastal Welding Supply of Louisiana cam@obt.com
          Christopher T Greco    on behalf of Debtor    McDermott International, Inc. christopher.greco@kirkland.com, alexandra.schwarzman@kirkland.com;hlamparter@excoresources.com;lucas.smith@kirkland.com;gary.kavarsky@kirkland.com;ecf-9b7a1a52c6e8@ecf.pacerpro;whitney.fogelberg@kirkland.com;ryan-besaw-6605@ecf.pacerpro.com;john.lu
          Christopher Todd Caplinger    on behalf of Interested Party    Travelers Indemity Company ccaplinger@lawla.com
          Corey Michael Weideman    on behalf of Creditor    Chubb Companies CMWeideman@duanemorris.com, ARodriguez@duanemorris.com;acrawford@duanemorris.com
          Craig E Power    on behalf of Interested Party    David E. Harvey Builders, Inc. cpower@cokinoslaw.com, msegura@cokinoslaw.com;eolson@cokinoslaw.com
          Craig Solomon Ganz    on behalf of Creditor    Insight Direct USA, Inc. ganzc@ballardspahr.com, phxdocketingbkr@ballardspahr.com;hartt@ballardspahr.com
          Damian Shane Schaible    on behalf of Interested Party    Ad Hoc Group of Term Lenders damian.schaible@davispolk.com
          Daniel J Merrett    on behalf of Creditor    Cameron LNG, LLC dmerrett@jonesday.com
          Daniel R Merkle    on behalf of Creditor    Slalom, LLC danm@msfseattle.com
          David A Trausch    on behalf of Interested Party    Lloyds Bank Corporate Markets Plc david.trausch@haynesboone.com, kenneth.rusinko@haynesboone.com
          David H Conaway    on behalf of Creditor    Toshiba America Energy Systems Corporation dconaway@shumaker.com, celgin@shumaker.com;rbruckmann@shumaker.com
          Diane Wade Sanders    on behalf of Creditor    Live Oak CAD austin.bankruptcy@publicans.com
          Diane Wade Sanders    on behalf of Creditor    Nueces County austin.bankruptcy@publicans.com
          Eboney Delane Cobb    on behalf of Creditor    Richardson ISD ecobb@pbfcm.com, rgleason@pbfcm.com
          Elizabeth E Klingensmith    on behalf of Creditor    MMR Constructors Inc. Liz.Klingensmith@wbd-us.com, Rosario.grazziani@wbd-us.com
          Eric Hilmo    on behalf of Creditor    Credit Agricole Corporate and Investment Bank eric.hilmo@linklaters.com

```
District/off: 0541-4          User: dhan                    Page 4 of 11                     Date Rcvd: Mar 17, 2020
                              Form ID: trc                  Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              George A. Kurisky, Jr.    on behalf of Creditor    Eutex International gkurisky@jdkklaw.com,
               kgoodman@jdkklaw.com;dabreo@jdkglaw.com;twhite@jdkglaw.com;cbunger@jdkglaw.com
              Gerardo Mijares-Shafai    on behalf of Interested Party    BP America, Inc.
               Gerardo.Mijares-Shafai@arnoldporter.com
              Hamid R Rafatjoo    on behalf of Creditor    Maire Tecnimont SPA and MET Gas Processing
               Technologies SPA hrafatjoo@raineslaw.com,    bclark@raineslaw.com
              Hannah Leah Uricchio    on behalf of Creditor    Pension Benefit Guaranty Corporation ,
               efile@pbgc.gov
              Hector Duran, Jr    on behalf of U.S. Trustee    US Trustee Hector.Duran.Jr@usdoj.gov
              Henry Flores    on behalf of Creditor    Ad Hoc Noteholder Groups hflores@rappandkrock.com,
               kmartin@rappandkrock.com
              Howard Marc Spector    on behalf of Creditor    2103 Research Forest Holding Company, LLC
               hspector@spectorcox.com,
               sshank@spectorcox.com;ahawkins@spectorcox.com;hspector@ecf.courtdrive.com
              Hugh Massey Ray, III    on behalf of Interested Party    Illuminate Buyer, LLC
               hugh.ray@pillsburylaw.com,
               bankruptcee@yahoo.com;nancy.jones@pillsburylaw.com;docket@pillsburylaw.com
              I. Danielle Mashburn-Myrick    on behalf of Creditor    Oceanwide Houston, Inc.
               danielle.mashburn-myrick@phelps.com,    linda.bayers@phelps.com
              J Michael Sutherland    on behalf of Interested Party    CTCI Corp. (Taiwan) msutherland@ccsb.com,
               lsparks@ccsb.com
              James M Liston    on behalf of Creditor    BAC Canton Holdings LLC jml@bostonbusinesslaw.com
              James M Liston    on behalf of Creditor    BAC CANTON HOLDINGS LLC jml@bostonbusinesslaw.com
              James S Carr    on behalf of Creditor    Infosys Limited
               KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
              James Tillman Grogan, III    on behalf of Interested Party    Air Products and Chemicals, Inc
               JGrogan@BlankRome.com,    CALewis@BlankRome.com,bmwilson@blankrome.com
              Jarett Dillard    on behalf of Interested Party    Amec Foster Wheeler USA Corp f/k/a Foster
               Wheeler USA Corporation jdillard@kilpatricktownsend.com,    LParkins@kilpatricktownsend.com
              Jennifer F Wertz    on behalf of Debtor    CBI Overseas (Far East) Inc. jwertz@jw.com,
               kgradney@jw.com
              Jennifer F Wertz    on behalf of Debtor    Shaw International Management Services Two, Inc.
               jwertz@jw.com,    kgradney@jw.com
              Jennifer F Wertz    on behalf of Debtor    Chicago Bridge & Iron Company jwertz@jw.com,
               kgradney@jw.com
              Jennifer F Wertz    on behalf of Debtor    Howe-Baker International Management, LLC jwertz@jw.com,
               kgradney@jw.com
              Jennifer F Wertz    on behalf of Debtor    Central Trading Company Ltd. jwertz@jw.com,
               kgradney@jw.com
              Jennifer F Wertz    on behalf of Debtor    Shaw Power Delivery Systems, Inc. jwertz@jw.com,
               kgradney@jw.com
              Jennifer F Wertz    on behalf of Debtor    Constructors International, L.L.C. jwertz@jw.com,
               kgradney@jw.com
              Jennifer F Wertz    on behalf of Debtor    Shaw NC Company, Inc. jwertz@jw.com,    kgradney@jw.com
              Jennifer F Wertz    on behalf of Debtor    Shaw Nuclear Energy Holdings (UK), Inc. jwertz@jw.com,
               kgradney@jw.com
              Jennifer F Wertz    on behalf of Debtor    CBI Company Ltd. jwertz@jw.com,    kgradney@jw.com
              Jennifer F Wertz    on behalf of Debtor    Howe-Baker Holdings, L.L.C. jwertz@jw.com,
               kgradney@jw.com
              Jennifer F Wertz    on behalf of Debtor    Shaw Managed Services, LLC jwertz@jw.com,
               kgradney@jw.com
              Jennifer F Wertz    on behalf of Debtor    Shaw Home Louisiana, LLC jwertz@jw.com,    kgradney@jw.com
              Jennifer F Wertz    on behalf of Debtor    CB&I Houston 11 LLC jwertz@jw.com,    kgradney@jw.com
              Jennifer F Wertz    on behalf of Debtor    Shaw Overseas (Middle East) Ltd. jwertz@jw.com,
               kgradney@jw.com
              Jennifer F Wertz    on behalf of Debtor    CSA Trading Company Ltd. jwertz@jw.com,    kgradney@jw.com
              Jennifer F Wertz    on behalf of Debtor    CB&I STS Holdings LLC jwertz@jw.com,    kgradney@jw.com
              Jennifer F Wertz    on behalf of Debtor    Shaw International Inc. jwertz@jw.com,    kgradney@jw.com
              Jennifer F Wertz    on behalf of Debtor    CBI Services, LLC jwertz@jw.com,    kgradney@jw.com
              Jennifer F Wertz    on behalf of Debtor    EDS Equipment Company, LLC jwertz@jw.com,
               kgradney@jw.com
              Jennifer F Wertz    on behalf of Debtor    J. Ray McDermott Holdings, LLC jwertz@jw.com,
               kgradney@jw.com
              Jennifer F Wertz    on behalf of Debtor    Howe-Baker International, LLC jwertz@jw.com,
               kgradney@jw.com
              Jennifer F Wertz    on behalf of Debtor    Shaw Management Services One, Inc. jwertz@jw.com,
               kgradney@jw.com
              Jennifer F Wertz    on behalf of Debtor    Chicago Bridge & Iron Company (Delaware) jwertz@jw.com,
               kgradney@jw.com
              Jennifer F Wertz    on behalf of Debtor    J. Ray Holdings, Inc. jwertz@jw.com,    kgradney@jw.com
              Jennifer F Wertz    on behalf of Debtor    CB&I Storage Tank Solutions LLC jwertz@jw.com,
               kgradney@jw.com
              Jennifer F Wertz    on behalf of Debtor    CB&I Houston LLC jwertz@jw.com,    kgradney@jw.com
              Jennifer F Wertz    on behalf of Debtor    J. Ray McDermott (Norway), AS jwertz@jw.com,
               kgradney@jw.com
              Jennifer F Wertz    on behalf of Debtor    Howe-Baker Management, L.L.C. jwertz@jw.com,
               kgradney@jw.com

```
District/off: 0541-4                   User: dhan                      Page 5 of 11                    Date Rcvd: Mar 17, 2020
                                       Form ID: trc                    Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Jennifer F Wertz    on behalf of Debtor    CBI US Holding Company Inc. jwertz@jw.com,
               kgradney@jw.com
              Jennifer F Wertz    on behalf of Debtor    CBI Americas Ltd. jwertz@jw.com,  kgradney@jw.com
              Jennifer F Wertz    on behalf of Debtor    Shaw JV Holdings, L.L.C. jwertz@jw.com,  kgradney@jw.com
              Jennifer F Wertz    on behalf of Debtor    J. Ray McDermott (Aust.) Holding Pty. Limited
               jwertz@jw.com,  kgradney@jw.com
              Jennifer F Wertz    on behalf of Debtor    J. Ray McDermott Solutions, Inc. jwertz@jw.com,
               kgradney@jw.com
              Jennifer F Wertz    on behalf of Debtor    CBI HoldCo Two Inc. jwertz@jw.com,  kgradney@jw.com
              Jennifer F Wertz    on behalf of Debtor    CBI Overseas, LLC jwertz@jw.com,  kgradney@jw.com
              Jennifer F Wertz    on behalf of Debtor    CB&I STS Delaware LLC jwertz@jw.com,  kgradney@jw.com
              Jennifer F Wertz    on behalf of Debtor    CB&I Houston 13 LLC jwertz@jw.com,  kgradney@jw.com
              Jennifer F Wertz    on behalf of Debtor    Shaw Power Services Group, L.L.C. jwertz@jw.com,
               kgradney@jw.com
              Jennifer F Wertz    on behalf of Debtor    CB&I Tyler LLC jwertz@jw.com,  kgradney@jw.com
              Jennifer F Wertz    on behalf of Debtor    CB&I Project Services Group, LLC jwertz@jw.com,
               kgradney@jw.com
              Jennifer F Wertz    on behalf of Debtor    HBI Holdings, LLC jwertz@jw.com,  kgradney@jw.com
              Jennifer F Wertz    on behalf of Debtor    CB&I Houston 12 LLC jwertz@jw.com,  kgradney@jw.com
              John David Cornwell    on behalf of Creditor    Duke Energy Progress, LLC jcornwell@munsch.com,
               hvalentine@munsch.com
              John E Mitchell    on behalf of Creditor    W-Industries of Texas LLC john.mitchell@akerman.com,
               scott.lawrence@akerman.com;yelena.archiyan@akerman.com
              John F Higgins, IV    on behalf of Interested Party    Ad Hoc Group of Term Lenders
               jhiggins@porterhedges.com,
               ksteverson@porterhedges.com;emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com
              Joshua A Sussberg    on behalf of Debtor    McDermott International, Inc.
               joshua.sussberg@kirkland.com,  christopher.hayes@kirkland.com
              Julie Goodrich Harrison    on behalf of Creditor    Gulf Coast Growth Ventures LLC
               julie.harrison@nortonrosefulbright.com
              Julie Goodrich Harrison    on behalf of Creditor    ExxonMobil Pipeline Company
               julie.harrison@nortonrosefulbright.com
              Katharine Battaia Clark    on behalf of Creditor    Sundyne, LLC KClark@ThompsonCoburn.com,
               smeiners@thompsoncoburn.com
              Katherine D Grissel    on behalf of Creditor    West Street Capital Partners VII Investments B,
               L.P. kgrissel@velaw.com
              Katherine D Grissel    on behalf of Creditor    West Street Capital Partners VII Offshore
               Investments, L.P. kgrissel@velaw.com
              Katherine D Grissel    on behalf of Creditor    Apicorp Managed Account Investment Vehicle, L.P.
               kgrissel@velaw.com
              Katherine D Grissel    on behalf of Creditor    West Street Capital Partners VII - Parallel B, L.P.
               kgrissel@velaw.com
              Kelsey Zottnick    on behalf of Creditor    Chevron Corporation kelsey.zottnick@haynesboone.com,
               kenneth.rusinko@haynesboone.com
              Kesha L Tanabe    on behalf of Creditor    Cedar Glade LP Kesha@tanabelaw.com
              Kevin M Lippman    on behalf of Creditor    IHC Services B.V. klippman@munsch.com,
               pmoore@munsch.com
              Kevin S. Wiley    on behalf of Creditor    Lehigh Hanson Inc. kevinwiley@lkswjr.com
              Kimberly E Neureiter    on behalf of Creditor    Pension Benefit Guaranty Corporation ,
               efile@pbgc.gov
              Kristhy M Peguero    on behalf of Debtor    Environmental Solutions Holding Ltd. kpeguero@jw.com,
               kgradney@jw.com;dtrevino@jw.com
              Kristhy M Peguero    on behalf of Debtor    SparTEC, Inc. kpeguero@jw.com,
               kgradney@jw.com;dtrevino@jw.com
              Kristhy M Peguero    on behalf of Debtor    Varsy International N.V. kpeguero@jw.com,
               kgradney@jw.com;dtrevino@jw.com
              Kristhy M Peguero    on behalf of Debtor    Offshore Pipelines International, Ltd. kpeguero@jw.com,
               kgradney@jw.com;dtrevino@jw.com
              Kristhy M Peguero    on behalf of Debtor    McDermott Asia Pacific Sdn. Bhd. kpeguero@jw.com,
               kgradney@jw.com;dtrevino@jw.com
              Kristhy M Peguero    on behalf of Debtor    J. Ray McDermott de Mexico, S.A. De C.V.
               kpeguero@jw.com,  kgradney@jw.com;dtrevino@jw.com
              Kristhy M Peguero    on behalf of Debtor    CBI Constructors Pty. Ltd. kpeguero@jw.com,
               kgradney@jw.com;dtrevino@jw.com
              Kristhy M Peguero    on behalf of Debtor    McDermott Australia Pty. Ltd. kpeguero@jw.com,
               kgradney@jw.com;dtrevino@jw.com
              Kristhy M Peguero    on behalf of Debtor    CB&I Finance Company Limited kpeguero@jw.com,
               kgradney@jw.com;dtrevino@jw.com
              Kristhy M Peguero    on behalf of Debtor    J. Ray McDermott International Vessels, Ltd.
               kpeguero@jw.com,  kgradney@jw.com;dtrevino@jw.com
              Kristhy M Peguero    on behalf of Debtor    CB&I Middle East Holding, Inc. kpeguero@jw.com,
               kgradney@jw.com;dtrevino@jw.com
              Kristhy M Peguero    on behalf of Debtor    Oasis Supply Company, Ltd. kpeguero@jw.com,
               kgradney@jw.com;dtrevino@jw.com
              Kristhy M Peguero    on behalf of Debtor    McDermott Eastern Hemisphere, Ltd. kpeguero@jw.com,
               kgradney@jw.com;dtrevino@jw.com
              Kristhy M Peguero    on behalf of Debtor    Environmental Solutions (Cayman) Ltd. kpeguero@jw.com,
               kgradney@jw.com;dtrevino@jw.com
```

```
District/off: 0541-4           User: dhan                 Page 6 of 11                  Date Rcvd: Mar 17, 2020
                               Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Kristhy M Peguero    on behalf of Debtor    McDermott Marine Mexico, S.A. de C.V. kpeguero@jw.com,
                kgradney@jw.com;dtrevino@jw.com
              Kristhy M Peguero    on behalf of Debtor    Chicago Bridge de Mexico, S.A. de C.V. kpeguero@jw.com,
                kgradney@jw.com;dtrevino@jw.com
              Kristhy M Peguero    on behalf of Debtor    McDermott Servicos Offshore do Brasil Ltda.
                kpeguero@jw.com,    kgradney@jw.com;dtrevino@jw.com
              Kristhy M Peguero    on behalf of Debtor    McDermott Overseas Investment Co. N.V. kpeguero@jw.com,
                kgradney@jw.com;dtrevino@jw.com
              Kristhy M Peguero    on behalf of Debtor    McDermott International, Inc. kpeguero@jw.com,
                kgradney@jw.com;dtrevino@jw.com
              Kristhy M Peguero    on behalf of Debtor    McDermott International Marine Investments N.V.
                kpeguero@jw.com,    kgradney@jw.com;dtrevino@jw.com
              Kristhy M Peguero    on behalf of Debtor    Horton CBI, Limited kpeguero@jw.com,
                kgradney@jw.com;dtrevino@jw.com
              Kristhy M Peguero    on behalf of Debtor    CB&I Canada Ltd. kpeguero@jw.com,
                kgradney@jw.com;dtrevino@jw.com
              Kristhy M Peguero    on behalf of Debtor    Environmental Solutions Ltd. kpeguero@jw.com,
                kgradney@jw.com;dtrevino@jw.com
              Kristhy M Peguero    on behalf of Debtor    CB&I Matamoros, S. de R.L. de C.V. kpeguero@jw.com,
                kgradney@jw.com;dtrevino@jw.com
              Kristhy M Peguero    on behalf of Debtor    CBI Eastern Anstalt kpeguero@jw.com,
                kgradney@jw.com;dtrevino@jw.com
              Kristhy M Peguero    on behalf of Debtor    Whessoe Piping Systems Limited kpeguero@jw.com,
                kgradney@jw.com;dtrevino@jw.com
              Kristhy M Peguero    on behalf of Debtor    Chicago Bridge & Iron (Antilles) N.V. kpeguero@jw.com,
                kgradney@jw.com;dtrevino@jw.com
              Kristhy M Peguero    on behalf of Debtor    McDermott Cayman Ltd. kpeguero@jw.com,
                kgradney@jw.com;dtrevino@jw.com
              Kristhy M Peguero    on behalf of Debtor    Shaw Transmission & Distribution Services, Inc.
                kpeguero@jw.com,    kgradney@jw.com;dtrevino@jw.com
              Kristhy M Peguero    on behalf of Debtor    Lutech Resources Canada Ltd. kpeguero@jw.com,
                kgradney@jw.com;dtrevino@jw.com
              Kristhy M Peguero    on behalf of Debtor    Highland Trading Company, Ltd. kpeguero@jw.com,
                kgradney@jw.com;dtrevino@jw.com
              Kristhy M Peguero    on behalf of Debtor    TVL Lender II, Inc. kpeguero@jw.com,
                kgradney@jw.com;dtrevino@jw.com
              Lindsey  Henrikson    on behalf of Creditor    Certain Contract Counterparties lhenrikson@kslaw.com
              Lloyd A. Lim    on behalf of Creditor    Puffer-Sweiven LP LLim@ReedSmith.com,
                rithompson@reedsmith.com;csnider@reedsmith.com
              Lynn Hamilton Butler    on behalf of Creditor    Sun Industrial Group, LLC
                lynn.butler@huschblackwell.com,
                penny.keller@huschblackwell.com;christine.deacon@huschblackwell.com
              Margot B. Schonholtz    on behalf of Creditor    Credit Agricole Corporate and Investment Bank
                margot.schonholtz@linklaters.com,    shauin.wang@linklaters.com;rachel.dalal@linklaters.com
              Matthew Brian Probus    on behalf of Creditor    Aker Solutions, Inc. mbprobus@w-plaw.com,
                sdianiska@w-plaw.com
              Matthew D Cavenaugh    on behalf of Debtor    Shaw Nuclear Energy Holdings (UK), Inc.
                mcavenaugh@jw.com,    kgradney@jw.com;dtrevino@jw.com
              Matthew D Cavenaugh    on behalf of Debtor    Lutech Resources Canada Ltd. mcavenaugh@jw.com,
                kgradney@jw.com;dtrevino@jw.com
              Matthew D Cavenaugh    on behalf of Debtor    McDermott Engineering, LLC mcavenaugh@jw.com,
                kgradney@jw.com;dtrevino@jw.com
              Matthew D Cavenaugh    on behalf of Debtor    Shaw Overseas (Middle East) Ltd. mcavenaugh@jw.com,
                kgradney@jw.com;dtrevino@jw.com
              Matthew D Cavenaugh    on behalf of Debtor    McDermott Technology, LLC mcavenaugh@jw.com,
                kgradney@jw.com;dtrevino@jw.com
              Matthew D Cavenaugh    on behalf of Debtor    Lutech Project Solutions B.V. mcavenaugh@jw.com,
                kgradney@jw.com;dtrevino@jw.com
              Matthew D Cavenaugh    on behalf of Debtor    Lutech Projects B.V. mcavenaugh@jw.com,
                kgradney@jw.com;dtrevino@jw.com
              Matthew D Cavenaugh    on behalf of Debtor    Lutech Resources B.V. mcavenaugh@jw.com,
                kgradney@jw.com;dtrevino@jw.com
              Matthew D Cavenaugh    on behalf of Debtor    Lummus Technology Overseas LLC mcavenaugh@jw.com,
                kgradney@jw.com;dtrevino@jw.com
              Matthew D Cavenaugh    on behalf of Debtor    Shaw NC Company, Inc. mcavenaugh@jw.com,
                kgradney@jw.com;dtrevino@jw.com
              Matthew D Cavenaugh    on behalf of Debtor    Lummus Consultants International Limited
                mcavenaugh@jw.com,    kgradney@jw.com;dtrevino@jw.com
              Matthew D Cavenaugh    on behalf of Debtor    J. Ray McDermott, S.A. mcavenaugh@jw.com,
                kgradney@jw.com;dtrevino@jw.com
              Matthew D Cavenaugh    on behalf of Debtor    McDermott Technology (US), Inc. mcavenaugh@jw.com,
                kgradney@jw.com;dtrevino@jw.com
              Matthew D Cavenaugh    on behalf of Debtor    Lutech Resources Inc. mcavenaugh@jw.com,
                kgradney@jw.com;dtrevino@jw.com
              Matthew D Cavenaugh    on behalf of Debtor    McDermott Technology (Americas) Inc.
                mcavenaugh@jw.com,    kgradney@jw.com;dtrevino@jw.com
              Matthew D Cavenaugh    on behalf of Debtor    Matrix Engineering, Ltd. mcavenaugh@jw.com,
                kgradney@jw.com;dtrevino@jw.com
```

```
District/off: 0541-4                   User: dhan                          Page 7 of 11                    Date Rcvd: Mar 17, 2020
                                       Form ID: trc                        Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Matthew D Cavenaugh    on behalf of Debtor    McDermott Investments, LLC mcavenaugh@jw.com,
               kgradney@jw.com;dtrevino@jw.com
              Matthew D Cavenaugh    on behalf of Debtor    Lummus Gasification Technology Licensing LLC
               mcavenaugh@jw.com,    kgradney@jw.com;dtrevino@jw.com
              Matthew D Cavenaugh    on behalf of Debtor    OPI Vessels, Inc. mcavenaugh@jw.com,
               kgradney@jw.com;dtrevino@jw.com
              Matthew D Cavenaugh    on behalf of Debtor    CB&I Brazil Holdings,Inc. mcavenaugh@jw.com,
               kgradney@jw.com;dtrevino@jw.com
              Matthew D Cavenaugh    on behalf of Debtor    Prospect Industries (Holdings) Inc. mcavenaugh@jw.com,
               kgradney@jw.com;dtrevino@jw.com
              Matthew D Cavenaugh    on behalf of Debtor    Lutech Resources Limited mcavenaugh@jw.com,
               kgradney@jw.com;dtrevino@jw.com
              Matthew D Cavenaugh    on behalf of Debtor    McDermott Inc. mcavenaugh@jw.com,
               kgradney@jw.com;dtrevino@jw.com
              Matthew D Cavenaugh    on behalf of Debtor    Lummus Technology International, LLC
               mcavenaugh@jw.com,    kgradney@jw.com;dtrevino@jw.com
              Matthew D Cavenaugh    on behalf of Debtor    Lummus Technology LLC mcavenaugh@jw.com,
               kgradney@jw.com;dtrevino@jw.com
              Matthew D Cavenaugh    on behalf of Debtor    J. Ray McDermott Technology, Inc. mcavenaugh@jw.com,
               kgradney@jw.com;dtrevino@jw.com
              Matthew D Cavenaugh    on behalf of Debtor    McDermott (Amazon Chartering), Inc. mcavenaugh@jw.com,
               kgradney@jw.com;dtrevino@jw.com
              Matthew D Cavenaugh    on behalf of Debtor    Shaw Power Delivery Systems, Inc. mcavenaugh@jw.com,
               kgradney@jw.com;dtrevino@jw.com
              Matthew D Cavenaugh    on behalf of Debtor    Chicago Bridge & Iron Company mcavenaugh@jw.com,
               kgradney@jw.com;dtrevino@jw.com
              Matthew D Cavenaugh    on behalf of Debtor    CB&I Fabrication, LLC mcavenaugh@jw.com,
               kgradney@jw.com;dtrevino@jw.com
              Matthew D Cavenaugh    on behalf of Debtor    McDermott Subsea Engineering, Inc. mcavenaugh@jw.com,
               kgradney@jw.com;dtrevino@jw.com
              Matthew D Cavenaugh    on behalf of Debtor    Lummus Technology Services LLC mcavenaugh@jw.com,
               kgradney@jw.com;dtrevino@jw.com
              Matthew D Cavenaugh    on behalf of Debtor    CB&I Energy Services, LLC mcavenaugh@jw.com,
               kgradney@jw.com;dtrevino@jw.com
              Matthew D Cavenaugh    on behalf of Debtor    McDermott International, Inc. mcavenaugh@jw.com,
               kgradney@jw.com;dtrevino@jw.com
              Matthew D Cavenaugh    on behalf of Debtor    J. Ray McDermott Underwater Services, Inc.
               mcavenaugh@jw.com,    kgradney@jw.com;dtrevino@jw.com
              Matthew D Cavenaugh    on behalf of Debtor    Lummus Technology Heat Transfer B.V.
               mcavenaugh@jw.com,    kgradney@jw.com;dtrevino@jw.com
              Matthew D Cavenaugh    on behalf of Debtor    Nuclear Energy Holdings, L.L.C. mcavenaugh@jw.com,
               kgradney@jw.com;dtrevino@jw.com
              Matthew D Cavenaugh    on behalf of Debtor    Lummus Arabia Ltd. Co. mcavenaugh@jw.com,
               kgradney@jw.com;dtrevino@jw.com
              Matthew D Cavenaugh    on behalf of Debtor    McDermott Blackbird Holdings, LLC mcavenaugh@jw.com,
               kgradney@jw.com;dtrevino@jw.com
              Matthew D Cavenaugh    on behalf of Debtor    Oceanic Contractors, Inc. mcavenaugh@jw.com,
               kgradney@jw.com;dtrevino@jw.com
              Matthew D Cavenaugh    on behalf of Debtor    McDermott Finance L.L.C. mcavenaugh@jw.com,
               kgradney@jw.com;dtrevino@jw.com
              Matthew D Cavenaugh    on behalf of Debtor    Lealand Finance Company B.V. mcavenaugh@jw.com,
               kgradney@jw.com;dtrevino@jw.com
              Matthew D Cavenaugh    on behalf of Debtor    Lummus Technology Ventures LLC mcavenaugh@jw.com,
               kgradney@jw.com;dtrevino@jw.com
              Matthew D Cavenaugh    on behalf of Debtor    CB&I International, LLC mcavenaugh@jw.com,
               kgradney@jw.com;dtrevino@jw.com
              Matthew D Cavenaugh    on behalf of Debtor    CB&I Group Inc. mcavenaugh@jw.com,
               kgradney@jw.com;dtrevino@jw.com
              Matthew D Cavenaugh    on behalf of Debtor    J. Ray McDermott Solutions, Inc. mcavenaugh@jw.com,
               kgradney@jw.com;dtrevino@jw.com
              Matthew W Silverman    on behalf of Creditor    UMB Bank, N.A., as Successor Indenture Trustee for
               Senior Notes msilverman@pryorcashman.com
              Melissa A Fuller    on behalf of Creditor    Ad Hoc Noteholder Groups mfuller@rappandkrock.com
              Melissa E Valdez    on behalf of Creditor    Certain Texas Taxing Entities mvaldez@pbfcm.com,
               osonik@pbfcm.com,tpope@pbfcm.com,mvaldez@ecf.courtdrive.com
              Michael Small    on behalf of Creditor    Dan-Bunkering (America), Inc. msmall@foley.com,
               mstockl@foley.com
              Michael Small    on behalf of Creditor    Glander International Bunkering, Inc. msmall@foley.com,
               mstockl@foley.com
              Michael A DiGiacomo    on behalf of Creditor    Insight Direct USA, Inc.
               digiacomom@ballardspahr.com,
               morganv@ballardspahr.com;PHXDocketingbkr@ballardspahr.com;ganzc@ballardspahr.com
              Michael A Harowski    on behalf of Creditor    Allseas Marine Contractors S.A.
               Michael.harowski@wilsonelser.com
              Michael Edward Collins    on behalf of Creditor    Federal Insurance Company
               mcollins@manierherod.com,    rmiller@manierherod.com
              Michael Edward Collins    on behalf of Creditor    Fianzas Monterrey, S.A. mcollins@manierherod.com,
               rmiller@manierherod.com
```

```
District/off: 0541-4           User: dhan                  Page 8 of 11                  Date Rcvd: Mar 17, 2020
                               Form ID: trc                Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Michael Edward Collins    on behalf of Creditor    Westchester Fire Insurance Company mcollins@manierherod.com,    rmiller@manierherod.com
      Michael J Durrschmidt    on behalf of Creditor    B.F.E. S.r.l. mdurrschmidt@hirschwest.com, mmoreno@hirschwest.com
      Michael Kevin Riordan    on behalf of Creditor    ITT Goulds Pumps mriordan@foley.com, ggattis@foley.com;rdiep@foley.com
      Michael P Ridulfo    on behalf of Creditor    Sparrows Offshore LLC mridulfo@krcl.com, rcoles@krcl.com
      Michael Seth Etkin    on behalf of Interested Party    Public Employees' Retirement System of Mississippi ("Lead Plaintiff") metkin@lowenstein.com, abehlmann@lowenstein.com;kwaldron@lowenstein.com
      Omer F Kuebel, III    on behalf of Creditor    Entergy Texas, Inc rkuebel@lockelord.com, Yamille.harrison@lockelord.com
      Owen Mark Sonik    on behalf of Creditor    Spring Branch Independent School District osonik@pbfcm.com,    tpope@pbfcm.com;osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com
      Patricia Baron Tomasco    on behalf of Interested Party    Monterra pattytomasco@quinnemanuel.com, barbarahowell@quinnemanuel.com;cristinagreen@quinnemanuel.com
      Patrick Andrew Kelly    on behalf of Creditor    Apache Industrial Services, Inc. pkelly@andrewsmyers.com
      Patrick J. Potter    on behalf of Creditor    Larsen & Toubro Hydrocarbon Engineering Limited Patrick.potter@pillsburylaw.com
      Paul M Green    on behalf of Creditor    Cameron LNG, LLC pmgreen@jonesday.com, sgreenberg@jonesday.com,mbarrios@jonesday.com
      Penelope J Jensen    on behalf of Creditor    Credit Agricole Corporate and Investment Bank penelope.jensen@linklaters.com,    amy.edgy@linklaters.com
      Reese W Baker    on behalf of Stockholder Reese    Coligado Shareholder Group courtdocs@bakerassociates.net, i.go@bakerassociates.net;igotnotices@gmail.com;courtdocsrbaker@gmail.com;courtdocsstaylor@gmail.com;reese.baker@bakerassociates.net;bakernotices@gmail.com;baker5151calendar@gmail.com;staff@bakerassociates.net;igo&#0
      Richard A. Kincheloe    on behalf of Interested Party    United States of America Richard.Kincheloe@usdoj.gov, caseview.ecf@usdoj.gov;sonja.mccoy@usdoj.gov;sydnie.kempen@usdoj.gov;Nicole.robbins@usdoj.gov;rhoma.romero@usdoj.gov
      Richard W Engel    on behalf of Other Prof.    Armstrong Teasdale LLP rengel@armstrongteasdale.com, solsen@armstrongteasdale.com
      Robert Bernard Bruner    on behalf of Interested Party    The Standard Bank of South Africa, Limited bob.bruner@nortonrosefulbright.com
      Robert P Franke    on behalf of Creditor    Flowserve Corporation and Flowserve US Inc. robert.franke@clarkhillstrasburger.com, mina.alvarez@clarkhillstrasburger.com;audrey.hornisher@clarkhillstrasburger.com
      Robin B Cheatham    on behalf of Creditor    Harvey Gulf International Marine, LLC robin.cheatham@arlaw.com,    vicki.owens@arlaw.com;Mary.cuenca@arlaw.com
      Scott Robert Cheatham    on behalf of Creditor    Honeywell International, Inc. scott.cheatham@arlaw.com,    vicki.owens@arlaw.com
      Sean B Davis    on behalf of Creditor    Powell Electrical Systems, Inc. sbdavis@winstead.com, mmingo@winstead.com
      Sean Michael Callagy    on behalf of Interested Party    BP America, Inc. sean.callagy@arnoldporter.com
      Seth H Lieberman    on behalf of Creditor    UMB Bank, N.A., as Successor Indenture Trustee for Senior Notes slieberman@pryorcashman.com
      Sharon Marie Beausoleil    on behalf of Creditor    Glander International Bunkering, Inc. sbeausoleil@foley.com,    ggattis@foley.com;rdiep@foley.com;docketflow@foley.com
      Sharon Marie Beausoleil    on behalf of Creditor    Dan-Bunkering (America), Inc. sbeausoleil@foley.com,    ggattis@foley.com;rdiep@foley.com;docketflow@foley.com
      Shawn M Christianson    on behalf of Creditor    Oracle America, Inc. schristianson@buchalter.com, cmcintire@buchalter.com
      Simon Richard Mayer    on behalf of Interested Party    Barclays Bank PLC simon.mayer@lockelord.com, Autodocket@lockelord.com
      Sonia Anne Chae    on behalf of Creditor Sonia Chae    U.S. Securities & Exchange Commission chaes@sec.gov,    chaes@sec.gov
      Stephen Douglas Statham    on behalf of U.S. Trustee    US Trustee stephen.statham@usdoj.gov
      Steve Arthur Peirce    on behalf of Creditor    Innova Global Inc. steve.peirce@nortonrosefulbright.com
      T. Josh Judd    on behalf of Creditor    DGI-Menard, Inc. jjudd@andrewsmyers.com, sray@andrewsmyers.com
      T. Josh Judd    on behalf of Creditor    Trio Electric, LLC jjudd@andrewsmyers.com, sray@andrewsmyers.com
      T. Josh Judd    on behalf of Creditor    Maire Tecnimont SPA and MET Gas Processing Technologies SPA jjudd@andrewsmyers.com,    sray@andrewsmyers.com
      T. Josh Judd    on behalf of Creditor    Inventure Design, LLC jjudd@andrewsmyers.com, sray@andrewsmyers.com
      T. Josh Judd    on behalf of Creditor    MLN Service Company jjudd@andrewsmyers.com, sray@andrewsmyers.com
      T. Josh Judd    on behalf of Creditor    CFI Mechanical, Inc. jjudd@andrewsmyers.com, sray@andrewsmyers.com
      T. Josh Judd    on behalf of Creditor    Bo-Mac Contractors, Ltd. jjudd@andrewsmyers.com, sray@andrewsmyers.com

```
District/off: 0541-4           User: dhan                  Page 9 of 11                  Date Rcvd: Mar 17, 2020
                               Form ID: trc                Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              T. Josh Judd    on behalf of Creditor    Apache Industrial Painting, Inc. jjudd@andrewsmyers.com,
               sray@andrewsmyers.com
              T. Josh Judd    on behalf of Creditor    Wilson Fire Equipment & Service Co., Inc.
               jjudd@andrewsmyers.com,    sray@andrewsmyers.com
              T. Josh Judd    on behalf of Creditor    Remedial Construction Services, L.P.
               jjudd@andrewsmyers.com,    sray@andrewsmyers.com
              T. Josh Judd    on behalf of Creditor    Gas Innovations jjudd@andrewsmyers.com,
               sray@andrewsmyers.com
              T. Josh Judd    on behalf of Creditor    Kelkar LLC d/b/a Troop Industrial jjudd@andrewsmyers.com,
               sray@andrewsmyers.com
              T. Josh Judd    on behalf of Creditor    Apache Industrial Services, Inc. jjudd@andrewsmyers.com,
               sray@andrewsmyers.com
              T. Josh Judd    on behalf of Creditor    Wholesale Electric Supply Co., of Houston, Inc.
               jjudd@andrewsmyers.com,    sray@andrewsmyers.com
              T. Josh Judd    on behalf of Creditor    Network Cabling Services, Inc. jjudd@andrewsmyers.com,
               sray@andrewsmyers.com
              T. Josh Judd    on behalf of Creditor    VPF Fire Systems, Inc. jjudd@andrewsmyers.com,
               sray@andrewsmyers.com
              T. Josh Judd    on behalf of Creditor    Gerab National Enterprises LLC jjudd@andrewsmyers.com,
               sray@andrewsmyers.com
              T. Josh Judd    on behalf of Creditor    W.T. Byler Co., Inc. jjudd@andrewsmyers.com,
               sray@andrewsmyers.com
              T. Josh Judd    on behalf of Creditor    Nooter/Eriksen, Inc. jjudd@andrewsmyers.com,
               sray@andrewsmyers.com
              T. Josh Judd    on behalf of Creditor    Shawna Green, Individually, and as Personal Representative
               of the Estate of Aaron Green Deceased jjudd@andrewsmyers.com,    sray@andrewsmyers.com
              Tara L Grundemeier     on behalf of Creditor    Cypress Fairbanks ISD
               houston_bankruptcy@publicans.com
              Tara L Grundemeier     on behalf of Creditor    Fort Bend County houston_bankruptcy@publicans.com
              Tara L Grundemeier     on behalf of Creditor    Cleveland ISD houston_bankruptcy@publicans.com
              Tara L Grundemeier     on behalf of Creditor    Jefferson County houston_bankruptcy@publicans.com
              Tara L Grundemeier     on behalf of Creditor    Harris County houston_bankruptcy@publicans.com
              Tara L Grundemeier     on behalf of Creditor    Galveston County houston_bankruptcy@publicans.com
              Tara L Grundemeier     on behalf of Creditor    Nueces County houston_bankruptcy@publicans.com
              Tara L Grundemeier     on behalf of Creditor    Live Oak CAD houston_bankruptcy@publicans.com
              Tara L Grundemeier     on behalf of Creditor    Smith County houston_bankruptcy@publicans.com
              Tara L Grundemeier     on behalf of Creditor    Dallas County houston_bankruptcy@publicans.com
              Tara L Grundemeier     on behalf of Creditor    Montgomery County houston_bankruptcy@publicans.com
              Thomas A Howley     on behalf of Interested Party    Total Petrochemicals & Refining USA, Inc.
               tom@howley-law.com,    roland@howley-law.com
              Thomas Patrick Henican     on behalf of Creditor    Boh Bros. Construction Co., L.L.C.
               thenican@rllaw.com,    ttate@rllaw.com
              Timothy Aaron Million    on behalf of Creditor    Sun Industrial Group, LLC
               tim.million@huschblackwell.com
              Timothy Q Karcher     on behalf of Interested Party    Bollore Transport & Logistics
               tkarcher@proskauer.com,    ctarrant@proskauer.com
              Todd Brice Headden     on behalf of Interested Party    Texas Commission on Environmental Quality
               todd.headden@oag.texas.gov
              Todd E Hatcher    on behalf of Creditor    Yancey Bros. Co. thatcher@gdcrlaw.com
              Trent L Rosenthal     on behalf of Creditor    Marnoy Interest Ltd., d/b/a OP
               trosenthal@rosenthallaw.com,    nlamb@rosenthallaw.com
              Tricia  Macaluso    on behalf of Creditor    Amiad USA Inc. tricia.macaluso@bclplaw.com
              US Trustee    USTPRegion07.HU.ECF@USDOJ.GOV
              Veronica Ann Polnick     on behalf of Debtor    Servicios Profesionales de Altamira, S.A. de C.V.
               vpolnick@jw.com,    kgradney@jw.com;dtrevino@jw.com
              Veronica Ann Polnick     on behalf of Debtor    S C Woods, L.L.C. vpolnick@jw.com,
               kgradney@jw.com;dtrevino@jw.com
              Veronica Ann Polnick     on behalf of Debtor    Catalytic Distillation Technologies vpolnick@jw.com,
               kgradney@jw.com;dtrevino@jw.com
              Veronica Ann Polnick     on behalf of Debtor    McDermott International Trading Co., Inc.
               vpolnick@jw.com,    kgradney@jw.com;dtrevino@jw.com
              Veronica Ann Polnick     on behalf of Debtor    North Ocean 105 AS vpolnick@jw.com,
               kgradney@jw.com;dtrevino@jw.com
              Veronica Ann Polnick     on behalf of Debtor    North Atlantic Vessel, Inc. vpolnick@jw.com,
               kgradney@jw.com;dtrevino@jw.com
              Veronica Ann Polnick     on behalf of Debtor    J. Ray McDermott Technology, Inc. vpolnick@jw.com,
               kgradney@jw.com;dtrevino@jw.com
              Veronica Ann Polnick     on behalf of Debtor    J. Ray McDermott International, Inc. vpolnick@jw.com,
               kgradney@jw.com;dtrevino@jw.com
              Veronica Ann Polnick     on behalf of Debtor    McDermott (Amazon Chartering), Inc. vpolnick@jw.com,
               kgradney@jw.com;dtrevino@jw.com
              Veronica Ann Polnick     on behalf of Debtor    Eastern Marine Services, Inc. vpolnick@jw.com,
               kgradney@jw.com;dtrevino@jw.com
              Veronica Ann Polnick     on behalf of Debtor    J. Ray McDermott, S.A. vpolnick@jw.com,
               kgradney@jw.com;dtrevino@jw.com
              Veronica Ann Polnick     on behalf of Debtor    Shaw Dunn Limited vpolnick@jw.com,
               kgradney@jw.com;dtrevino@jw.com
```

District/off: 0541-4                   User: dhan                          Page 10 of 11                   Date Rcvd: Mar 17, 2020
                                       Form ID: trc                        Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Veronica Ann Polnick    on behalf of Debtor    Arabian CBI Tank Manufacturing Company, Ltd. vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com
      Veronica Ann Polnick    on behalf of Debtor    McDermott Arabia Company Limited vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com
      Veronica Ann Polnick    on behalf of Debtor    J. Ray McDermott Underwater Services, Inc. vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com
      Veronica Ann Polnick    on behalf of Debtor    McDermott Subsea, Inc. vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com
      Veronica Ann Polnick    on behalf of Debtor    Lummus Arabia Ltd. Co. vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com
      Veronica Ann Polnick    on behalf of Debtor    McDermott International Management, S. de RL. vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com
      Veronica Ann Polnick    on behalf of Debtor    CB&I Global Operations International, Pte. Ltd. vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com
      Veronica Ann Polnick    on behalf of Debtor    Shaw Connex, Inc. vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com
      Veronica Ann Polnick    on behalf of Debtor    J. Ray McDermott Far East, Inc. vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com
      Veronica Ann Polnick    on behalf of Debtor    McDermott Offshore Services Company, Inc. vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com
      Veronica Ann Polnick    on behalf of Debtor    Shaw Beneco, Inc. vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com
      Veronica Ann Polnick    on behalf of Debtor    Matrix Management Services, L.L.C. vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com
      Veronica Ann Polnick    on behalf of Debtor    McDermott International Vessels, Inc. vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com
      Veronica Ann Polnick    on behalf of Debtor    McDermott Middle East, Inc. vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com
      Veronica Ann Polnick    on behalf of Debtor    McDermott Gulf Operating Company, Inc. vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com
      Veronica Ann Polnick    on behalf of Debtor    Chicago Bridge & Iron Company vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com
      Veronica Ann Polnick    on behalf of Debtor    CBI Panama, S.A. vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com
      Veronica Ann Polnick    on behalf of Debtor    McDermott International Investments Co., Inc. vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com
      Veronica Ann Polnick    on behalf of Debtor    McDermott Overseas, Inc. vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com
      Veronica Ann Polnick    on behalf of Debtor    McDermott Caspian Contractors, Inc. vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com
      Veronica Ann Polnick    on behalf of Debtor    CB&I Global Operations US Pte. Ltd. vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com
      Veronica Ann Polnick    on behalf of Debtor    McDermott Old JV Office, Inc. vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com
      Veronica Ann Polnick    on behalf of Debtor    Arabian CBI Co Ltd. vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com
      Veronica Ann Polnick    on behalf of Debtor    Servicios de Fabricacion de Altamira, S.A. de C. V. vpolnick@jw.com, kgradney@jw.com;dtrevino@jw.com
      Victoria Nicole Argeroplos    on behalf of Debtor    Shaw Energy Services, Inc. vargeroplos@jw.com, amalone@jw.com;dtrevino@jw.com;kgradney@jw.com
      Victoria Nicole Argeroplos    on behalf of Debtor    Atlantic Contingency Constructors II, LLC vargeroplos@jw.com, amalone@jw.com;dtrevino@jw.com;kgradney@jw.com
      Victoria Nicole Argeroplos    on behalf of Debtor    Shaw E & I International Ltd. vargeroplos@jw.com, amalone@jw.com;dtrevino@jw.com;kgradney@jw.com
      Victoria Nicole Argeroplos    on behalf of Debtor    Shaw Fabricators, Inc. vargeroplos@jw.com, amalone@jw.com;dtrevino@jw.com;kgradney@jw.com
      Victoria Nicole Argeroplos    on behalf of Debtor    CB&I Houston 10 LLC vargeroplos@jw.com, amalone@jw.com;dtrevino@jw.com;kgradney@jw.com
      Victoria Nicole Argeroplos    on behalf of Debtor    Hydro Marine Services, Inc. vargeroplos@jw.com, amalone@jw.com;dtrevino@jw.com;kgradney@jw.com
      Victoria Nicole Argeroplos    on behalf of Debtor    Shaw Far East Services, LLC vargeroplos@jw.com, amalone@jw.com;dtrevino@jw.com;kgradney@jw.com
      Victoria Nicole Argeroplos    on behalf of Debtor    McDermott Marine Construction Limited vargeroplos@jw.com, amalone@jw.com;dtrevino@jw.com;kgradney@jw.com
      Victoria Nicole Argeroplos    on behalf of Debtor    Atlantis Contractors Inc. vargeroplos@jw.com, amalone@jw.com;dtrevino@jw.com;kgradney@jw.com
      Victoria Nicole Argeroplos    on behalf of Debtor    CBI UK Cayman Acquisition Limited vargeroplos@jw.com, amalone@jw.com;dtrevino@jw.com;kgradney@jw.com
      Victoria Nicole Argeroplos    on behalf of Debtor    Lummus Consultants International Limited vargeroplos@jw.com, amalone@jw.com;dtrevino@jw.com;kgradney@jw.com
      Victoria Nicole Argeroplos    on behalf of Debtor    Pipework Engineering and Developments Limited vargeroplos@jw.com, amalone@jw.com;dtrevino@jw.com;kgradney@jw.com
      Victoria Nicole Argeroplos    on behalf of Debtor    CB&I Power Limited vargeroplos@jw.com, amalone@jw.com;dtrevino@jw.com;kgradney@jw.com
      Victoria Nicole Argeroplos    on behalf of Debtor    850 Pine Street LLC vargeroplos@jw.com, amalone@jw.com;dtrevino@jw.com;kgradney@jw.com
      Victoria Nicole Argeroplos    on behalf of Debtor    McDermott Holdings (U.K.) Limited vargeroplos@jw.com, amalone@jw.com;dtrevino@jw.com;kgradney@jw.com

```
District/off: 0541-4          User: dhan                 Page 11 of 11              Date Rcvd: Mar 17, 2020
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Victoria Nicole Argeroplos    on behalf of Debtor    Lutech Resources Limited vargeroplos@jw.com, amalone@jw.com;dtrevino@jw.com;kgradney@jw.com
        Victoria Nicole Argeroplos    on behalf of Debtor    CB&I (US) Holdings, Limited vargeroplos@jw.com, amalone@jw.com;dtrevino@jw.com;kgradney@jw.com
        Victoria Nicole Argeroplos    on behalf of Debtor    CB&I London vargeroplos@jw.com, amalone@jw.com;dtrevino@jw.com;kgradney@jw.com
        Victoria Nicole Argeroplos    on behalf of Debtor    CB&I Global, L.L.C. vargeroplos@jw.com, amalone@jw.com;dtrevino@jw.com;kgradney@jw.com
        Victoria Nicole Argeroplos    on behalf of Debtor    CB&I El Dorado, Inc. vargeroplos@jw.com, amalone@jw.com;dtrevino@jw.com;kgradney@jw.com
        Victoria Nicole Argeroplos    on behalf of Debtor    CB&I Financial Resources LLC vargeroplos@jw.com,    amalone@jw.com;dtrevino@jw.com;kgradney@jw.com
        Victoria Nicole Argeroplos    on behalf of Debtor    CB&I Clearfield, Inc. vargeroplos@jw.com, amalone@jw.com;dtrevino@jw.com;kgradney@jw.com
        Victoria Nicole Argeroplos    on behalf of Debtor    CB&I Houston 08 LLC vargeroplos@jw.com, amalone@jw.com;dtrevino@jw.com;kgradney@jw.com
        Victoria Nicole Argeroplos    on behalf of Debtor    CB&I Holdings (UK) Limited vargeroplos@jw.com, amalone@jw.com;dtrevino@jw.com;kgradney@jw.com
        Victoria Nicole Argeroplos    on behalf of Debtor    CB&I Paddington Limited vargeroplos@jw.com, amalone@jw.com;dtrevino@jw.com;kgradney@jw.com
        Victoria Nicole Argeroplos    on behalf of Debtor    CB&I Houston 06 LLC vargeroplos@jw.com, amalone@jw.com;dtrevino@jw.com;kgradney@jw.com
        Victoria Nicole Argeroplos    on behalf of Debtor    Asia Pacific Supply Co. vargeroplos@jw.com, amalone@jw.com;dtrevino@jw.com;kgradney@jw.com
        Victoria Nicole Argeroplos    on behalf of Debtor    Oxford Metal Supply Limited vargeroplos@jw.com, amalone@jw.com;dtrevino@jw.com;kgradney@jw.com
        Victoria Nicole Argeroplos    on behalf of Debtor    CB&I Houston 07 LLC vargeroplos@jw.com, amalone@jw.com;dtrevino@jw.com;kgradney@jw.com
        Victoria Nicole Argeroplos    on behalf of Debtor    CB&I Connecticut, Inc. vargeroplos@jw.com, amalone@jw.com;dtrevino@jw.com;kgradney@jw.com
        Victoria Nicole Argeroplos    on behalf of Debtor    Shaw Group UK Limited vargeroplos@jw.com, amalone@jw.com;dtrevino@jw.com;kgradney@jw.com
        Victoria Nicole Argeroplos    on behalf of Debtor    CB&I UK Limited vargeroplos@jw.com, amalone@jw.com;dtrevino@jw.com;kgradney@jw.com
        Victoria Nicole Argeroplos    on behalf of Debtor    CB&I Houston 09 LLC vargeroplos@jw.com, amalone@jw.com;dtrevino@jw.com;kgradney@jw.com
        William Alfred Wood, III    on behalf of Creditor    Credit Agricole Corporate and Investment Bank Trey.Wood@bracewell.com,    mary.kearney@bracewell.com
        William G. Harris    on behalf of Creditor    Veronica  Porter wgh@wgharrislaw.com
        William James Hotze    on behalf of Creditor    Larsen & Toubro Hydrocarbon Engineering Limited William.hotze@pillsburylaw.com
        William R Greendyke    on behalf of Creditor    Golden Pass LNG Terminal LLC william.greendyke@nortonrosefulbright.com
        William Ross Spence    on behalf of Creditor    Morris-Shea Bridge Company, Inc. ross@snowspencelaw.com,    donnasutton@snowspencelaw.com;janissherrill@snowspencelaw.com;brittanyDecoteau@snowspencelaw.com
        William Ross Spence    on behalf of Creditor    Curtis Kelly, Inc. ross@snowspencelaw.com,    donnasutton@snowspencelaw.com;janissherrill@snowspencelaw.com;brittanyDecoteau@snowspencelaw.com

        TOTAL: 410