IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| MCDERMOTT INTERNATIONAL, INC., | § | |
| *et al.*,¹ | § | Case No. 20-30336 (MI) |
| | § | |
| Reorganized Debtors. | § | (Jointly Administered) |
| | § | |

**ORDER GRANTING UNOPPOSED EMERGENCY MOTION TO CONVERT
APRIL 11, 2024 HEARINGS ON THE U.S. TRUSTEE'S MOTION
TO REOPEN CASE TO STATUS CONFERENCES**

Upon consideration of the *Unopposed Emergency Motion to Convert April 11, 2024 Hearings on the U.S. Trustee's Motion to Reopen Case to Status Conference* (the "Joint Motion"), it is HEREBY ORDERED THAT:

1. The April 11, 2024 hearing current set on the U.S. Trustee's Motion to Reopen is converted to a status conference.

---

¹ A complete list of each of the Debtors in these chapter 11 cases (the "Chapter 11 Cases") may be obtained on the website of the Debtors' claims and noticing agent at https://cases.primeclerk.com/McDermott. The location of Debtor McDermott International, Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 757 North Eldridge Parkway, Houston, Texas 77079.